UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| TIERRA INTELECTUAL BORINQUEN, INC.<br><br>Plaintiff<br><br>v.<br><br>HTC CORPORATION et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 2:13-cv-39-JRG<br>**CONSOLIDATED LEAD CASE** |
| TIERRA INTELECTUAL BORINQUEN, INC.<br><br>Plaintiff,<br><br>v.<br><br>TOSHIBA CORPORATION, et. al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 2:13-cv-47-JRG |

**DECLARATION OF KATIE J.L. SCOTT IN SUPPORT OF
DEFENDANTS' RESPONSIVE CLAIM CONSTRUCTION BRIEF**

I, Katie J.L. Scott, declare as follows:

1. I am a Partner with the law firm of Dickstein Shapiro LLP and a member of the bar of the State of California, admitted to practice before all of the Courts in the state. I am also admitted to practice before the Eastern District of Texas. I have personal knowledge of the matters set forth in this declaration and if called upon to testify in court, I could and would do so competently. I represent Defendants Toshiba Corporation and Toshiba America Information Systems, Inc. (collectively, "Toshiba") in the above-captioned action.

1

2.  Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the prosecution history of U.S. Patent No. 7,350,078, dated March 4, 2002 through December 2, 2005.

3.  Attached hereto as Exhibit 2 is a true and correct copy of the January 17, 2006 Request for Continued Examination from the prosecution history of U.S. Patent No. 7,350,078.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 8, 2014.

                                                        /s/ Katie J.L. Scott
                                                        Katie J.L. Scott