# Exhibit A

# Curriculum Vitae of Sandeep Chatterjee, Ph.D.
Contact: sandeep@experantis.com (e-mail) +1 650-759-6523 (phone)

## Professional Summary

Sandeep Chatterjee, Ph.D. is a seasoned technology expert and business professional with over 10 years of hands-on contributions as a thought leader, technologist, consultant, entrepreneur, and author. He is an expert in computer software systems, with particular emphasis on distributed systems and architectures, service-oriented architectures (SOAs) and Web Services, end-to-end security, quality-of-service (QoS), as well as mobile and wireless systems and applications. He is the author of a book on developing enterprise computing systems which has been adopted by over 100 universities worldwide and also by corporate customers.

Dr. Chatterjee has extensive experience in architecting, developing, optimizing, deploying and managing complex computing systems throughout the world, and technical expertise in developing enterprise-class applications using J2EE, XML, SOAP Web services, and mobile technologies. He has invented, architected, and led the development (product, QA, documentation) as well as the initial sales & marketing efforts for key eBusiness, mobile, Web services, and J2EE middleware products and solutions at Cyndeo, Satora Networks, Bluestone Software, and Hewlett-Packard.

### Awards and Honors:

- **Named a Young Global Leader for 2011 by the World Economic Forum for professional accomplishments, commitment to society and potential to contribute to shaping the future of the world.**
- **Doctoral dissertation at the Massachusetts Institute of Technology (MIT) was selected as one of the most important inventions in computing, and the invention is preserved and showcased in a time-capsule at the Museum of Science in Boston, Massachusetts.**

## Expertise

- J2EE Application Servers
- Servlets/JSPs/EJBs
- Web Services & Service Oriented Architectures (SOAs)
- SOAP, WSDL, UDDI
- Portals & Portlets
- Optimized Mobile/Wireless Systems
- POS terminals, PDAs, Phones and other mobile devices
- Mobile & Wireless Data Comm.
- Remote Transactions & Comm.
- Security & Authentication
- Financial Transactioning
- Programming Languages, including C, C++ & Java, and tools including JBuilder & IntelliJ
- Operating Systems, including Windows, Linux, Palm OS

## Education

| College or University | Degree |
|---|---|
| Harvard University | Executive Education Program on Global Business Leadership |
| Massachusetts Institute of Technology | Ph.D., Computer Science |
| Massachusetts Institute of Technology | M.S., Computer Science |
| University of California at Berkeley | B.S., Electrical Eng & Computer Science |

Curriculum Vitae of Sandeep Chatterjee, Ph.D.
Contact: sandeep@experantis.com (e-mail) +1 650-759-6523 (phone)

## Professional Experience

| | |
|---|---|
| From: | 2013 |
| To: | present |
| Organization: | Experantis LLC |
| Title: | Chief Executive Officer |
| Summary: | Experantis LLC provides consultation and services in all facets of commercial litigation. |

| | |
|---|---|
| From: | 2007 |
| To: | 2013 |
| Organization: | Shuv Gray LLC |
| Title: | Chief Executive Officer |
| Summary: | Shuv Gray LLC provides information technology and intellectual property consultation and services. |

| | |
|---|---|
| From: | 2007 |
| To: | 2012 |
| Organization: | SourceTrace Systems, Inc. |
| Title: | Chief Technology Officer & Executive Vice President |
| Summary: | SourceTrace Systems is a leading vendor of end-to-end mobile and wireless distributed transactional systems for the financial services, agricultural commodities, and product distribution markets around the world. |

| | |
|---|---|
| From: | 2004 |
| To: | 2007 |
| Organization: | Cyndeo LLC |
| Title: | Chief Executive Officer |
| Summary: | Founded Cyndeo to be a leading provider of enterprise integration and mobilization solutions as well as technology strategy consulting and outsourcing services to global corporations, government agencies, and major not-for-profit organizations. Cyndeo provides consulting, software engineering development, and management services to companies and organizations of all sizes, from Fortune Global 100 corporations to small organizations in developing countries. |

| | |
|---|---|
| From: | 2001 |
| To: | 2002 |
| Organization: | Hewlett-Packard (Palo Alto, CA) |
| Title: | Senior Member of Technical Staff |
| Summary: | Independently identified a need in the mobile and e-Business marketplace for a more flexible Web Services platform. Invented a patent-pending (applied) solution, and led the development as well as the initial sales and marketing efforts. |

- This next-generation J2EE (HP/Bluestone app server) Web Services solution ties together the emerging Web Services standards, end-to-end transactions, and optimized mobile services & applications.
- Led and managed the entire lifecycle of the product from conception, architectural design, product development, QA, documentation, senior management approval,

- patent filing, preparation for marketing launch at JavaOne, as well as interfacing with early adopter customers and strategic partners.
- Managed relationships with multiple HP organizations and teams that contributed to the overall solution.
- Positioned the product, targeted key early adopters and partners, and leveraged my own contacts to build successful strategic relationships.
- Selected to provide support to HP/Bluestone's top sales manager, and helped land a strategic account in the Asia-Pac market.
- Selected as the representative for Hewlett Packard to the JSR 172 Expert Group that is defining the worldwide standard for J2ME mobile Web Services.

| | |
|---|---|
| From: | 1999 |
| To: | 2000 |
| Organization: | Satora Networks |
| Title: | Founder & Chief Technology Officer |
| Summary: | Founded Satora Networks to create wireless platforms and services for Internet devices based on the technologies invented by Dr. Chatterjee as part of his Ph.D. research at MIT Lab for Computer Science. |

- Raised venture funding, recruited the management and core engineering teams, set corporate and product strategy, handled customer and partner relations, and managed overall corporate affairs.
- Architected and led the development of the StrongARM-based mobile hardware platform, Linux-based mobile OS, client-side services, and server-side J2EE environment.
- Landed key customer and partner wins, managed revenue and burn rate to become profitable early on, and oversaw the growth of the company.

| | |
|---|---|
| From: | 1995 |
| To: | 2001 |
| Organization: | MIT Lab for Computer Science |
| Title: | Doctoral Researcher |
| Summary: | Designed a modular system architecture that supports the cost-effective development of network devices and services. The system consists of Lego-like commodity hardware and standards-based software components that are quickly composed together through a development environment into optimized end-user devices as well as client-side services. |

- Architected and implemented the entire system: a Linux-based client software environment, a wireless network and StrongARM processor-based device hardware platform, as well as a Web-based design and optimization environment and tool.
- Successfully mentored and managed a research group of 6 Masters and Bachelors students.
- The technology underlying Dr. Chatterjee's thesis was selected as one of the top inventions in thirty-five year history of MIT Laboratory for Computer Science.

| | |
|---|---|
| From: | 1997 |
| To: | 1999 |
| Organization: | FidelityCAPITAL (Boston, MA) |

Curriculum Vitae of Sandeep Chatterjee, Ph.D.
Contact: sandeep@experantis.com (e-mail) +1 650-759-6523 (phone)

| | |
|---|---|
| Title: | Entrepreneur-In-Residence |
| Summary: | Worked with Fidelity senior management and FidelityCAPITAL partners to source, analyze, and fund technology start-ups strategic to Fidelity interests. |

- Evaluated business plans submitted to Fidelity for venture funding, and analyzed emerging market and technology trends to identify opportunities for internal spin-offs in the telecom and eBusiness spaces.
- Founded and served as President & CTO of a wireless devices and services company (Satora Networks) that was seed funded by Fidelity.

## Litigation Support Experience

*Expert Engagement:*
Type of Matter:        Enterprise Software Patent Infringement
Law Firm:              Morrison & Foerster
Case Name:             Software AG and Software AG v. BEA Systems
Services Provided:     Retained as BEA's expert; submitted two expert reports; deposed twice; prepared for trial (exhibits, testimony, cross examination).
Disposition:           Settled
Date:                  2004

*Expert Engagement:*
Type of Matter:        Enterprise software intellectual property litigation.
Law Firm:              Morrison & Foerster
Case Name:
Services Provided:     Consultant to attorney
Disposition:           Settled
Date:                  2004-2005

*Expert Engagement:*
Type of Matter:        Mobile software intellectual property litigation.
Law Firm:              Perkins Coie
Case Name:             Esmertec v. Tao Group
Services Provided:     Retained as Esmertec's expert; submitted two expert reports.
Disposition:           Settled
Date:                  2006

*Expert Engagement:*
Type of Matter:        Enterprise and mobile software intellectual property litigation.
Law Firm:              McDermott Will & Emery
Case Name:             Metrologic Instruments v. Symbol Technologies
Services Provided:     Consultant to attorney
Disposition:           Settled
Date:                  2006-2007

*Expert Engagement:*
Type of Matter:        Distributed and mobile computing trade secret litigation.
Law Firm:              Haralson, Miller, Pitt, Feldman & McAnally
Case Name:             Modular Mining Systems (Komatsu Ltd.) v. Jigsaw Systems et al.

Curriculum Vitae of Sandeep Chatterjee, Ph.D.
Contact: sandeep@experantis.com (e-mail) +1 650-759-6523 (phone)

| | |
|---|---|
| Services Provided: | Retained as Modular's expert; submitted two expert reports; deposed. |
| Disposition: | Summary judgment |
| Date: | 2006-2008 |

*Expert Engagement:*
| | |
|---|---|
| Type of Matter: | Distributed systems, mobile computing and object oriented programming intellectual property litigation. |
| Law Firm: | Kirkland & Ellis |
| Case Name: | |
| Services Provided: | Consultant to attorney |
| Disposition: | Settled |
| Date: | 2007 |

*Expert Engagement:*
| | |
|---|---|
| Type of Matter: | Communications software and systems intellectual property litigation. |
| Law Firm: | Carey Rodriguez Greenberg & Paul |
| Case Name: | Catch Curve v. Venali |
| Services Provided: | Retained as Venali's expert; submitted two expert reports |
| Disposition: | Summary judgment |
| Date: | 2008 |

*Expert Engagement:*
| | |
|---|---|
| Type of Matter: | Distributed computing and network routing systems intellectual property litigation. |
| Law Firm: | Vinson & Elkins |
| Case Name: | WebXChange v. Dell |
| Services Provided: | Consultant to attorney |
| Disposition: | Summary judgment |
| Date: | 2008-2010 |

*Expert Engagement:*
| | |
|---|---|
| Type of Matter: | Communications systems intellectual property litigation. |
| Law Firm: | Kirkland & Ellis |
| Case Name: | Motorola, Inc. et al. v. Rembrandt Technologies, LP |
| Services Provided: | Retained as plaintiff's expert; submitted expert report |
| Disposition: | Settled |
| Date: | 2009 |

*Expert Engagement:*
| | |
|---|---|
| Type of Matter: | Database and object mapping intellectual property litigation. |
| Law Firm: | Kirkland & Ellis |
| Case Name: | DataTern v. United Airlines |
| Services Provided: | Consultant to attorney |
| Disposition: | Settled |
| Date: | 2009 |

*Expert Engagement:*
| | |
|---|---|
| Type of Matter: | Control systems intellectual property litigation. |
| Law Firm: | Morgan Lewis & Bockius |
| Case Name: | Finisar v. Source Photonics |

Curriculum Vitae of Sandeep Chatterjee, Ph.D.
Contact: sandeep@experantis.com (e-mail) +1 650-759-6523 (phone)

| | |
|---|---|
| Services Provided: | Consultant to attorney; source code review; |
| Disposition: | Settled |
| Date: | 2010 |

*Expert Engagement:*
| | |
|---|---|
| Type of Matter: | Mobile systems intellectual property litigation. |
| Law Firm: | Agility IP |
| Case Name: | MShift v. Digital Insight |
| Services Provided: | Retained as MShift's expert; wrote two expert reports; |
| Disposition: | Summary judgment |
| Date: | 2010 |

*Expert Engagement:*
| | |
|---|---|
| Type of Matter: | Mobile systems intellectual property litigation. |
| Law Firm: | Morgan Lewis & Bockius |
| Case Name: | OpenWave v. 724 Solutions |
| Services Provided: | Consultant to attorney |
| Disposition: | Settled |
| Date: | 2010 |

*Expert Engagement:*
| | |
|---|---|
| Type of Matter: | Mobile systems intellectual property litigation. |
| Law Firm: | Winston Strawn |
| Case Name: | Ganas v. Charles Schwab et al |
| Services Provided: | Consultant to attorney |
| Disposition: | Settled |
| Date: | 2011 |

*Expert Engagement:*
| | |
|---|---|
| Type of Matter: | Mobile systems intellectual property litigation. |
| Law Firm: | Drinker Biddle |
| Case Name: | De Lage Landen Operational Services v. Third Pillar Systems |
| Services Provided: | Consultant to attorney |
| Disposition: | Settled |
| Date: | 2011 |

*Expert Engagement:*
| | |
|---|---|
| Type of Matter: | Mobile systems trade secret misappropriation litigation. |
| Law Firm: | Berliner Cohen |
| Case Name: | Damodharan Ulagaratchalan v  Dhyan Infotech |
| Services Provided: | Consultant to attorney |
| Disposition: | Settled |
| Date: | 2011 |

*Expert Engagement:*
| | |
|---|---|
| Type of Matter: | Control systems intellectual property litigation. |
| Law Firm: | Morgan Lewis & Bockius |
| Case Name: | Finisar v. Oplink |
| Services Provided: | Consultant to attorney; source code review |
| Disposition: | Settled |

Curriculum Vitae of Sandeep Chatterjee, Ph.D.
Contact: sandeep@experantis.com (e-mail) +1 650-759-6523 (phone)

Date:                  2011

*Expert Engagement:*
Type of Matter:        Mobile systems intellectual property litigation.
Law Firm:              Ropes & Gray
Case Name:             Motorola Mobility v. Microsoft
Services Provided:     Consultant to attorney
Disposition:           Settled
Date:                  2011-2012

*Expert Engagement:*
Type of Matter:        Mobile systems intellectual property litigation.
Law Firm:              Jeffer Mangels Butler & Mitchell
Case Name:             EMG Technology v. Radio Shack Corp. et al
Services Provided:     Consultant to attorney; source code review
Disposition:           Settled
Date:                  2012

*Expert Engagement:*
Type of Matter:        Wireless networking & management intellectual property litigation.
Law Firm:              Kirkland & Ellis
Case Name:             Netgear v. Ruckus Wireless
Services Provided:     Retained as Netgear's expert; source code review
Disposition:           Adjudicated
Date:                  2012-2013

*Expert Engagement:*
Type of Matter:        Mobile systems intellectual property litigation.
Law Firm:              Morgan Lewis & Bockius
Case Name:             XpertUniverse v. Cisco Systems
Services Provided:     Retained as Cisco's expert; submitted expert report; source code review; deposition; trial
Disposition:           Adjudicated
Date:                  2012-2013

*Expert Engagement:*
Type of Matter:        Distributed computing systems contract litigation.
Law Firm:              Berliner Cohen
Case Name:             Skillnet Solutions v. Entertainment Publications
Services Provided:     Retained as Entertainment's expert
Disposition:           Dismissed
Date:                  2013

*Expert Engagement:*
Type of Matter:        Mobile systems intellectual property litigation.
Law Firm:              Mayer Brown
Case Name:             Aeritas v. US Airways, Inc., Delta Airlines, Inc., Alaska Air Group
Services Provided:     Retained as the airlines' expert; submitted 3 expert reports; source code review; depositions
Disposition:           Settled

Curriculum Vitae of Sandeep Chatterjee, Ph.D.
Contact: sandeep@experantis.com (e-mail) +1 650-759-6523 (phone)

Date:                       2013

*Expert Engagement:*
Type of Matter:             Distributed systems intellectual property litigation.
Law Firm:                   Ropes & Gray
Case Name:                  Wellogix v. ADP et. al.
Services Provided:          Retained as ADP's expert
Disposition:                Stayed
Date:                       2013

*Expert Engagement:*
Type of Matter:             Trade secret misappropriation litigation.
Law Firm:                   Heritage Law Group
Case Name:                  Bradford Technologies v. NCV Software et al.
Services Provided:          Retained as Bradford's expert; submitted expert report
Disposition:
Date:                       2013

*Expert Engagement:*
Type of Matter:             Contract dispute litigation.
Law Firm:                   Morgan Lewis & Bockius
Case Name:                  AMC Technologies v. Cisco Systems
Services Provided:          Retained as Cisco's expert; submitted expert report; deposition
Disposition:                Settled
Date:                       2013

*Expert Engagement:*
Type of Matter:             Trade secret misappropriation litigation.
Law Firm:                   Lexanalytica
Case Name:                  PQ Labs v. Qi et. al.
Services Provided:          Retained as defendants' expert; source code review; deposition
Disposition:
Date:                       2013

*Expert Engagement:*
Type of Matter:             Distributed systems and security intellectual property litigation.
Law Firm:                   Troutman Sanders
Case Name:                  Media Rights Technologies, Inc. v. Capital One Financial Corporation
Services Provided:          Retained as defendants' expert; source code reviews; expert reports; declaration
Disposition:                Adjudicated
Date:                       2013

*Expert Engagement:*
Type of Matter:             Distributed systems intellectual property litigation.
Law Firm:                   Antonelli, Harrington & Thompson LLP
Case Name:                  MacroSolve, Inc. v**.** GEICO Insurance Agency, Inc. et al
Services Provided:          Retained as plaintiff's source code expert
Disposition:                Concluded
Date:                       2013

Curriculum Vitae of Sandeep Chatterjee, Ph.D.
Contact: sandeep@experantis.com (e-mail) +1 650-759-6523 (phone)

*Expert Engagement:*
| | |
|---|---|
| Type of Matter: | Distributed computing intellectual property litigation. |
| Law Firm: | Rothwell, Figg, Ernst & Manbeck, P.C. |
| Case Name: | SecureBuy v. CardinalCommerce |
| Services Provided: | Retained as plaintiff's expert; inter partes review; declarations |
| Disposition: | |
| Date: | 2013 |

*Expert Engagement:*
| | |
|---|---|
| Type of Matter: | Distributed computing intellectual property litigation. |
| Law Firm: | Mayer Brown LLP |
| Case Name: | American Airlines, Inc. et al. v. Loyalty Conversion Systems Corporation |
| Services Provided: | Retained as the airlines' expert; covered business method petitions; declarations |
| Disposition: | |
| Date: | 2014 |

*Expert Engagement:*
| | |
|---|---|
| Type of Matter: | Mobile computing and security intellectual property litigation. |
| Law Firm: | Dickstein Shapiro, LLP |
| Case Name: | Tierra Intellectual Borinquen, Inc. v. Toshiba Corporation et. al., |
| Services Provided: | Retained as defendants' expert; declaration |
| Disposition: | |
| Date: | 2014 |

## Non-Litigation Consulting Projects

*Consulting Engagement:*
| | |
|---|---|
| Type of Matter: | Enterprise software architecture and development |
| Client: | Sevak Solutions, Inc. |
| Services Provided: | Architect, specify, and develop enterprise-class software for secure financial transactioning in multiple markets and countries around the world |
| Date: | 2005-2006 |

*Consulting Engagement:*
| | |
|---|---|
| Type of Matter: | Enterprise software architecture and development |
| Client: | United States Agency for International Development (USAID) |
| Services Provided: | Specify and develop financial transactioning and tracking software |
| Date: | 2004-2005 |

*Consulting Engagement:*
| | |
|---|---|
| Type of Matter: | Training services |
| Client: | South Korean Ministry of Information and Communications |
| Services Provided: | Conducted a workshop to train selected university professors and corporate researchers on properly using mobile and distributed technology for strategic and financial growth. |
| Date: | 2004 |

Curriculum Vitae of Sandeep Chatterjee, Ph.D.
Contact: sandeep@experantis.com (e-mail) +1 650-759-6523 (phone)

*Consulting Engagement:*
Type of Matter:      Product and service strategy and development
Client:              Hewlett-Packard Company
Services Provided:   Analyze market opportunities for new, market-specific technology product and service offerings
Date:                2004

*Consulting Engagement:*
Type of Matter:      Mobile enterprise software
Client:              ACCION International
Services Provided:   Specified, architected, and developed a mobile enterprise software system for optimizing wireless transactioning.
Date:                2003

*Consulting Engagement:*
Type of Matter:      Market, technology and services strategy development
Client:              Hewlett-Packard Laboratories
Services Provided:   Analyzed multiple country-specific market needs and opportunities, and proposed technology and service offerings
Date:                2003

## Professional Affiliations, Achievements & Awards

- Named a Young Global Leader for 2011 by the World Economic Forum for professional accomplishments, commitment to society and potential to contribute to shaping the future of the world.
- Doctoral dissertation at the Massachusetts Institute of Technology (MIT) was selected as one of the most important inventions in computing, and the invention is preserved and showcased in a time-capsule at the Museum of Science in Boston, Massachusetts.
- Member of the JSR 172 Expert Group that defined the worldwide standard for mobile Web services.
- Invited by the South Korean Government and the Ministry of Information and Communications to deliver a workshop in Seoul, South Korea on Mobile and Enterprise Web Service Computing with the objective of making South Korean companies and universities more globally competitive.

## Publications

1. Chatterjee, Sandeep, <u>Electronic Services Anywhere: Concepts and Best Practices</u> (Pearson Education 2010)

2. Chatterjee, Sandeep and Webber, James, <u>Developing Enterprise Web Services: An Architect's Guide</u> (Pearson Education Korea Ltd. and Hong Reung Science Pub. Co. 2005), Korean Trans.

3. Chatterjee, Sandeep and Webber, James, <u>Developing Enterprise Web Services: An Architect's Guide</u> (Prentice Hall 2004).

4. Chatterjee, Sandeep and Webber, James, <u>Developing Enterprise Web Services: An Architect's Guide</u> (Pearson Education Singapore Pvt. Ltd. 2004), Indian Reprint.

Curriculum Vitae of Sandeep Chatterjee, Ph.D.
Contact: sandeep@experantis.com (e-mail) +1 650-759-6523 (phone)

5.  Chatterjee, Sandeep, "Enterprise Technology:  Web Services:  The Next Revolution in IT," in *Dataquest* (March 2004).

6.  Chatterjee, Sandeep, "Enterprise 2004 Trends:  On A Cautious Note," *Dataquest* (Feb. 2004).

7.  Chatterjee, Sandeep, "A Real-World Web Services-Based Application," *JavaBoutique* (http://javaboutique.internet.com/articles/WSApplications/realWorld3_1.html).

8.  Chatterjee, Sandeep, "Write Once, Run Anywhere Web Services," *JavaBoutique* (http://javaboutique.internet.com/articles/WSApplications/realWorld2_1.html).

9.  Chatterjee, Sandeep, "Developing Real World Web Services-Based Applications," *JavaBoutique* (http://javaboutique.internet.com/articles/WSApplications/).

10. Chatterjee, Sandeep, Doctoral Thesis Dissertation, "Composable System Resources As An Architecture For Networked Systems," Massachusetts Institute of Technology (2001).

11. Keckler, Stephen W., Chang, Andrew, Lee, Whay Sing, Chatterjee, Sandeep, and Dally, William J., "Concurrent Event Handling Through Multithreading," *IEEE Trans. Computers* 48(9), pages 903-916 (1999).

12. Chatterjee, Sandeep and Devadas, Srinivas, "MASC Composable Computing Infrastructure For Intelligent Environments," *Proceedings of the Industrial Electronics Conference*, pages 132-138 (1999).

13. Chatterjee, Sandeep, "SANI: A Seamless and Non-Intrusive Framework and Agent for Creating Intelligent Interactive Homes," *Second International Conference on Autonomous Agents*, pages 436-440 (1998).

14. Chatterjee, Sandeep, "Towards A MASC Appliances-Based Educational Paradigm," *ACM Symposium on Applied Computing*, pages 112-116 (1998).

15. Chatterjee, Sandeep, "Towards Rapidly Deployable Intelligent Environments," *American Association for Artificial Intelligence Symposium on Intelligent Environments*, pages 31-36 (1998).

16. Chatterjee, Sandeep, "The ModuleC Network Architecture: A Novel Approach Of Computing Through Information Appliances," *IEEE International Symposium on Consumer Electronics* (1997).

17. Chatterjee, Sandeep, Masters Thesis, "Asynchronous Event Handling," Massachusetts Institute of Technology Technical Report (May 1997).

18. Tennenhouse, David L. and Chatterjee, Sandeep, "The First 10 Feet:  The Missing Story For Encouraging User Investment In Universal Broadband Connectivity" (October 1996).

19. Chatterjee, Sandeep and Faraboschi, Paolo, "The VLIW Trace Scheduling Compiler Visual Analysis System," Hewlett-Packard Laboratories Internal Technical Report (September 1995).

20. Chatterjee, Sandeep and Donohue, Richard J., "Electron Gamma Shower Windows 2," *International Conference on Monte Carlo Simulations in Nuclear & High Energy Physics* (February 1993).