# Exhibit B



# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.

DEFTIB00000992

## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1999 by Merriam-Webster, Incorporated

Philippines Copyright 1999 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
    p.   cm.
  Includes index.
  ISBN 0-87779-708-0 (unindexed : alk. paper). — ISBN 0-87779-709-9 (indexed : alk. paper). — ISBN 0-87779-710-2 (deluxe indexed : alk. paper). — ISBN 0-87779-707-2 (laminated cover, unindexed).
  1. English language—Dictionaries.  I. Merriam-Webster, Inc.
PE1628.M36    1998
423—dc21                         97-41846
                                 CIP

Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

2526WC99

having a cat rig and usu. a centerboard and being of light draft and broad beam
**cat-bri-er** \-ˌbrī(-ə)r\ *n* (1839) : any of a genus (*Smilax*) of dioecious often prickly climbing plants of the lily family
**cat burglar** *n* (1907) : a burglar who is adept at entering and leaving the burglarized place without attracting notice
**cat-call** \-ˌkȯl\ *n* (1749) : a loud or raucous cry made esp. to express disapproval (as at a sports event) — **catcall** *vb*
¹**catch** \ˈkach, ˈkech\ *vb* **caught** \ˈkȯt *also* ˈkät\; **catch-ing** [ME *cacchen*, fr. ONF *cachier* to hunt, fr. (assumed) VL *captiare*, alter. of L *captare* to chase, freq. of *capere* to take — more at HEAVE] *vt* (13c) **1 a** : to capture or seize esp. after pursuit **b** : to take or entangle in or as if in a snare **c** : DECEIVE **d** : to discover unexpectedly : FIND ⟨*caught* in the act⟩ **e** : to check (oneself) suddenly or momentarily **f** : to become suddenly aware of ⟨*caught* me looking at him⟩ **2 a** : to take hold of : SEIZE **b** : to affect suddenly **c** : INTERCEPT **d** : to avail oneself of : TAKE **e** : to obtain through effort : GET **f** : to get entangled ⟨~ a sleeve on a nail⟩ **3** : to become affected by: as **a** : CONTRACT ⟨~ a cold⟩ **b** : to respond sympathetically to the point of being imbued with ⟨~ the spirit of an occasion⟩ **c** : to be struck by **d** : to be subjected to : RECEIVE ⟨~ hell⟩ **4 a** : to seize and hold firmly **b** : FASTEN **5** : to take or get usu. momentarily or quickly ⟨~ a glimpse of a friend⟩ ⟨~ a nap⟩ **6 a** : OVERTAKE **b** : to get aboard in time ⟨~ the bus⟩ **7** : to attract and hold : ARREST, ENGAGE ⟨*caught* my attention⟩ ⟨*caught* her eye⟩ **8** : to make contact with : STRIKE **9 a** : to grasp by the senses or the mind ⟨you ~ what I mean?⟩ ⟨didn't ~ the name⟩ **b** : to apprehend and fix by artistic means **10 a** : SEE, WATCH ⟨~ a game on TV⟩ **b** : to listen to **11** : to serve as a catcher for in baseball **12** : to meet with socially ⟨~ you later⟩ ~ *vi* **1** : to grasp hastily or try to grasp **2** : to become caught **3** : to catch fire **4** *of a crop* : to come up and become established **5** : to play the position of catcher on a baseball team **6** : KICK OVER — **catch-able** \ˈka-chə-bəl, ˈke-\ *adj* — **catch a crab** : to fail to raise an oar clear of the water on recovery of a stroke — **catch dead** : willing to be publicly exposed — used in negative constructions ⟨wouldn't be *caught dead* in that shirt⟩ — **catch fire 1** : to become ignited **2** : to become fired with enthusiasm **3** : to increase greatly in scope, popularity, interest, or effectiveness ⟨this stock has not *caught fire*—yet —*Forbes*⟩ — **catch it** : to incur blame, reprimand, or punishment — **catch one's breath** : to rest long enough to restore normal breathing; *broadly* : to rest after a period of intense activity
**syn** CATCH, CAPTURE, TRAP, SNARE, ENTRAP, ENSNARE, BAG mean to come to possess or control by or as if by seizing. CATCH implies the seizing of something in motion or in flight or in hiding ⟨*caught* the dog as it ran by⟩. CAPTURE suggests taking by overcoming resistance or difficulty ⟨*capture* an enemy stronghold⟩. TRAP, SNARE, ENTRAP, ENSNARE imply seizing by some device that holds the one caught at the mercy of the captor. TRAP and SNARE apply more commonly to physical seizing ⟨*trap* animals⟩ ⟨*snared* butterflies with a net⟩. ENTRAP and ENSNARE more often are figurative ⟨*entrapped* the witness with a trick question⟩ ⟨a sting operation that *ensnared* burglars⟩. BAG implies shooting down a fleeing or distant prey ⟨*bagged* a brace of pheasants⟩.
²**catch** *n* (15c) **1** : something caught; *esp* : the total quantity caught at one time ⟨a large ~ of fish⟩ **2 a** : the act, action, or fact of catching **b** : a game in which a ball is thrown and caught **3** : something that checks or holds immovable ⟨a safety ~⟩ **4** : one worth catching esp. as a spouse **5** : a round for three or more unaccompanied usu. male voices often with suggestive or obscene lyrics **6** : FRAGMENT, SNATCH **7** : a concealed difficulty or complication ⟨there must be a ~⟩ **8** : the germination of a field crop to such an extent that replanting is unnecessary
**catch-all** \ˈka-ˌchȯl, ˈke-\ *n, often attrib* (1838) : something that holds or includes odds and ends or a wide variety of things
**catch-as-catch-can** *adj* (1764) : using any available means or method : UNPLANNED ⟨a ~ existence begging and running errands —*Time*⟩
**catch-er** \ˈka-chər, ˈke-\ *n* (15c) : one that catches; *specif* : a baseball player positioned behind home plate
**catch-fly** \ˈkach-ˌflī, ˈkech-\ *n* (1597) : any of various plants (as of the genera *Lychnis* and *Silene*) of the pink family often with viscid stems
**catch-ing** *adj* (1590) **1** : INFECTIOUS, CONTAGIOUS ⟨the flu is ~⟩ ⟨his spirit is ~⟩ **2** : CATCHY, ALLURING
**catch-ment** \ˈkach-mənt, ˈkech-\ *n* (1847) **1** : something that catches water; *also* : the amount of water caught **2** : the action of catching water
**catchment area** *n* (1940) : the geographical area served by an institution
**catch on** *vi* (1883) **1** : to become aware : LEARN; *also* : UNDERSTAND ⟨didn't *catch on* to what was going on⟩ **2** : to become popular ⟨this idea has already *caught on*⟩
**catch out** *vt* (1816) : to detect in error or wrongdoing ⟨delighting to *catch out* his literary victims in error —John Clive⟩
**catch-pen-ny** \ˈkach-ˌpe-nē, ˈkech-\ *adj* (1748) : using sensationalism or cheapness for appeal ⟨a ~ newspaper⟩
**catch-phrase** \-ˌfrāz\ *n* (ca. 1850) : an expression that has caught on and is used repeatedly
**catch-pole** *or* **catch-poll** \-ˌpōl\ *n* [ME *cacchepol*, fr. OE *cæcepol*, fr. (assumed) ONF *cachepol*, lit., chicken chaser, fr. ONF *cachier* + *pol* chicken, fr. L *pullus* — more at CATCH, PULLET] (bef. 12c) : a sheriff's deputy; *esp* : one who makes arrests for failure to pay a debt
**catch-22** \-ˌtwen-tē-ˈtü\ *n, pl* **catch-22's** *or* **catch-22s** *often cap* [fr. *Catch-22*, paradoxical rule in the novel *Catch-22* (1961) by Joseph Heller] (1961) **1** : a problematic situation for which the only solution is denied by a circumstance inherent in the problem or by a rule ⟨the show-business ~—no work unless you have an agent, no agent unless you've worked —Mary Murphy⟩; *also* : the circumstance or rule that denies a solution **2 a** : an illogical, unreasonable, or senseless situation **b** : a measure or policy whose effect is the opposite of what was intended **c** : a situation presenting two equally undesirable alternatives **3** : a hidden difficulty or means of entrapment : CATCH
**catch-up** \ˈke-chəp, ˈka-; ˈkat-səp\ *var of* KETCHUP
¹**catch-up** \ˈkach-ˌəp, ˈkech-\ *adj* (1945) : intended to catch up to a theoretical norm or a competitor's accomplishments
²**catch-up** *n* (1948) : the act or fact of catching up or trying to catch up ⟨as with a norm or competitor⟩ ⟨had to play ~⟩; *also* : an increase intended to achieve catch-up
**catch up** *vt* (14c) **1 a** : to pick up often abruptly ⟨the thief *caught* the purse *up* and ran⟩ **b** : ENSNARE, ENTANGLE ⟨education has been *caught up* in a stultifying mythology —N. M. Pusey⟩ **c** : ENTHRALL ⟨the public was *caught up* in the car's magic —D. A. Jedlicka⟩ **2** : to provide with the latest information ⟨*catch* me *up* on the news⟩ ~ *vi* **1 a** : to travel fast enough to overtake an advance party **b** : to reach a state of parity or of being able to cope ⟨kids left behind in preschool may never *catch up*⟩ **2** : to bring about arrest for illicit activities ⟨the police *caught up* with the thieves⟩ **3 a** : to complete or compensate for something belatedly ⟨*catch up* on lost sleep⟩ **b** : to acquire belated information ⟨*catch up* on the news⟩
**catch-word** \ˈkach-ˌwərd, ˈkech-\ *n* (ca. 1736) **1 a** : a word under the right-hand side of the last line on a book page that repeats the first word on the following page **b** : GUIDE WORD **2** : a word or expression repeated until it becomes representative of a party, school, or point of view
**catchy** \ˈka-chē, ˈke-chē\ *adj* **catch-i-er; -est** (1831) **1** : tending to catch the interest or attention ⟨a ~ title⟩ **2** : FITFUL, IRREGULAR ⟨~ breathing⟩ **3** : TRICKY ⟨a ~ question⟩
**cat-claw** \ˈkat-ˌklȯ\ *n* (1898) : a yellow-flowered spiny acacia (*Acacia greggii*) of the southwestern U.S. and Mexico
**cat distemper** *n* (ca. 1950) : PANLEUKOPENIA
**cate** \ˈkāt\ *n* [ME, article of purchased food, short for *acate*, fr. ONF *acat* purchase, fr. *acater* to buy, fr. (assumed) VL *accaptare*, fr. L *acceptare* to accept] (15c) *archaic* : a dainty or choice food
**cat-e-che-sis** \ˌka-tə-ˈkē-səs\ *n, pl* **-che-ses** \-ˌsēz\ [LL, fr. Gk *katēchēsis*, fr. *katēchein* to teach] (1753) : oral instruction of catechumens
**cat-e-chet-i-cal** \-ˈke-ti-kəl\ *adj*
**cat-e-chin** \ˈka-tə-kin\ *n* [ISV *catechu* + ¹*-in*] (1853) : a crystalline compound $C_{15}H_{14}O_6$ or its derivatives related chemically to the flavones and used in dyeing and tanning
**cat-e-chism** \ˈka-tə-ˌki-zəm\ *n* (1502) **1** : oral instruction **2** : a manual for catechizing; *specif* : a summary of religious doctrine often in the form of questions and answers **3 a** : a set of formal questions put as a test **b** : something resembling a catechism esp. in being a rote response or formulaic statement — **cat-e-chis-mal** \ˌka-tə-ˈkiz-məl\ *adj* — **cat-e-chis-tic** \-ˈkis-tik\ *adj*
**cat-e-chist** \ˈka-tə-kist\ *n* (ca. 1563) : one that catechizes: as **a** : a teacher of catechumens **b** : a native in a missionary district who does Christian teaching
**cat-e-chize** \ˈka-tə-ˌkīz\ *vt* **-chized; -chiz-ing** [LL *catechizare*, fr. Gk *katēchein* to teach, lit., to din into, fr. *kata-* cata- + *ēchein* to resound, fr. *ēchē* sound — more at ECHO] (15c) **1** : to instruct systematically esp. by questions, answers, and explanations and corrections; *specif* : to give religious instruction in such a manner **2** : to question systematically or searchingly — **cat-e-chi-za-tion** \ˌka-ti-kə-ˈzā-shən\ *n* — **cat-e-chiz-er** \ˈka-tə-ˌkī-zər\ *n*
**cat-e-chol** \ˈka-tə-ˌkȯl, -ˌkōl\ *n* (1880) **1** : CATECHIN **2** : PYROCATECHOL
**cat-e-chol-amine** \ˌka-tə-ˈkō-lə-ˌmēn, -ˈkō-\ *n* (1954) : any of various amines (as epinephrine, norepinephrine, and dopamine) that function as hormones or neurotransmitters or both
**cat-e-chol-amin-er-gic** \-ˌkō-lə-ˌmē-nər-jik, -ˌkō-, -mi-\ *adj* (1970) : involving, liberating, or mediated by catecholamine
**cat-e-chu** \ˈka-tə-ˌchü, -ˌshü\ *n* [prob. modif. of Malay *kachu*, of Dravidian origin; akin to Tamil & Kannada *kācu* catechu] (1683) : any of several dry, earthy, or resinous astringent substances obtained from tropical plants of Asia: as **a** : an extract of the heartwood of an East Indian acacia (*Acacia catechu*) **b** : GAMBIER
**cat-e-chu-men** \ˌka-tə-ˈkyü-mən\ *n* [ME *cathecumyn*, fr. MF *cathecumine*, fr. LL *catechumenus*, fr. Gk *katēchoumenos*, pres. pass. part. of *katēchein*] (15c) **1** : a convert to Christianity receiving training in doctrine and discipline before baptism **2** : one receiving instruction in the basic doctrines of Christianity before admission to communicant membership in a church
**cat-e-gor-i-cal** \ˌka-tə-ˈgȯr-i-kəl, -ˈgär-\ *also* **cat-e-gor-ic** \-ik\ *adj* [LL *categoricus*, fr. Gk *katēgorikos*, fr. *katēgoria*] (1588) **1** : ABSOLUTE, UNQUALIFIED ⟨a ~ denial⟩ **2 a** : of, relating to, or constituting a category **b** : involving, according with, or considered with respect to specific categories — **cat-e-gor-i-cal-ly** \-i-k(ə-)lē\ *adv*
**categorical imperative** *n* (1827) : a moral obligation or command that is unconditionally and universally binding
**cat-e-go-rise** *Brit var of* CATEGORIZE
**cat-e-go-rize** \ˈka-ti-gə-ˌrīz\ *vt* **-rized; -riz-ing** (1705) : to put into a category : CLASSIFY — **cat-e-go-ri-za-tion** \ˌka-ti-gə-rə-ˈzā-shən\ *n*
**cat-e-go-ry** \ˈka-tə-ˌgȯr-ē, -ˌgȯr-\ *n, pl* **-ries** [LL *categoria*, fr. Gk *katēgoria* predication, category, fr. *katēgorein* to accuse, affirm, predicate, fr. *kata-* + *agora* public assembly, fr. *ageirein* to gather] (1588) **1** : any of several fundamental and distinct classes to which entities or concepts belong **2** : a division within a system of classification
**ca-te-na** \kə-ˈtē-nə\ *n, pl* **-nae** \-ˌnē\ *or* **-nas** [ML, fr. L, chain] (1641) : a connected series of related things
**cat-e-nary** \ˈka-tə-ˌner-ē, *esp Brit* kə-ˈtē-nə-rē\ *n, pl* **-nar-ies** [NL *catenaria*, fr. L fem. of *catenarius* of a chain, fr. *catena*] (1788) **1** : the curve assumed by a cord of uniform density and cross section that is perfectly flexible but not capable of being stretched and that hangs freely from two fixed points **2** : something in the form of a catenary — **catenary** *adj*
**cat-e-nate** \ˈka-tə-ˌnāt\ *vt* **-nat-ed; -nat-ing** [L *catenatus*, pp. of *catenare*, fr. *catena*] (ca. 1623) : to connect in a series : LINK — **cat-e-na-tion** \ˌka-tə-ˈnā-shən\ *n*
**ca-ter** \ˈkā-tər\ *vb* [obs. *cater* buyer of provisions, fr. ME *catour*, short for *acatour*, fr. AF, fr. ONF *acater* to buy — more at CATE] *vi* (1600) **1** : to provide a supply of food **2** : to supply what is required or desired ⟨~*ing* to middle-class tastes⟩ ~ *vt* : to provide food and service for ⟨~*ed* the banquet⟩ — **ca-ter-er** \-tər-ər\ *n*
**cat-er-an** \ˈka-tə-rən\ *n* [ME *ketharan*, prob. fr. ScGael *ceatharrneach* freebooter, robber] (14c) : a former military irregular or brigand of the Scottish Highlands

mous or less functionally active form (degenerated into dependent parasites) ~ vt : to cause to degenerate
²de·gen·er·ate \di-'jen-rət, -'je-nə-, dē-\ n (1555) : one that is degenerate: as a : one degraded from the normal moral standard b : a sexual pervert c : one showing signs of reversion to an earlier culture stage
de·gen·er·a·tion \di-,je-nə-'rā-shən, ,dē-\ n (15c) 1 : degenerate condition 2 : a lowering of effective power, vitality, or essential quality to an enfeebled and worsened kind or state 3 : intellectual, moral, or artistic decline 4 a : progressive deterioration of physical characters from a level representing the norm of earlier generations or forms b : deterioration of a tissue or an organ in which its function is diminished or its structure is impaired — syn see DETERIORATION
de·gen·er·a·tive \di-'je-nə-rə-tiv, -'jen-rə-; -'je-nə-,rā-; dē-\ adj (ca. 1846) : of, relating to, involving, or causing degeneration (a ~ disease)
de·gla·ci·a·tion \(,)dē-,glā-s(h)ē-'ā-shən\ n (1895) : the melting of ice; specif : the retreat of a glacier or ice sheet — de·gla·ci·at·ed \-'glā-s(h)ē-,ā-təd\ adj
de·glam·or·ize \(,)dē-'gla-mə-,rīz\ vt (1938) : to remove the glamor from — de·glam·or·iza·tion \(,)dē-,gla-mə-rə-'zā-shən\ n
¹de·glaze \(,)dē-'glāz\ vt (ca. 1889) : to remove the glaze from
²deglaze vt [modif. of F déglacer, lit., to melt the ice from, fr. dé- + glacer to freeze — more at GLACÉ] (1968) : to dissolve the small particles of sautéed meat remaining in (a pan) by adding a liquid and heating
de·glu·ti·tion \,dē-glü-'ti-shən, ,de-glü-\ n [F déglutition, fr. L deglutire to swallow down, fr. de- + glutire, gluttire to swallow — more at GLUTTON] (1650) : the act or process of swallowing
de·grad·able \di-'grā-də-bəl, dē-\ adj (ca. 1962) : capable of being chemically degraded (~ detergents) — compare BIODEGRADABLE
deg·ra·da·tion \,de-grə-'dā-shən\ n (ca. 1535) 1 : the act or process of degrading 2 a : decline to a low, destitute, or demoralized state b : moral or intellectual decadence : DEGENERATION — deg·ra·da·tive \'de-grə-,dā-tiv\ adj
de·grade \di-'grād, dē-\ vb [ME, fr. OF degrader, fr. LL degradare, fr. L de- + gradus step, grade — more at GRADE] (14c) 1 a : to lower in grade, rank, or status : DEMOTE b : to strip of rank or honors c : to lower to an inferior or less effective level d : to scale down in desirability or salability 2 a : to bring to low esteem or into disrepute b : to drag down in moral or intellectual character : CORRUPT 3 : to impair in respect to some physical property 4 : to wear down by erosion 5 : to reduce the complexity of (a chemical compound) : DECOMPOSE ~ vi 1 : to pass from a higher grade or class to a lower 2 of a chemical compound : to become reduced in complexity — de·grad·er n — de·grad·ing·ly \-'grā-diŋ-lē\ adv
de·grad·ed adj (1643) 1 : reduced far below ordinary standards of civilized life and conduct 2 : characterized by degeneration of structure or function — de·grad·ed·ly adv
de·gran·u·la·tion \(,)dē-,gra-nyə-'lā-shən\ n (ca. 1941) : the process of losing granules (~ of leukocytes)
de·grease \(,)dē-'grēs, -'grēz\ vt (ca. 1889) : to remove grease from — de·greas·er \-'grē-sər, -zər\ n
de·gree \di-'grē\ n [ME, fr. OF degré, fr. (assumed) VL degradus, fr. L de- + gradus] (13c) 1 : a step or stage in a process, course, or order of classification (advanced by ~s) 2 a : a rank or grade of official, ecclesiastical, or social position (people of low ~) b archaic : a particular standing esp. as to dignity or worth c : the civil condition or status of a person 3 : a step in a direct line of descent or in the line of ascent to a common ancestor 4 a obs : STEP, STAIR b archaic : a member of a series arranged in steps 5 : a measure of damage to tissue caused by injury or disease — compare FIRST-DEGREE BURN, SECOND-DEGREE BURN, THIRD-DEGREE BURN 6 a : the extent, measure, or scope of an action, condition, or relation (different in ~ but not in kind) b : relative intensity (a high ~ of stress) c : one of the forms or sets of forms used in the comparison of an adjective or adverb d : a legal measure of guilt or negligence (found guilty of robbery in the first ~) 7 a : a title conferred on students by a college, university, or professional school on completion of a program of study b : a grade of membership attained in a ritualistic order or society c : an academic title conferred to honor distinguished achievement or service d : the formal ceremonies observed in the conferral of such a distinction 8 : a unit of measure for angles equal to an angle with its vertex at the center of a circle and its sides cutting off 1/360 of the circumference; also : a unit of measure for arcs of a circle equal to the amount of arc that subtends a central angle of one degree 9 archaic : a position or space on the earth or in the heavens as measured by degrees of latitude 10 a : a step, note, or tone of a musical scale b : a line or space of the musical staff 11 : one of the divisions or intervals marked on a scale of a measuring instrument; specif : any of various units for measuring temperature 12 a : the sum of the exponents of the variables in the term of highest degree in a polynomial, polynomial function, or polynomial equation b : the sum of the exponents of the variable factors of a monomial c : the greatest power of the derivative of highest order in a differential equation after the equation has been rationalized and cleared of fractions with respect to the derivative — de·greed \-'grēd\ adj — to a degree 1 : to a remarkable extent 2 : in a small way
de·gree-day \di-'grē-,dā\ n (1832) : a unit that represents one degree of difference from a given point (as 65°) in the mean daily outdoor temperature and that is used esp. to measure heat requirements
degree of freedom (1867) 1 : any of a limited number of ways in which a body may move or in which a dynamic system may change 2 : one of the capabilities of a statistic for variation of which there are as many as the number of unrestricted and independent variables determining its value
de·gres·sive \di-'gre-siv, dē-\ adj [de- + -gressive (as in progressive)] (1885) : tending to descend or decrease — de·gres·sive·ly adv
dé·grin·go·lade \dā-,graⁿ(n)-gə-'läd\ n [F, fr. dégringoler to tumble down, fr. MF desgringueler, fr. des- de- + gringueler to tumble, fr. MD crinkelen to make curl, fr. crinc, cring ring, circle] (1883) : a rapid decline or deterioration (as in strength, position, or condition) : DOWNFALL
de·gum \(,)dē-'gəm\ vt (1887) : to free from gum, a gummy substance, or sericin
de·gus·ta·tion \,dē-,gəs-'tā-shən, ,de-\ n [F dégustation, fr. L degusta-

tion-, degustatio, fr. degustare to taste, fr. de- + gustare to taste — more at CHOOSE] (ca. 1656) : the action or an instance of tasting esp. in a series of small portions — de·gust \di-'gəst, dē-\ vt
de haut en bas \də-ō-tä⁽ⁿ⁾-bä\ adj or adv [F, lit., from top to bottom] (1696) : of superiority : of or with condescension
de·hisce \di-'his\ vi de·hisced; de·hisc·ing [L dehiscere to split open, fr. de- + hiscere to gape; akin to L hiare to yawn — more at YAWN] (1657) : to split along a natural line; also : to discharge contents by so splitting (seedpods dehiscing at maturity)
de·his·cence \di-'hi-sᵊn(t)s\ n [NL dehiscentia, fr. L dehiscent-, dehiscens, prp. of dehiscere] (1828) : an act or instance of dehiscing (pollen freed by ~ of the anther) — de·his·cent \-sᵊnt\ adj
de·horn \(,)dē-'hȯrn\ vt (1888) 1 : to deprive of horns 2 : to prevent the growth of the horns of — de·horn·er n
de·hu·man·ize \(,)dē-'hyü-mə-,nīz, ,)dē-'yü-\ vt (1818) : to deprive of human qualities, personality, or spirit — de·hu·man·iza·tion \(,)dē-,hyü-mə-nə-'zā-shən, (,)dē-,yü-\ n
de·hu·mid·i·fy \(,)dē-hyü-'mi-də-,fī, dē-yü-\ vt (1927) : to remove moisture from (as air) — de·hu·mid·i·fi·ca·tion \-,mi-də-fə-'kā-shən\ n — de·hu·mid·i·fi·er \-'mi-də-,fī(-ə)r\ n
de·hy·drate \(,)dē-'hī-,drāt\ vt (1876) 1 a : to remove bound water or hydrogen and oxygen from (a chemical compound) in the proportion in which they form water b : to remove water from (as foods) 2 : to deprive of vitality or savor ~ vi : to lose water or body fluids — de·hy·dra·tor \-,drā-tər\ n
de·hy·dra·tion \,dē-,hī-'drā-shən\ n (1854) : the process of dehydrating; esp : an abnormal depletion of body fluids
de·hy·dro·chlo·ri·nase \(,)dē-,hī-drō-'klȯr-ə-,nās, -'klȯr-, -,nāz\ n (1956) : an enzyme that dehydrochlorinates a chlorinated hydrocarbon (as DDT) and is found esp. in some DDT resistant insects
de·hy·dro·chlo·ri·na·tion \-,klȯr-ə-'nā-shən, -,klȯr-\ n (1936) : the process of removing hydrogen and chlorine or hydrogen chloride from a compound — de·hy·dro·chlo·ri·nate \-'klȯr-ə-,nāt, -'klȯr-\ vt
de·hy·dro·ge·nase \,dē-(,)hī-'drä-jə-,nās, ,dē-'hī-drə-jə-, -,nāz\ n [ISV] (1923) : an enzyme that accelerates the removal of hydrogen from metabolites and its transfer to other substances (succinic ~)
de·hy·dro·ge·na·tion \,dē-(,)hī-,drä-jə-'nā-shən, ,)dē-,hī-drə-jə-\ n (1866) : the removal of hydrogen from a chemical compound — de·hy·dro·ge·nate \,dē-(,)hī-'drä-jə-,nāt, (,)dē-'hī-drə-jə-\ vt
de·ice \(,)dē-'īs\ vt (1934) : to rid or keep free of ice — de·ic·er n
de·i·cide \'dē-ə-,sīd, 'dā-ə-\ n [ultim. fr. L deus god + -cidium, -cida -cide — more at DEITY] (1611) 1 : the act of killing a divine being or a symbolic substitute of such a being 2 : the killer or destroyer of a god
deic·tic \'dīk-tik also 'dāk-\ adj [Gk deiktikos able to show, fr. deiktos verbal of deiknynai to show — more at DICTION] (1876) : showing or pointing out directly (the words this, that, and those have a ~ function)
de·i·fi·ca·tion \,dē-ə-fə-'kā-shən, ,dā-\ n (14c) : the act or an instance of deifying
de·i·fy \'dē-ə-,fī, 'dā-\ vt -fied; -fy·ing [ME, fr. MF deifier, fr. LL deificare, fr. L deus god + -ficare -fy] (14c) 1 a : to make a god of b : to take as an object of worship 2 : to glorify as of supreme worth
deign \'dān\ vb [ME, fr. OF deignier, fr. L dignare, dignari, fr. dignus worthy — more at DECENT] vi (14c) : to condescend reluctantly and with a strong sense of the affront to one's superiority that is involved ~ vt : to condescend to give or offer
dell \'de(ə)l\ n [ME devel, del] (15c) Scot : DEVIL
de·in·dus·tri·al·iza·tion \(,)dē-in-,das-trē-ə-lə-'zā-shən\ n (1940) : the reduction or destruction of a nation's industrial capacity — de·in·dus·tri·al·ize \(,)dē-in-'das-trē-ə-,līz\ vb
dei·non·y·chus \(,)dī-'nä-ni-kəs\ n [NL, fr. Gk deinos terrifying + -onychos -clawed (fr. onych-, onyx claw, nail) — more at DIRE, NAIL] (1969) : any of a genus (Deinonychus) of small bipedal carnivorous dinosaurs from the Cretaceous
de·in·sti·tu·tion·al·iza·tion \(,)dē-,in(t)-stə-,tü-shə-nə-lə-'zā-shən, -,tyü-\ n (1955) 1 : the release of institutionalized individuals (as mental patients) from institutional care to care in the community 2 : the reform or modification of an institution to remove or disguise its institutional character — de·in·sti·tu·tion·al·ize \-'tü-shə-nə-,līz, -'tyü-\ vt
de·ion·ize \(,)dē-'ī-ə-,nīz\ vt (1906) : to remove ions from (~ water by ion exchange) — de·ion·iza·tion \(,)dē-,ī-ə-nə-'zā-shən\ n — de·ion·iz·er \-,nī-zər\ n
de·ism \'dē-,i-zəm, 'dā-\ n, often cap (1682) : a movement or system of thought advocating natural religion, emphasizing morality, and in the 18th century denying the interference of the Creator with the laws of the universe — de·ist \'dē-ist, 'dā-\ n, often cap — de·is·tic \-'is-tik, dā-\ adj — de·is·ti·cal \-ti-kəl\ adj — de·is·ti·cal·ly \-ti-k(ə-)lē\ adv
de·i·ty \'dē-ə-tē, 'dā-\ n, pl -ties [ME deitee, fr. OF deité, fr. LL deitat-, deitas, fr. L deus god; akin to OE Tīw, god of war, L divus god, dies day, Gk dios heavenly, Skt deva heavenly, god] (14c) 1 a : the rank or essential nature of a god : DIVINITY b cap : GOD 1, SUPREME BEING 2 : a god or goddess (the deities of ancient Greece) 3 : one exalted or revered as supremely good or powerful
deix·is \'dīk-sis also 'dāk-\ n [Gk, lit., display, fr. deiknynai to show — more at DICTION] (1949) : the pointing or specifying function of some words (as definite articles and demonstrative pronouns) whose denotation changes from one discourse to another
dé·jà vu \,dā-,zhä-'vü, ,dā-zhä-vē\ n [F, adj., lit., already seen] (1903) 1 a : the illusion of remembering scenes and events when experienced for the first time b : a feeling that one has seen or heard something before 2 : something overly or unpleasantly familiar
¹de·ject \di-'jekt, dē-\ adj (15c) archaic : DEJECTED
²deject vt [ME, to throw down, fr. L dejectus, pp. of deicere, fr. de- + jacere to throw — more at JET] (1581) : to make gloomy
de·jec·ta \di-'jek-tə, dē-\ n pl [NL, fr. L neut. pl. of dejectus] (1887) : FECES, EXCREMENT
de·ject·ed \di-'jek-təd, dē-\ adj (1581) 1 : cast down in spirits : DEPRESSED 2 a obs : of the eyes : DOWNCAST b archaic : thrown down 3 obs : lowered in rank or condition — de·ject·ed·ly adv — de·ject·ed·ness n
de·jec·tion \di-'jek-shən, dē-\ n (15c) : lowness of spirits
de ju·re \(,)dē-'jur-ē, (,)dā-'yur-\ adv or adj [ML] (1611) : by right : of right
deka- or dek- — see DECA-

**industrial arts** *n pl but sing in constr* (ca. 1925) : a subject taught in elementary and secondary schools that aims at developing manual skill and familiarity with tools and machines

**industrial engineering** *n* (ca. 1924) : engineering that deals with the design, improvement, and installation of integrated systems (as of people, materials, and energy) in industry — **industrial engineer** *n*

**in·dus·tri·al·ise** *Brit var of* INDUSTRIALIZE

**in·dus·tri·al·ism** \in-'dəs-trē-ə-ˌli-zəm\ *n* (1831) : social organization in which industries and esp. large-scale industries are dominant

**in·dus·tri·al·ist** \-list\ *n* (1864) : one owning or engaged in the management of an industry : MANUFACTURER

**in·dus·tri·al·ize** \in-'dəs-trē-ə-ˌlīz\ *vb* **-ized; -iz·ing** *vt* (1882) : to make industrial (~ an agricultural region) ~ *vi* : to become industrial — **in·dus·tri·al·i·za·tion** \-ˌdəs-trē-ə-lə-'zā-shən\ *n*

**industrial melanism** *n* (1943) : genetically determined melanism as a population phenomenon esp. in moths in which the proportion of dark individuals tends to increase due to differential predation esp. by birds which more easily find and eat lighter-colored individuals in habitats darkened by industrial pollution

**industrial psychology** *n* (1917) : the application of the findings and methods of experimental, clinical, and social psychology to industrial concerns — **industrial psychologist** *n*

**industrial relations** *n pl* (1904) : the dealings or relationships of a usu. large business or industrial enterprise with its own workers, with labor in general, with governmental agencies, or with the public

**industrial revolution** *n* (1848) : a rapid major change in an economy (as in England in the late 18th century) marked by the general introduction of power-driven machinery or by an important change in the prevailing types and methods of use of such machines

**industrial school** *n* (1853) : a school specializing in the teaching of industrial arts; *specif* : one for juvenile delinquents

**industrial sociology** *n* (1948) : sociological analysis directed at institutions and social relationships within and largely controlled or affected by industry

**in·dus·tri·al-strength** \in-'dəs-trē-əl-'stren(k)th, -'stren(t)th\ *adj* (1976) : of industrial quality; *also* : marked by more than usual power or durability (~ boots) (an ~ voice)

**industrial union** *n* (1902) : a labor union open to workers in an industry irrespective of their occupation or craft — compare CRAFT UNION

**in·dus·tri·ous** \in-'dəs-trē-əs\ *adj* (15c) **1** *obs* : SKILLFUL, INGENIOUS **2** : persistently active : ZEALOUS **3** : constantly, regularly, or habitually occupied : DILIGENT *syn see* BUSY — **in·dus·tri·ous·ly** *adv* — **in·dus·tri·ous·ness** *n*

**in·dus·try** \'in-(ˌ)dəs-trē\ *n, pl* **-tries** [ME *industrie* skill, employment involving skill, fr. MF, fr. L *industria* diligence, fr. *industrius* diligent, fr. OL *indostruus*, perh. fr. *indu* in + *-struus* (akin to L *struere* to build) — more at END, STREW] (15c) **1** : diligence in an employment or pursuit; *esp* : steady or habitual effort **2** *a* : systematic labor esp. for some useful purpose or the creation of something of value **b** : a department or branch of a craft, art, business, or manufacture; *esp* : one that employs a large personnel and capital esp. in manufacturing **c** : a distinct group of productive or profit-making enterprises (the banking ~) **d** : manufacturing activity as a whole (the nation's ~) **3** : work devoted to the study of a particular subject or author (the Shakespeare ~) *syn see* BUSINESS

**in·dwell** \in-'dwel, 'in-ˌ\ *vi* (14c) : to exist as an inner activating spirit, force, or principle ~ *vt* : to exist within as an activating spirit, force, or principle — **in·dwell·er** *n*

**in·dwell·ing** \'in-ˌdwe-liŋ\ *adj* (1646) **1** : being an inner activating or guiding force **2** : left within a bodily organ or passage esp. to promote drainage — used of an implanted tube (as a catheter)

**¹-ine** *adj suffix* [ME *-in, -ine*, fr. MF & L; MF *-in, -ine*, fr. L *-inus* — more at -EN] : of or relating to (*estuarine*) **2** [ME *-in, -ine*, fr. MF & L; MF *-in*, fr. L *-inus*, fr. Gk *-inos* — more at -EN] : made of : like (*opaline*)

**²-ine** *n suffix* [ME *-ine, -in*, fr. MF & L; MF *-ine*, fr. L *-ina*, fr. fem. of *-inus*, adj. suffix] **1** : chemical substance: as **a** : halogen element (*chlorine*) **b** : basic or base-containing carbon compound that contains nitrogen (*quinine*) (*cystine*) **c** : mixture of compounds (as of hydrocarbons) (*gasoline*) **d** : hydride (*arsine*) **2** : -IN 1a **3** : commercial product or material (*glassine*)

**in·ebri·ant** \i-'nē-brē-ənt\ *n* (1819) : INTOXICANT

**¹in·ebri·ate** \i-'nē-brē-ˌāt\ *vt* **-at·ed; -at·ing** [L *inebriatus*, pp. of *inebriare*, fr. *in-* + *ebriare* to intoxicate, fr. *ebrius* drunk] (15c) **1** : to exhilarate or stupefy as if by liquor **2** : to make drunk : INTOXICATE — **in·ebri·a·tion** \-ˌnē-brē-'ā-shən\ *n*

**²in·ebri·ate** \i-'nē-brē-ət, -ˌāt\ *adj* (15c) **1** : affected by alcohol : DRUNK **2** : addicted to excessive drinking

**³in·ebri·ate** \-ət\ *n* (1796) : one who is drunk; *esp* : DRUNKARD

**in·ebri·at·ed** \-brē-ˌā-təd\ *adj* (1609) : exhilarated or confused by or as if by alcohol : INTOXICATED

**in·ebri·ety** \ˌi-ni-'brī-ə-tē\ *n* [prob. blend of *inebriation* and *ebriety* drunkenness] (1801) : the state of being inebriated : DRUNKENNESS

**in·ed·i·ble** \ˌi-'ne-də-bəl\ *adj* (ca. 1834) : not fit to be eaten

**in·ed·u·ca·ble** \(ˌ)i-'ne-jə-kə-bəl\ *adj* (1884) : incapable of being educated — **in·ed·u·ca·bil·i·ty** \-ˌne-jə-kə-'bi-lə-tē\ *n*

**in·ef·fa·ble** \(ˌ)i-'ne-fə-bəl\ *adj* [ME, fr. MF, fr. L *ineffabilis*, fr. *in-* + *effabilis* capable of being expressed, fr. *effari* to speak out, fr. *ex-* + *fari* to speak — more at BAN] (14c) **1 a** : incapable of being expressed in words : INDESCRIBABLE (~ joy) **b** : UNSPEAKABLE (~ disgust) **2** : not to be uttered : TABOO (the ~ name of Jehovah) — **in·ef·fa·bil·i·ty** \-ˌne-fə-'bi-lə-tē\ *n* — **in·ef·fa·ble·ness** \-'ne-fə-bəl-nəs\ *n* — **in·ef·fa·bly** \-blē\ *adv*

**in·ef·face·able** \ˌi-nə-'fā-sə-bəl\ *adj* [prob. fr. F *ineffaçable*, fr. MF, fr. *in-* + *effaçable* effaceable] (1804) : not effaceable : INERADICABLE — **in·ef·face·abil·i·ty** \-ˌfā-sə-'bi-lə-tē\ *n* — **in·ef·face·ably** \-'fā-sə-blē\ *adv*

**in·ef·fec·tive** \ˌi-nə-'fek-tiv\ *adj* (1649) **1** : not producing an intended effect : INEFFECTUAL (~ lighting) **2** : not capable of performing efficiently or as expected : INCAPABLE (an ~ executive) — **in·ef·fec·tive·ly** *adv* — **in·ef·fec·tive·ness** *n*

**in·ef·fec·tu·al** \ˌi-nə-'fek-chə(-wə)l, -'feksh-wəl\ *adj* (15c) **1** : not producing the proper or intended effect : FUTILE **2** : INEFFECTIVE — **in·ef·fec·tu·al·i·ty** \-ˌfek-chə-'wa-lə-tē\ *n* — **in·ef·fec·tu·al·ly** \-'fek-chə(-wə)-lē, -'feksh-wə-\ *adv* — **in·ef·fec·tu·al·ness** *n*

**in·ef·fi·ca·cious** \(ˌ)i-ˌne-fə-'kā-shəs\ *adj* (1658) : lacking the power to produce a desired effect : INEFFECTIVE — **in·ef·fi·ca·cious·ly** *adv* — **in·ef·fi·ca·cious·ness** *n*

**in·ef·fi·ca·cy** \(ˌ)i-'ne-fi-kə-sē\ *n* [LL *inefficacia*, fr. L *inefficac-, inefficax* inefficacious, fr. *in-* + *efficac-, efficax* efficacious] (ca. 1615) : lack of power to produce a desired effect

**in·ef·fi·cien·cy** \ˌi-nə-'fi-shən(t)-sē\ *n, pl* **-cies** (1749) **1** : the quality or state of being inefficient **2** : something that is inefficient

**in·ef·fi·cient** \-'fi-shənt\ *adj* (1750) : not efficient: as **a** : not producing the effect intended or desired **b** : wasteful of time or energy (~ operating procedures) **c** : INCAPABLE, INCOMPETENT (an ~ worker) — **inefficient** *n* — **in·ef·fi·cient·ly** *adv*

**in·e·gal·i·tar·i·an** \ˌi-ni-ˌga-lə-'ter-ē-ən\ *adj* (1940) : marked by disparity in social and economic standing

**in·elas·tic** \ˌi-ni-'las-tik\ *adj* (1748) : not elastic: as **a** : slow to react or respond to changing conditions **b** : INFLEXIBLE, UNYIELDING — **in·elas·tic·i·ty** \ˌi-ni-ˌlas-'ti-stə-)tē, (ˌ)i-ˌnē-ˌlas-\ *n*

**inelastic collision** *n* (1937) : a collision in which part of the kinetic energy of the colliding particles changes into another form of energy (as radiation)

**inelastic scattering** *n* (1938) : a scattering of particles as the result of inelastic collision in which the total kinetic energy of the colliding particles changes

**in·el·e·gance** \(ˌ)i-'ne-li-gən(t)s\ *n* (1726) : lack of elegance

**in·el·e·gant** \-gənt\ *adj* [MF, fr. L *inelegant-, inelegans*, fr. *in-* + *elegant-, elegans* elegant] (ca. 1570) : lacking in refinement, grace, or good taste — **in·el·e·gant·ly** *adv*

**in·el·i·gi·ble** \(ˌ)i-'ne-lə-jə-bəl\ *adj* [F *inéligible*, fr. *in-* + *éligible* eligible] (1770) : not eligible: as **a** : not qualified for an office or position **b** : not permitted under football rules to catch a forward pass — **in·el·i·gi·bil·i·ty** \-ˌne-lə-jə-'bi-lə-tē\ *n* — **ineligible** *n*

**in·el·o·quent** \(ˌ)i-'ne-lə-kwənt\ *adj* (ca. 1530) : not eloquent — **in·el·o·quent·ly** *adv*

**in·eluc·ta·ble** \ˌi-ni-'lək-tə-bəl\ *adj* [L *ineluctabilis*, fr. *in-* + *eluctari* to struggle clear of, fr. *ex-* + *luctari* to struggle, wrestle; akin to L *luxus* dislocated — more at LOCK] (ca. 1623) : not to be avoided, changed, or resisted : INEVITABLE — **in·eluc·ta·bil·i·ty** \-ˌlək-tə-'bi-lə-tē\ *n* — **in·eluc·ta·bly** \-'lək-tə-blē\ *adv*

**in·elud·ible** \ˌi-ni-'lü-də-bəl\ *adj* (1662) : INESCAPABLE

**in·en·ar·ra·ble** \ˌi-ni-'nar-ə-bəl\ *adj* [ME, fr. MF, fr. L *inenarrabilis*, fr. *in-* + *enarrare* to explain in detail, fr. *e-* + *narrare* to narrate] (15c) : incapable of being narrated : INDESCRIBABLE

**in·ept** \i-'nept\ *adj* [MF *inepte*, fr. L *ineptus*, fr. *in-* + *aptus* apt] (1542) **1** : lacking in fitness or aptitude : UNFIT **2** : lacking sense or reason : FOOLISH **3** : not suitable to the time, place, or occasion : inappropriate often to an absurd degree **4** : generally incompetent : BUNGLING *syn see* AWKWARD — **in·ept·ly** \-'nep(t)-lē\ *adv* — **in·ept·ness** \-nəs\ *n*

**in·ep·ti·tude** \(ˌ)i-'nep-tə-ˌtüd, -ˌtyüd\ *n* [L *ineptitudo*, fr. *ineptus*] (1615) : the quality or state of being inept; *esp* : INCOMPETENCE

**in·equal·i·ty** \ˌi-ni-'kwä-lə-tē\ *n* [ME *inequalite*, fr. MF *inequalité*, fr. L *inaequalitat-, inaequalitas*, fr. *inaequalis* unequal, fr. *in-* + *aequalis* equal] (15c) **1** : the quality of being unequal or uneven: as **a** : lack of evenness **b** : social disparity **c** : disparity of distribution or opportunity **d** : the condition of being variable : CHANGEABLENESS **2** : an instance of being unequal **3** : a formal statement of inequality between two quantities usu. separated by a sign of inequality (as <, >, or ≠ signifying respectively *is less than, is greater than*, or *is not equal to*)

**in·eq·ui·ta·ble** \(ˌ)i-'ne-kwə-tə-bəl\ *adj* (1667) : not equitable : UNFAIR — **in·eq·ui·ta·bly** \-blē\ *adv*

**in·eq·ui·ty** \(ˌ)i-'ne-kwə-tē\ *n* (1556) **1** : INJUSTICE, UNFAIRNESS **2** : an instance of injustice or unfairness

**in·equi·valve** \(ˌ)i-'nē-kwə-ˌvalv\ *also* **in·equi·valved** \-ˌvalvd\ *adj* (1776) : having the valves unequal in size and form — used of a bivalve mollusk or shell

**in·erad·i·ca·ble** \ˌi-ni-'ra-di-kə-bəl\ *adj* (1818) : incapable of being eradicated — **in·erad·i·ca·bil·i·ty** \-ˌra-di-kə-'bi-lə-tē\ *n* — **in·erad·i·ca·bly** \-'ra-di-kə-blē\ *adv*

**in·er·ran·cy** \(ˌ)i-'ner-ən(t)-sē\ *n* (ca. 1834) : exemption from error : INFALLIBILITY (the question of biblical ~)

**in·er·rant** \-ənt\ *adj* [L *inerrant-, inerrans*, fr. *in-* + *errant-, errans*, prp. of *errare* to err] (1837) : free from error

**in·ert** \i-'nərt\ *adj* [L *inert-, iners* unskilled, idle, fr. *in-* + *art-, ars* skill — more at ARM] (1647) **1** : lacking the power to move **2** : very slow to move or act : SLUGGISH **3** : deficient in active properties; *esp* : lacking a usual or anticipated chemical or biological action *syn see* INACTIVE — **in·ert·ly** *adv* — **in·ert·ness** *n*

**inert gas** *n* (1898) : NOBLE GAS

**in·er·tia** \i-'nər-shə, -shē-ə\ *n* [NL, fr. L, lack of skill, fr. *iners, inert-*] (1713) **1 a** : a property of matter by which it remains at rest or in uniform motion in the same straight line unless acted upon by some external force **b** : an analogous property of other physical quantities (as electricity) **2** : indisposition to motion, exertion, or change : INERTNESS — **in·er·tial** \-shəl\ *adj* — **in·er·tial·ly** \-'nər-shə-lē\ *adv*

**inertial guidance** *n* (ca. 1948) : guidance (as of an aircraft or spacecraft) by means of self-contained automatically controlling devices that respond to inertial forces — called also *inertial navigation*

**in·es·cap·able** \ˌi-nə-'skā-pə-bəl\ *adj* (1792) : incapable of being avoided, ignored, or denied : INEVITABLE — **in·es·cap·ably** \-blē\ *adv*

**in·es·sen·tial** \ˌi-nə-'sen(t)-shəl\ *adj* (1677) **1** : having no essence **2** : not essential : UNESSENTIAL — **inessential** *n*

**in·es·ti·ma·ble** \(ˌ)i-'nes-tə-mə-bəl\ *adj* [ME, fr. MF, fr. L *inaestimabilis*, fr. *in-* + *aestimabilis* estimable] (14c) **1** : incapable of being estimated or computed (storms caused ~ damage) **2** : too valuable or excellent to be measured or appreciated (has performed an ~ service for his country) — **in·es·ti·ma·bly** \-blē\ *adv*

**in·ev·i·ta·ble** \i-'ne-və-tə-bəl\ *adj* [ME, fr. L *inevitabilis*, fr. *in-* + *evitabilis* evitable] (14c) : incapable of being avoided or evaded — **in·ev·i·ta·bil·i·ty** \-ˌne-və-tə-'bi-lə-tē\ *n* — **in·ev·i·ta·ble·ness** \-'ne-və-tə-bəl-nəs\ *n*

**in·ev·i·ta·bly** \-blē\ *adv* (15c) **1** : in an inevitable way **2** : as is to be expected (~, it rained)

**in·ex·act** \ˌi-nig-'zakt\ *adj* [F, fr. *in-* + *exact* exact] (ca. 1828) **1** : not

precisely correct or true : INACCURATE (an ~ translation)   2 : not rigorous and careful (an ~ thinker) — **in-ex-act-ly** \-'zak(t)-lē\ adv — **in-ex-act-ness** \-nəs\ n
**in-ex-ac-ti-tude** \(ˌ)i-nig-'zak-tə-ˌtüd, -ˌtyüd\ n [F, fr. inexact] (1782)   1 : lack of exactitude or precision   2 : an instance of inexactness
**in ex-cel-sis** \ˌin-ik-'sel-səs also -'chel-\ adv [LL, on high] (1602) : in the highest degree
**in-ex-cus-able** \ˌi-nik-'skyü-zə-bəl\ adj [ME, fr. L inexcusabilis, fr. in- + excusabilis excusable] (15c) : being without excuse or justification — **in-ex-cus-able-ness** n — **in-ex-cus-ably** \-blē\ adv
**in-ex-haust-ible** \ˌi-nig-'zȯ-stə-bəl\ adj (1601) : not exhaustible: as   a : incapable of being used up (~ riches)   b : incapable of being wearied or worn out (an ~ hiker) — **in-ex-haust-ibil-i-ty** \-ˌzȯ-stə-'bi-lə-tē\ n — **in-ex-haust-ible-ness** \-'zȯ-stə-bəl-nəs\ n — **in-ex-haust-ibly** \-blē\ adv
**in-ex-is-tence** \ˌi-nig-'zis-tən(t)s\ n (ca. 1623) : absence of existence : NONEXISTENCE
**in-ex-is-tent** \-tənt\ adj [LL inexistens, inexsistens, fr. L in- + existent-, exsistens, prp. of existere to exist] (1646) : not having existence : NONEXISTENT
**in-ex-o-ra-ble** \(ˌ)i-'neks-rə-bəl, -'nek-sə-, -'neg-zə-rə-\ adj [L inexorabilis, fr. in- + exorabilis pliant, fr. exorare to prevail upon, fr. ex- + orare to speak — more at ORATION] (1553) : not to be persuaded or moved by entreaty : RELENTLESS — **in-ex-o-ra-bil-i-ty** \(ˌ)i-ˌneks-rə-'bi-lə-tē, -ˌnek-sə-, -ˌneg-zə-\ n — **in-ex-o-ra-ble-ness** \-'neks-rə-bəl-nəs, -'nek-sə-, -'neg-zə-\ n — **in-ex-o-ra-bly** \-blē\ adv
**in-ex-pe-di-ence** \ˌi-nik-'spē-dē-ən(t)s\ n (1608) : INEXPEDIENCY
**in-ex-pe-di-en-cy** \-ən(t)-sē\ n (1641) : the quality or fact of being inexpedient
**in-ex-pe-di-ent** \-ənt\ adj (1608) : not expedient : INADVISABLE — **in-ex-pe-di-ent-ly** adv
**in-ex-pen-sive** \ˌi-nik-'spen(t)-siv\ adj (ca. 1846) : reasonable in price : CHEAP — **in-ex-pen-sive-ly** adv — **in-ex-pen-sive-ness** n
**in-ex-pe-ri-ence** \ˌi-nik-'spir-ē-ən(t)s\ n [F, fr. LL inexperientia, fr. L in- + experientia experience] (1598)   1 : lack of practical experience   2 : lack of knowledge of the ways of the world — **in-ex-pe-ri-enced** \-ən(t)st\ adj
**in-ex-pert** \(ˌ)i-'nek-ˌspərt, ˌi-nik-'\ adj [ME, fr. MF, fr. L inexpertus, fr. in- + expertus expert] (15c) : not expert : UNSKILLED — **in-ex-pert-ly** \-'nek-ˌspərt-lē, ˌi-nik-'\ adv — **in-ex-pert-ness** n
**in-ex-pi-a-ble** \(ˌ)i-'nek-spē-ə-bəl\ adj [ME inexpyable, fr. L inexpiabilis, fr. in- + expiare to expiate] (15c)   1 : not capable of being atoned for   2 obs : IMPLACABLE, UNAPPEASABLE — **in-ex-pi-a-bly** \-blē\ adv
**in-ex-plain-able** \ˌi-nik-'splā-nə-bəl\ adj (ca. 1923) : INEXPLICABLE
**in-ex-pli-ca-ble** \ˌi-nik-'spli-kə-bəl, (ˌ)i-'nek-(ˌ)spli-\ adj [ME, fr. MF, fr. L inexplicabilis, fr. in- + explicabilis explicable] (15c) : incapable of being explained, interpreted, or accounted for — **in-ex-pli-ca-bil-i-ty** \ˌi-nik-ˌspli-kə-'bi-lə-tē, (ˌ)i-ˌnek-(ˌ)spli-\ n — **in-ex-pli-ca-ble-ness** \ˌi-nik-'spli-kə-bəl-nəs, (ˌ)i-'nek-(ˌ)spli-\ n — **in-ex-pli-ca-bly** \-blē\ adv
**in-ex-plic-it** \ˌi-nik-'spli-sət\ adj (ca. 1812) : not explicit
**in-ex-press-ible** \-'spre-sə-bəl\ adj (1625) : not capable of being expressed : INDESCRIBABLE — **in-ex-press-ibil-i-ty** \-ˌspre-sə-'bi-lə-tē\ n — **in-ex-press-ible-ness** \-'spre-sə-bəl-nəs\ n — **in-ex-press-ibly** \-blē\ adv
**in-ex-pres-sive** \-'spre-siv\ adj (1652)   1 archaic : INEXPRESSIBLE   2 : lacking expression or meaning (an ~ face) — **in-ex-pres-sive-ly** adv — **in-ex-pres-sive-ness** n
**in-ex-pug-na-ble** \ˌi-nik-'spəg-nə-bəl, -'spyü-nə-\ adj [ME inexpugnabull, fr. MF, fr. L inexpugnabilis, fr. in- + expugnare to take by storm, fr. ex- + pugnare to fight — more at PUNGENT] (15c)   1 : incapable of being subdued or overthrown : IMPREGNABLE (an ~ position)   2 : STABLE, FIXED (~ hatred) — **in-ex-pug-na-ble-ness** n — **in-ex-pug-na-bly** adv
**in-ex-pung-ible** \ˌi-nik-'spən-jə-bəl\ adj [in- + expunge] (1888) : incapable of being obliterated
**in ex-ten-so** \ˌin-ik-'sten(t)-(ˌ)sō\ adv [ML] (1826) : at full length (the passage was quoted in extenso)
**in-ex-tin-guish-able** \ˌi-nik-'stiŋ-gwi-shə-bəl, -'stiŋ-wi-\ adj (15c) : not extinguishable : UNQUENCHABLE (an ~ flame) (an ~ longing) — **in-ex-tin-guish-ably** \-blē\ adv
**in ex-tre-mis** \ˌin-ik-'strē-məs, -'strā-\ adv [L] (ca. 1530) : in extreme circumstances; esp : at the point of death
**in-ex-tri-ca-ble** \ˌi-nik-'stri-kə-bəl, (ˌ)i-'nek-(ˌ)stri-\ adj [ME, fr. MF or L; MF, fr. L inextricabilis, fr. in- + extricabilis extricable] (15c)   1 : forming a maze or tangle from which it is impossible to get free   2   a : incapable of being disentangled or untied (an ~ knot)   b : not capable of being solved — **in-ex-tri-ca-bil-i-ty** \ˌi-nik-ˌstri-kə-'bi-lə-tē, (ˌ)i-ˌnek-(ˌ)stri-\ n — **in-ex-tri-ca-bly** \ˌi-nik-'stri-kə-blē, (ˌ)i-'nek-(ˌ)stri-\ adv
**in-fal-li-ble** \(ˌ)in-'fa-lə-bəl\ adj [ME, fr. ML infallibilis, fr. L in- + LL fallibilis fallible] (15c)   1 : incapable of error : UNERRING (an ~ memory)   2 : not liable to mislead, deceive, or disappoint : CERTAIN (an ~ remedy)   3 : incapable of error in defining doctrines touching faith or morals — **in-fal-li-bil-i-ty** \-ˌfa-lə-'bi-lə-tē\ n — **in-fal-li-bly** \-'fa-lə-blē\ adv
**in-fall-ing** \'in-ˌfȯ-liŋ\ adj (1964) : moving under the influence of gravity toward a celestial object (as a black hole) — **in-fall** \-ˌfȯl\ n
**in-fa-mous** \'in-fə-məs\ adj [ME, fr. L infamis, fr. in- + fama fame] (14c)   1 : having a reputation of the worst kind   2 : causing or bringing infamy : DISGRACEFUL   3 : convicted of an offense bringing infamy — **in-fa-mous-ly** adv
**in-fa-my** \-mē\ n, pl **-mies** (15c)   1 : evil reputation brought about by something grossly criminal, shocking, or brutal   2   a : an extreme and publicly known criminal or evil act   b : the state of being infamous syn see DISGRACE
**in-fan-cy** \'in-fən(t)-sē\ n, pl **-cies** (14c)   1 : early childhood   2 : a beginning or early period of existence   3 : the legal status of an infant
¹**in-fant** \'in-fənt\ n [ME enfaunt, fr. MF enfant, fr. L infant-, infans, fr. infant-, infans, adj., incapable of speech, young, fr. in- + fant-, fans, prp. of fari to speak — more at BAN] (14c)   1 : a child in the first period of life   2 : a person who is not of full age : MINOR

²**infant** adj (ca. 1586)   1 : intended for young children   2 : being in an early stage of development   3 : of, relating to, or being in infancy
**in-fan-ta** \in-'fan-tə, -'fän-\ n [Sp & Pg, fem. of infante] (1593) : a daughter of a Spanish or Portuguese monarch
**in-fan-te** \in-'fan-tē, -'fän-(ˌ)tā\ n [Sp & Pg, lit., infant, fr. L infant-, infans] (1555) : a younger son of a Spanish or Portuguese monarch
**in-fan-ti-cide** \in-'fan-tə-ˌsīd\ n [LL infanticidium, fr. L infant-, infans + -i- + -cidium -cide] (ca. 1656)   1 : the killing of an infant   2 [LL infanticida, fr. L infant-, infans + -i- + -cida -cide] : one who kills an infant — **in-fan-ti-cid-al** \-ˌfan-tə-'sī-d'l\ adj
**in-fan-tile** \'in-fən-ˌtīl, -t'l, -ˌtēl, -(ˌ)til\ adj (1696)   1 : of or relating to infants or infancy   2 : suitable to or characteristic of an infant; esp : very immature — **in-fan-til-i-ty** \ˌin-fən-'ti-lə-tē\ n
**infantile paralysis** n (1843) : POLIOMYELITIS
**in-fan-til-ism** \in-'fan-t'l-ˌi-zəm, -tə-ˌli-; in-'fan-t'l-, i-\ n (1895)   1 : retention of childish physical, mental, or emotional qualities in adult life; esp : failure to attain sexual maturity   2 : an act or expression that indicates lack of maturity
**in-fan-til-ize** \'in-fən-t'l-ˌīz, -fən-tə-ˌlīz; in-'fan-t'l-, i-\ vt **-ized; -iz-ing** (1943)   1 : to make or keep infantile   2 : to treat as if infantile — **in-fan-til-i-za-tion** \ˌin-fən-ˌti-lə-'zā-shən, -fən-t'l-ə-; in-ˌfan-t'l-ə-\ n
**in-fan-tine** \'in-fən-ˌtīn, -t'n\ adj (1603) : INFANTILE, CHILDISH
**in-fan-try** \'in-fən-trē\ n, pl **-tries** [MF & OIt; MF infanterie, fr. OIt infanteria, fr. infante boy, foot soldier, fr. L infant-, infans] (1579)   1   a : soldiers trained, armed, and equipped to fight on foot   b : a branch of an army composed of these soldiers   2 : an infantry regiment or division
**in-fan-try-man** \-trē-mən\ n (1883) : an infantry soldier
**infant school** n (1824) Brit : a school for children aged five to seven or eight
**in-farct** \'in-ˌfärkt, in-'\ n [L infarctus, pp. of infarcire to stuff, fr. in- + farcire to stuff] (1873) : an area of necrosis in a tissue or organ resulting from obstruction of the local circulation by a thrombus or embolus — **in-farct-ed** \in-'färk-təd\ adj — **in-farc-tion** \in-'färk-shən\ n
**in-fare** \'in-ˌfar, -ˌfer\ n [ME, entrance, fr. OE infær, fr. in + fær way, fr. faran to go — more at FARE] (1595) chiefly dial : a reception for a newly married couple
¹**in-fat-u-ate** \in-'fa-chə-wət\ adj (15c) : being in an infatuated state or condition
²**in-fat-u-ate** \-ˌwāt\ vt **-at-ed; -at-ing** [L infatuatus, pp. of infatuare, fr. in- + fatuus fatuous] (1533)   1 : to cause to be foolish : deprive of sound judgment   2 : to inspire with a foolish or extravagant love or admiration — **in-fat-u-a-tion** \-ˌfa-chə-'wā-shən\ n
**in-fau-na** \'in-ˌfȯ-nə, -ˌfä-\ n [NL, fr. ²in- + fauna] (1914) : benthic fauna living in the substrate and esp. in a soft sea bottom — compare EPIFAUNA — **in-fau-nal** \-ˌfȯ-n'l, -ˌfä-\ adj
**in-fea-si-ble** \(ˌ)in-'fē-zə-bəl\ adj (1533) : not feasible : IMPRACTICABLE — **in-fea-si-bil-i-ty** \-ˌfē-zə-'bi-lə-tē\ n
**in-fect** \in-'fekt\ vt [ME, fr. L infectus, pp. of inficere, fr. in- + facere to make, do — more at DO] (14c)   1 : to contaminate with a disease-producing substance or agent (as bacteria)   2   a : to communicate a pathogen or a disease to   b of a pathogenic organism : to invade (an individual or organ) usu. by penetration   c of a computer virus : to become transmitted and copied to (as a computer)   3   a : CONTAMINATE, CORRUPT (the inflated writing that ~s such stories)   b : to work upon or seize upon so as to induce sympathy, belief, or support (trying to ~ their salespeople with their enthusiasm) — **in-fec-tor** \-'fek-tər\ n
**in-fec-tion** \in-'fek-shən\ n (14c)   1 : the act or result of affecting injuriously   2 : an infective agent or material contaminated with an infective agent   3   a : the state produced by the establishment of an infective agent in or on a suitable host   b : a disease resulting from infection   4 : an act or process of infecting; also : the establishment of a pathogen in its host after invasion   5 : the communication of emotions or qualities through example or contact
**in-fec-tious** \-shəs\ adj (1542)   1   a : capable of causing infection   b : communicable by infection — compare CONTAGIOUS   2 : that corrupts or contaminates   3 : spreading or capable of spreading rapidly to others (their enthusiasm was ~) (an ~ grin) — **in-fec-tious-ly** adv — **in-fec-tious-ness** n
**infectious hepatitis** n (ca. 1941) : HEPATITIS A
**infectious mononucleosis** n (1920) : an acute infectious disease associated with Epstein-Barr virus and characterized by fever, swelling of lymph nodes, and lymphocytosis
**in-fec-tive** \in-'fek-tiv\ adj (14c)   1 : producing or capable of producing infection   2 : affecting others : INFECTIOUS — **in-fec-tiv-i-ty** \(ˌ)in-ˌfek-'ti-və-tē\ n
**in-fe-lic-i-tous** \ˌin-fi-'li-sə-təs\ adj (1835) : not appropriate in application or expression — **in-fe-lic-i-tous-ly** adv
**in-fe-lic-i-ty** \-sə-tē\ n, pl **-ties** [ME infelicitie unhappiness, fr. L infelicitas, fr. infelic-, infelix, infelix unhappy, fr. in- + felic-, felix fruitful — more at FEMININE] (1617)   1 : the quality or state of being infelicitous   2 : something that is infelicitous
**in-fer** \in-'fər\ vb **-ferred; -fer-ring** [MF or L; MF inferer, fr. L inferre, lit., to carry or bring into, fr. in- + ferre to carry — more at BEAR] vt (1528)   1 : to derive as a conclusion from facts or premises (we see smoke and ~ fire — L. A. White) — compare IMPLY   2 : GUESS, SURMISE (your letter . . . allows me to ~ that you are as well as ever — O. W. Holmes †1935)   3   a : to involve as a normal outcome of thought   b : to point out : INDICATE (this doth ~ the zeal I had to see him — Shak.)   4 : SUGGEST, HINT (another survey . . . ~s that two-thirds of all present computer installations are not paying for themselves — H. R. Chellman) ~ vi : to draw inferences (men . . . have observed, inferred, and reasoned . . . to all kinds of results — John Dewey) — **in-fer-able** also **in-fer-ri-ble** \in-'fər-ə-bəl\ adj — **in-fer-rer** \-'fər-ər\ n
syn INFER, DEDUCE, CONCLUDE, JUDGE, GATHER mean to arrive at a men-

\ə\ abut  \'\ kitten, F table  \ər\ further  \a\ ash  \ā\ ace  \ä\ mop, mar  \au̇\ out  \ch\ chin  \e\ bet  \ē\ easy  \g\ go  \i\ hit  \ī\ ice  \j\ job  \ŋ\ sing  \ō\ go  \ȯ\ law  \ȯi\ boy  \th\ thin  \ᴛʜ\ the  \ü\ loot  \u̇\ foot  \y\ yet  \zh\ vision  \ə, k, ⁿ, œ, œ̄, ᵫ, ᵫ̄, ʏ\ see Guide to Pronunciation

²meal n [ME mele, fr. OE melu; akin to OHG melo meal, L molere to grind, Gk mylē mill] (bef. 12c) 1 : the usu. coarsely ground and unbolted seeds of a cereal grass or pulse; esp : CORNMEAL 2 : a product resembling seed meal esp. in particle size or texture

-meal adv comb form [ME -mele, fr. OE -mǣlum, fr. mǣlum, dat. pl. of mǣl] : by a (specified) portion or measure at a time (piecemeal)

mea-lie \'mē-lē\ n [Afrik mielie] (1855) SoAfr : INDIAN CORN; also : an ear of Indian corn

meals-on-wheels n pl but sing in constr (1961) : a service that delivers daily hot meals to the homes of elderly or disabled people

meal ticket n (ca. 1899) : one that serves as the ultimate source of one's income (an advanced degree was his meal ticket)

meal-time \'mē(ə)l-,tīm\ n (12c) : the usual time for serving a meal

meal-worm \-,wərm\ n (1658) : the larva of various beetles (genus Tenebrio) that infests and pollutes grain products but is often raised as food for insectivorous animals, for laboratory use, or as fishing bait

mealy \'mē-lē\ adj meal-i-er; -est (1533) 1 : soft, dry, and friable 2 : containing meal : FARINACEOUS 3 a : covered with meal or with fine granules b : flecked with another color c : SPOTTY, UNEVEN d : PALLID, BLANCHED (a ~ complexion) 4 : MEALYMOUTHED

mealy-bug \'mē-lē-,bəg\ n (1824) : any of a family (Pseudococcidae) of scale insects that have a white powdery covering and are destructive pests esp. of fruit trees

mealy-mouthed \'mē-lē-,mau̇t̄hd, -,mau̇tht\ adj (ca. 1572) : not plain and straightforward : DEVIOUS (a ~ politician)

¹mean \'mēn\ vb meant \'ment\; mean-ing \'mē-niŋ\ [ME menen, fr. OE mǣnan; akin to OHG meinen to have in mind, OCS mĕniti to mention] vt (bef. 12c) 1 a : to have in the mind as a purpose : INTEND (she ~s to win) — sometimes used interjectionally with I, chiefly in informal speech for emphasis (he throws, I ~, hard) or to introduce a phrase restating the point of a preceding phrase (we try to answer what we can, but I ~ we're not God —Bobbie Ann Mason) b : to design for or destine to a specified purpose or future (I was meant to teach) 2 : to serve or intend to convey, show, or indicate : SIGNIFY (a red sky ~s rain) 3 : to have importance to the degree of (health ~s everything) 4 : to direct to a particular individual ~ vi : to have an intended purpose (he ~s well) — mean-er \'mē-nər\ n — mean business : to be in earnest

²mean \'mēn\ adj [ME mene, fr. imene common, shared, fr. OE gemǣne; akin to OHG gimeini common, L communis common, munus service, gift, Skt mayate he exchanges] (14c) 1 : lacking distinction or eminence : HUMBLE 2 : lacking in mental discrimination : DULL 3 a : of poor shabby inferior quality or status (~ city streets) b : worthy of little regard : CONTEMPTIBLE — often used in negative constructions as a term of praise (no ~ feat) 4 : lacking dignity or honor : BASE 5 a : PENURIOUS, STINGY b : characterized by petty selfishness or malice c : causing trouble or bother : VEXATIOUS d : EXCELLENT, EFFECTIVE (plays a ~ trumpet) (a lean, ~ athlete) 6 : ASHAMED 1b — mean-ness \'mēn-nəs\ n

syn MEAN, IGNOBLE, ABJECT, SORDID mean being below the normal standards of human decency and dignity. MEAN suggests having such repellent characteristics as small-mindedness, ill temper, or cupidity (mean and petty satire). IGNOBLE suggests a loss or lack of some essential high quality of mind or spirit (an ignoble scramble after material possessions). ABJECT may imply degradation, debasement, or servility (abject poverty). SORDID is stronger than all of these in stressing physical or spiritual degradation and abjectness (a sordid story of murder and revenge).

³mean adj [ME mene, fr. MF meien, fr. L medianus — more at MEDIAN] (14c) 1 : occupying a middle position : intermediate in space, order, time, kind, or degree 2 : occupying a position about midway between extremes; esp : being the mean of a set of values : AVERAGE (the ~ temperature) 3 : serving as a means : INTERMEDIARY syn see AVERAGE

⁴mean n (14c) 1 a (1) : something intervening or intermediate (2) : a middle point between extremes b : a value that lies within a range of values and is computed according to a prescribed law: as (1) : ARITHMETIC MEAN (2) : EXPECTED VALUE c : either of the middle two terms of a proportion 2 pl but sing or pl in constr : something useful or helpful to a desired end 3 pl : resources available for disposal; esp : material resources affording a secure life — by all means : most assuredly : CERTAINLY — by means of : through the use of — by no means : in no way : not at all

me-an-der \mē-'an-dər\ n [L maeander, fr. Gk maiandros, fr. Maiandros (now Menderes), river in Asia Minor] (1576) 1 : a winding path or course; esp : LABYRINTH 2 : a turn or winding of a stream — me-an-drous \-drəs\ adj

²meander vi -dered; -der-ing \-d(ə-)riŋ\ (ca. 1612) 1 : to follow a winding or intricate course 2 : to wander aimlessly or casually without urgent destination : RAMBLE syn see WANDER

mean deviation n (1858) : the mean of the absolute values of the numerical differences between the numbers of a set (as statistical data) and their mean or median

mean distance n (ca. 1889) : the arithmetical mean of the maximum and minimum distances of an orbiting celestial object from its primary

mean free path n (1879) : the average distance traversed between collisions by particles (as molecules of a gas or free electrons in metal) in a system of agitated particles

mean-ie also meany \'mē-nē\ n, pl meanies (1910) : a mean or spiteful person

mean-ing \'mē-niŋ\ n (14c) 1 a : the thing one intends to convey esp. by language : PURPORT b : the thing that is conveyed esp. by language : IMPORT 2 : something meant or intended : AIM (a mischievous ~ was apparent) 3 : significant quality; esp : implication of a hidden or special significance (a glance full of ~) 4 a : the logical connotation of a word or phrase b : the logical denotation or extension of a word or phrase — meaning adj — mean-ing-ly \-niŋ-lē\ adv

mean-ing-ful \-fəl\ adj (1852) 1 a : having a meaning or purpose b : full of meaning : SIGNIFICANT (a ~ life) 2 : having an assigned function in a language system (~ propositions) — mean-ing-ful-ly \-fə-lē\ adv — mean-ing-ful-ness n

mean-ing-less \'mē-niŋ-ləs\ adj (1797) 1 : having no meaning; esp : lacking any significance 2 : having no assigned function in a language system — mean-ing-less-ly adv — mean-ing-less-ness n

¹mean-ly \'mēn-lē\ adv (14c) obs : fairly well : MODERATELY

²meanly adv (15c) : in a mean manner: as a : in a lowly manner : HUMBLY b : in an inferior manner : BADLY c : in a base or ungenerous manner

mean proportional n (1571) : GEOMETRIC MEAN; esp : the square root (as x) of the product of two numbers (as a and b) when expressed as the means of a proportion (as a/x = x/b)

mean solar day n (1816) : the interval between successive transits of a given meridian by the mean sun

mean-spir-it-ed \'mēn-'spir-ə-təd, ,mēn-\ adj (1694) : exhibiting or characterized by meanness of spirit — mean-spir-it-ed-ness \-nəs\ n

mean square n (1845) : the mean of the squares of a set of values

mean square deviation n (1948) 1 : VARIANCE 5 2 : STANDARD DEVIATION

means test \'mēnz-\ n (1930) : an examination into the financial state of a person to determine his eligibility for public assistance — means-test-ed \-,tes-təd\ adj

mean sun n (ca. 1890) : a fictitious sun used for timekeeping that moves uniformly along the celestial equator and maintains a constant rate of apparent motion equal to the average rate of apparent motion of the real sun

¹mean-time \'mēn-,tīm\ n (14c) : the intervening time

²meantime adv (1588) : MEANWHILE

mean time n (ca. 1864) : time that is based on the motion of the mean sun — called also mean solar time

mean value theorem n (1902) 1 : a theorem in differential calculus: if a function of one variable is continuous on a closed interval and differentiable on the interval minus its endpoints there is at least one point where the derivative of the function is equal to the slope of the line joining the endpoints of the curve representing the function on the interval 2 : a theorem in integral calculus: if a function of one variable is continuous on a closed interval and differentiable on the interval minus its endpoints, there is at least one point in the interval where the product of the value of the function and the length of the interval is equal to the integral of the function over the interval

¹mean-while \'mēn-,hwīl, -,wīl\ n (14c) : MEANTIME

²meanwhile adv (14c) 1 : during the intervening time 2 : at the same time

mea-sle \'mē-zəl\ n [sing. of measles] (1863) : a cysticercus tapeworm larva; specif : one found in the muscles of a domesticated mammal

mea-sles \'mē-zəlz\ n pl but sing or pl in constr [ME meseles, pl. of mesel measles, spot characteristic of measles; akin to MD masel spot characteristic of measles] (1425) 1 a : an acute contagious viral disease marked by an eruption of distinct red circular spots b : any of various eruptive diseases (as German measles) 2 [ME mesel infested with tapeworms, lit., leprous, fr. OF, fr. ML misellus leper, fr. L, wretch, fr. misellus, dim. of miser miserable] : infestation with or disease caused by larval tapeworms in the muscles and tissues

mea-sly \'mēz-lē, 'mē-zə-\ adj mea-sli-er; -est (1687) 1 : infected with measles 2 a : containing larval tapeworms b : infested with trichinae 3 : contemptibly small

¹mea-sure \'me-zhər, 'mā-\ n [ME mesure, fr. OF, fr. L mensura, fr. mensus, pp. of metiri to measure; akin to OE mǣth measure, Gk metron] (13c) 1 a (1) : an adequate or due portion (2) : a moderate degree; also : MODERATION, TEMPERANCE (3) : a fixed or suitable limit : BOUNDS (rich beyond ~) b : the dimensions, capacity, or amount of something ascertained by measuring c : an estimate of what is to be expected (as of a person or situation) d (1) : a measured quantity (2) : AMOUNT, DEGREE 2 a : an instrument or utensil for measuring b (1) : a standard or unit of measurement — see WEIGHT table (2) : a system of standard units of measure (metric ~) 3 : the act or process of measuring 4 a (1) : MELODY, TUNE (2) : DANCE; esp : a slow and stately dance b : rhythmic structure or movement : CADENCE: as (1) : poetic rhythm measured by temporal quantity or accent; specif : METER (2) : musical time c (1) : a grouping of a specified number of musical beats located between two consecutive vertical lines on a staff (2) : a metrical unit : FOOT 5 : an exact divisor of a number 6 : a basis or standard of comparison (wealth is not a ~ of happiness) 7 : a step planned or taken as a means to an end; specif : a proposed legislative act — for good measure : in addition to the minimum required : as an extra

²measure vb mea-sured; mea-sur-ing \'me-zhə-riŋ, 'mā-; 'mezh-riŋ, 'māzh-\ vt (14c) 1 a : to choose or control with cautious restraint : REGULATE (~ his acts) b : to regulate by a standard : GOVERN 2 : to allot or apportion in measured amounts (~ out 3 cups) 3 : to lay off by making measurements 4 : to ascertain the measurements of 5 : to estimate or appraise by a criterion (~s his skill against his rival) 6 archaic : to travel over : TRAVERSE 7 : to serve as a means of measuring (a thermometer ~s temperature) ~ vi 1 : to take or make a measurement 2 : to have a specified measurement — mea-sur-abil-i-ty \,me-zhə-rə-'bi-lə-tē, ,mā-; ,mezh-rə-, ,māzh-\ n — mea-sur-able \'me-zhə-rə-bəl, 'mā-; 'mezh-rə-, 'māzh-\ adj — mea-sur-ably \-blē\ adv — mea-sur-er \-zhər-ər\ n

mea-sured \'me-zhərd, 'mā-\ adj (14c) 1 : marked by due proportion 2 a : marked by rhythm : regularly recurrent (a ~ gait) b : METRICAL 3 : DELIBERATE, CALCULATED (a ~ response) — mea-sured-ly adv

mea-sure-less \-zhər-ləs\ adj (14c) 1 : having no observable limit : IMMEASURABLE (the ~ universe) 2 : very great (had ~ energy)

mea-sure-ment \'me-zhər-mənt, 'mā-\ n (1751) 1 : the act or process of measuring 2 : a figure, extent, or amount obtained by measuring : DIMENSION 3 : MEASURE 2b

measurement ton n (ca. 1934) : TON 1c

measure up vi (1910) 1 : to have necessary or fitting qualifications — often used with to 2 : to be the equal (as in ability) — used with to

measuring worm n (1843) : LOOPER 1

meat \'mēt\ n [ME mete, fr. OE; akin to OHG maz food] (bef. 12c) 1 a : FOOD; esp : solid food as distinguished from drink b : the edible part of something as distinguished from its covering (as a husk or shell) 2 : animal tissue considered esp. as food: a : FLESH 2b b : FLESH 1a; specif : flesh of domesticated animals 3 archaic : ¹MEAL 1; esp : DINNER 4 a : the core of something : HEART b : PITH 2b (a novel with ~) 5 : favorite pursuit or interest — meat-ed \'mē-təd\ adj — meat-less adj

meat-and-potatoes adj (1949) 1 : of fundamental importance : BA-

¹**precious** *adv* (1595) : VERY, EXTREMELY (has ~ little to say)
**pre-cious-ly** *adv* (14c) 1 : in a precious manner 2 : PRECIOUS
**pre-ci-pe** *var of* PRAECIPE
**prec-i-pice** \'pre-s(ə-)pəs\ *n* [MF, fr. L *praecipitium*, fr. *praecipit-, praeceps* headlong, fr. *prae-* + *caput* head — more at HEAD] (1613) 1 : a very steep or overhanging place 2 : a hazardous situation : *broadly* : BRINK
**pre-cip-i-ta-ble** \pri-'si-pə-tə-bəl\ *adj* (1670) : capable of being precipitated
**pre-cip-i-tance** \pri-'si-pə-tən(t)s\ *n* (1667) : PRECIPITANCY
**pre-cip-i-tan-cy** \-tən(t)-sē\ *n* (1646) : undue hastiness or suddenness
¹**pre-cip-i-tant** \-tənt\ *adj* (1671) : PRECIPITATE — **pre-cip-i-tant-ly** *adv* — **pre-cip-i-tant-ness** *n*
²**precipitant** *n* (ca. 1685) : a precipitating agent; *esp* : one that causes the formation of a precipitate
¹**pre-cip-i-tate** \pri-'si-pə-,tāt\ *vb* -tat-ed; -tat-ing [L *praecipitatus*, pp. of *praecipitare*, fr. *praecipit-, praeceps*] *vt* (1528) 1 a : to throw violently : HURL (the quandaries into which the release of nuclear energy has *precipitated* mankind —A. B. Arons) b : to throw down 2 : to bring about esp. abruptly (~ a scandal that would end with his expulsion —John Cheever) 3 a : to cause to separate from solution or suspension b : to cause (vapor) to condense and fall or deposit ~ *vi* 1 a : to fall headlong b : to fall or come suddenly into some condition 2 : to move or act precipitately 3 a : to separate from solution or suspension b : to condense from a vapor and fall as rain or snow — **pre-cip-i-ta-tive** \-,tā-tiv\ *adj* — **pre-cip-i-ta-tor** \-,tā-tər\ *n*
²**pre-cip-i-tate** \pri-'si-pə-tət, -,tāt\ *n* [NL *praecipitatum*, fr. L, neut. of *praecipitatus*] (1594) 1 : a substance separated from a solution or suspension by chemical or physical change usu. as an insoluble amorphous or crystalline solid 2 : a product, result, or outcome of some process or action
³**pre-cip-i-tate** \pri-'si-pə-tət\ *adj* (1615) 1 a : falling, flowing, or rushing with steep descent b : PRECIPITOUS, STEEP 2 : exhibiting violent or unwise speed — **pre-cip-i-tate-ly** *adv* — **pre-cip-i-tate-ness** *n*
**syn** PRECIPITATE, HEADLONG, ABRUPT, IMPETUOUS, SUDDEN mean showing undue haste or unexpectedness. PRECIPITATE stresses lack of due deliberation and implies prematureness of action (the army's *precipitate* withdrawal). HEADLONG stresses rashness and lack of forethought (a *headlong* flight from arrest). ABRUPT stresses curtness and a lack of warning or ceremony (an *abrupt* refusal). IMPETUOUS stresses extreme impatience or impulsiveness (an *impetuous* lover proposing marriage). SUDDEN stresses unexpectedness and sharpness or violence of action (flew into a *sudden* rage).
**pre-cip-i-ta-tion** \pri-,si-pə-'tā-shən\ *n* (1502) 1 : the quality or state of being precipitate : HASTINESS 2 : an act, process, or instance of precipitating; *exp* : the process of forming a precipitate 3 : something precipitated: as a : a deposit on the earth of hail, mist, rain, sleet, or snow; *also* : the quantity of water deposited b : PRECIPITATE 1
**pre-cip-i-tin** \pri-'si-pə-tən\ *n* [ISV, fr. *precipitate*] (1900) : an antibody that forms a precipitate when it unites with its antigen
**pre-cip-i-tin-o-gen** \pri-,si-pə-'ti-nə-jən\ *n* (1904) : an antigen that stimulates the production of a specific precipitin
**pre-cip-i-tous** \pri-'si-pə-təs\ *adj* [F *précipiteux*, fr. MF, fr. L *praecipitium* precipice] (1613) 1 : PRECIPITATE 2 2 a : very steep, perpendicular, or overhanging in rise or fall (a ~ slope) b : having precipitous sides (a ~ gorge) c : having a very rapid ascent (a ~ street) **syn** *see* STEEP — **pre-cip-i-tous-ly** *adv* — **pre-cip-i-tous-ness** *n*
**pré-cis** \prā-'sē, 'prā-(,)sē\ *n, pl* **pré-cis** \-'sēz, -(,)sēz\ [F, fr. *précis* precise] (1760) : a concise summary of essential points, statements, or facts
¹**pre-cise** \pri-'sīs\ *adj* [ME, fr. MF *precis*, fr. L *praecisus*, pp. of *praecidere* to cut off, fr. *prae-* + *caedere* to cut] (15c) 1 : exactly or sharply defined or stated 2 : minutely exact 3 : strictly conforming to a pattern, standard, or convention 4 : distinguished from every other (at just that ~ moment) **syn** *see* CORRECT — **pre-cise-ness** *n*
**pre-cise-ly** *adv* (14c) : EXACTLY (~ two o'clock) — sometimes used as an intensive (was popular ~ because he was so kind)
²**pre-cis-ian** \pri-'si-zhən\ *n* (1571) 1 : a person who stresses or practices scrupulous adherence to a strict religious observance or morality 2 : PURITAN 1
¹**pre-ci-sion** \pri-'si-zhən\ *n* (1740) 1 : the quality or state of being precise : EXACTNESS 2 a : the degree of refinement with which an operation is performed or a measurement stated — compare ACCURACY 2b b : the accuracy (as in binary or decimal places) with which a number can be represented usu. expressed in terms of the number of computer words available for representation (double ~ arithmetic permits the representation of an expression by two computer words) 3 : RELEVANCE 2 — **pre-ci-sion-ist** \-'si-zhə-nist, -'sizh-nist\ *n*
²**precision** *adj* (1875) 1 : adapted for extremely accurate measurement or operation 2 : held to low tolerance in manufacture 3 : marked by precision of execution
**pre-clin-i-cal** \(,)prē-'kli-ni-kəl\ *adj* (1926) 1 : of, relating to, or concerned with the period preceding clinical manifestations 2 : of, relating to, or being the period in medical or dental education preceding the clinical study of medicine or dentistry
**pre-clude** \pri-'klüd\ *vt* **pre-clud-ed**; **pre-clud-ing** [L *praecludere*, fr. *prae-* + *claudere* to close — more at CLOSE] (1629) 1 *archaic* : CLOSE 2 : to make impossible by necessary consequence : rule out in advance — **pre-clu-sion** \-'klü-zhən\ *n* — **pre-clu-sive** \-'klü-siv, -ziv\ *adj* — **pre-clu-sive-ly** *adv*
**pre-co-cial** \pri-'kō-shəl\ *adj* [NL *praecoces* precocial birds, fr. L, pl. of *praecox-, precox*] (ca. 1872) : capable of a high degree of independent activity from birth (ducklings are ~) — compare ALTRICIAL
**pre-co-cious** \pri-'kō-shəs\ *adj* [L *praecoc-, praecox* early ripening, precocious, fr. *prae-* + *coquere* to cook — more at COOK] (1650) 1 : exceptionally early in development or occurrence 2 : exhibiting mature qualities at an unusually early age — **pre-co-cious-ly** *adv* — **pre-co-cious-ness** *n* — **pre-coc-i-ty** \pri-'kä-sə-tē\ *n*
**pre-cog-ni-tion** \,prē-(,)käg-'ni-shən\ *n* [LL *praecognition-, praecognitio*, fr. L *praecognoscere* to know beforehand, fr. *prae-* + *cognoscere* to know — more at COGNITION] (ca. 1611) : clairvoyance relating to an event or state not yet experienced — **pre-cog-ni-tive** \(,)prē-'käg-nə-tiv\ *adj*

**pre-Co-lum-bi-an** \,prē-kə-'ləm-bē-ən\ *adj* (1888) : preceding or belonging to the time before the arrival of Columbus in America
**pre-con-ceive** \,prē-kən-'sēv\ *vt* (1558) : to form (as an opinion) prior to actual knowledge or experience (*preconceived* notions)
**pre-con-cep-tion** \-kən-'sep-shən\ *n* (1625) 1 : a preconceived idea 2 : PREJUDICE
**pre-con-cert** \,prē-kən-'sərt\ *vt* (1748) : to settle by prior agreement
¹**pre-con-di-tion** \-kən-'di-shən\ *n* (1825) : PREREQUISITE
²**precondition** *vt* (1922) : to put in a proper or desired condition or frame of mind esp. in preparation
¹**pre-con-scious** \(,)prē-'kän(t)-shəs\ *adj* (1860) : not present in consciousness but capable of being recalled without encountering any inner resistance or repression — **pre-con-scious-ly** *adv*
²**preconscious** *n* (ca. 1922) : the preconscious part of the psyche esp. in psychoanalysis
**pre-con-tact** \,prē-'kän-,takt\ *adj* (ca. 1909) : of or relating to the period before contact of an indigenous people with an outside culture
**pre-cook** \(,)prē-'kuk\ *vt* (1926) : to cook partially or entirely before final cooking or reheating
**pre-crit-i-cal** \-'kri-ti-kəl\ *adj* (1881) : prior to the development of critical capacity
**pre-cur-sor** \pri-'kər-sər, 'prē-,\ *n* [ME *precursoure*, fr. L *praecursor*, fr. *praecurrere* to run before, fr. *prae-* pre- + *currere* to run — more at CURRENT] (15c) 1 a : one that precedes and indicates the approach of another b : PREDECESSOR 2 : a substance, cell, or cellular component from which another substance, cell, or cellular component is formed **syn** *see* FORERUNNER — **pre-cur-so-ry** \-'kərs-rē, -'kər-sə-\ *adj*
**pre-da-ceous** *or* **pre-da-cious** \pri-'dā-shəs\ *adj* [L *praedari* to prey upon (fr. *praeda* prey) + E *-aceous* or *-acious* (as in *rapacious*) — more at PREY] (1713) 1 : living by preying on other animals : PREDATORY 2 *usu* **predacious** : tending to devour or despoil : RAPACIOUS — **pre-da-ceous-ness** *n* — **pre-dac-i-ty** \-'da-sə-tē\ *n*
**pre-date** \(,)prē-'dāt\ *vt* (ca. 1864) : ANTEDATE
**pre-da-tion** \pri-'dā-shən\ *n* [ME *predacion*, fr. L *praedation-, praedatio*, fr. *praedari*] (15c) 1 : the act of preying or plundering : DEPREDATION 2 : a mode of life in which food is primarily obtained by the killing and consuming of animals
**predation pressure** *n* (1942) : the effects of predation on a natural community esp. with respect to the survival of species preyed upon
**pred-a-tor** \'pre-də-tər, -,tor\ *n* (1922) 1 : one that preys, destroys, or devours 2 : an animal that lives by predation
**pred-a-to-ry** \'pre-də-,tōr-ē, -,tor-\ *adj* (1589) 1 a : of, relating to, or practicing plunder, pillage, or rapine b : inclined or intended to injure or exploit others for personal gain or profit (~ pricing practices) 2 : living by predation : PREDACEOUS; *also* : adapted to predation
**pre-de-cease** \,prē-di-'sēs\ *vb* **-ceased**; **-ceas-ing** *vt* (1593) : to die before (another person) ~ *vi* : to die first — **predecease** *n*
**pre-de-ces-sor** \'pre-də-,se-sər, 'prē-; ,pre-də-', ,prē-\ *n* [ME *predecessour*, fr. MF *predecesseur*, fr. LL *praedecessor*, fr. L *prae-* pre- + *decessor* retiring governor, fr. *decedere* to depart, retire from office — more at DECEASE] (14c) 1 : one that precedes; *esp* : a person who has previously occupied a position or office to which another has succeeded 2 *archaic* : ANCESTOR
**pre-des-ti-nar-i-an** \(,)prē-,des-tə-'ner-ē-ən, ,prē-des-\ *n* [*predestin*ation + *-arian*] (1667) : one who believes in predestination — **predestinarian** *adj* — **pre-des-ti-nar-i-an-ism** \-ē-ə-,ni-zəm\ *n*
¹**pre-des-ti-nate** \prē-'des-tə-nət, -,nāt\ *adj* [ME, fr. L *praedestinatus*, pp. of *praedestinare*] (14c) : destined, fated, or determined beforehand
²**pre-des-ti-nate** \-,nāt\ *vt* **-nat-ed**; **-nat-ing** [ME, fr. L *praedestinatus*, pp.] (15c) 1 : to foreordain to an earthly or eternal lot or destiny by divine decree 2 *archaic* : PREDETERMINE
**pre-des-ti-na-tion** \(,)prē-,des-tə-'nā-shən, ,prē-des-\ *n* (14c) 1 : the act of predestinating : the state of being predestinated 2 : the doctrine that God in consequence of his foreknowledge of all events infallibly guides those who are destined for salvation
**pre-des-ti-na-tor** \prē-'des-tə-,nā-tər\ *n* (1579) 1 *archaic* : PREDESTINARIAN 2 : one that predestinates
**pre-des-tine** \(,)prē-'des-tən\ *vt* [ME, fr. MF or L; MF *predestiner*, fr. L *praedestinare*, fr. *prae-* + *destinare* to determine — more at DESTINE] (14c) : to destine, decree, determine, appoint, or settle beforehand; *esp* : PREDESTINATE 1
**pre-de-ter-mi-na-tion** \,prē-di-,tər-mə-'nā-shən\ *n* (1647) 1 : the act of predetermining : the state of being predetermined; as a : the ordaining of events beforehand b : a fixing or settling in advance 2 : a purpose formed beforehand
**pre-de-ter-mine** \-di-'tər-mən\ *vt* [LL *praedeterminare*, fr. L *prae-* + *determinare* to determine] (1625) 1 a : to FOREORDAIN, PREDESTINE b : to determine beforehand 2 : to impose a direction or tendency on beforehand
**pre-de-ter-min-er** \-di-'tər-mə-nər\ *n* (1959) : a limiting noun modifier (as *both* or *all*) characterized by occurrence before the determiner in a noun phrase
**pre-di-a-be-tes** \,prē-,dī-ə-'bē-tēz, -təs\ *n* (1935) : an inapparent abnormal state that precedes the development of clinically evident diabetes — **pre-di-a-bet-ic** \-'be-tik\ *adj or n*
**pre-di-al** \'prē-dē-əl\ *adj* [ME *prediall*, fr. ML *praedialis*, fr. L *praedium* landed property, fr. *praed-, praes* bondsman, fr. *prae-* + *vad-, vas* surety — more at WED] (15c) : of or relating to land or its products
¹**pred-i-ca-ble** \'pre-di-kə-bəl\ *adj* [ML *praedicabilis*, fr. L, neut. of *praedicabilis*] (1551) : something that may be predicated; *esp* : one of the five most general kinds of attribution in traditional logic that include genus, species, difference, property, and accident
²**predicable** *adj* [ML *praedicabilis*, fr. LL *praedicare* to predicate] (ca. 1598) : capable of being asserted
**pre-dic-a-ment** \pri-'di-kə-mənt, 1 is usu 'pre-di-kə-\ *n* [ME, fr. LL *praedicamentum*, fr. *praedicare*] (14c) 1 : the character, status, or

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \au\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t̷h\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision \ä, k̂, ᵞ, œ, œ̄, ue, ᵞ, ʌ\ see Guide to Pronunciation

**rec·om·men·da·tion** \,re-kə-mən-'dā-shən, -,men-\ *n* (15c) **1 a** : the act of recommending  **b** : something (as a procedure) recommended  **2** : something that recommends or expresses commendation

**re·com·mit** \,rē-kə-'mit\ *vt* (1621) **1** : to refer (as a bill) back to a committee  **2** : to entrust or consign again — **re·com·mit·ment** \-mənt\ *n* — **re·com·mit·tal** \-'mi-t'l\ *n*

**[1]rec·om·pense** \'re-kəm-,pen(t)s\ *vt* **-pensed; -pens·ing** [ME, fr. MF *recompenser*, fr. LL *recompensare*, fr. L *re-* + *compensare* to compensate] (15c) **1 a** : to give something to by way of compensation (as for a service rendered or damage incurred)  **b** : to pay for  **2** : to return in kind : REQUITE *syn* see PAY

**[2]recompense** *n* (15c) : an equivalent or a return for something done, suffered, or given : COMPENSATION (offered in ~ for injuries)

**re·com·pose** \,rē-kəm-'pōz\ *vt* (1611) **1** : to compose again : REARRANGE  **2** : to restore to composure — **re·com·po·si·tion** \(,)rē-,käm-pə-'zi-shən\ *n*

**re·con** \ri-'kän, 'rē-,kän\ *n* (1918) : RECONNAISSANCE

**rec·on·cile** \'re-kən-,sīl\ *vb* **-ciled; -cil·ing** [ME, fr. MF or L; MF *reconcilier*, fr. L *reconciliare*, fr. *re-* + *conciliare* to conciliate] *vt* (14c) **1 a** : to restore to friendship or harmony (*reconciled* the factions)  **b** : SETTLE, RESOLVE (~ differences)  **2** : to make consistent or congruous (~ an ideal with reality)  **3** : to cause to submit to or accept something unpleasant (was *reconciled* to hardship)  **4 a** : to check (a financial account) against another for accuracy  **b** : to account for ~ *vi* : to become reconciled *syn* see ADAPT — **rec·on·cil·abil·i·ty** \,re-kən-,sī-lə-'bi-lə-tē\ *n* — **rec·on·cil·able** \,re-kən-'sī-lə-bəl, 're-kən-,\ *adj* — **rec·on·cile·ment** \'re-kən-,sīl-mənt\ *n* — **rec·on·cil·er** *n*

**rec·on·cil·i·a·tion** \,re-kən-,si-lē-'ā-shən\ *n* [ME, fr. L *reconciliation-, reconciliatio*, fr. *reconciliare*] (14c) **1** : the action of reconciling : the state of being reconciled  **2** : the Roman Catholic sacrament of penance — **rec·on·cil·ia·to·ry** \-'sil-yə-,tor-ē, -'si-lē-ə-, -,tor-\ *adj*

**rec·on·dite** \'re-kən-,dīt, ri-'kän-\ *adj* [L *reconditus*, pp. of *recondere* to conceal, fr. *re-* + *condere* to store up, fr. *com-* + *-dere* to put — more at COM-, DO] (1649) **1** : hidden from sight : CONCEALED  **2** : difficult or impossible for one of ordinary understanding or knowledge to comprehend : DEEP (a ~ subject)  **3** : of, relating to, or dealing with something little known or obscure (~ fact about the origin of the holiday —Floyd Dell) — **rec·on·dite·ly** *adv* — **rec·on·dite·ness** *n*

**re·con·di·tion** \,rē-kən-'di-shən\ *vt* (1920) **1** : to restore to good condition (as by replacing parts)  **2** : to condition (as a person or a person's attitudes) anew; *also* : to reinstate (a response) in an organism

**re·con·firm** \,rē-kən-'fərm\ *vt* (1611) : to confirm again; *also* : to establish more strongly — **re·con·fir·ma·tion** \(,)rē-,kän-fər-'mā-shən\ *n*

**re·con·nais·sance** \ri-'kä-nə-zən(t)s, -sən(t)s\ *n* [F, lit. recognition, fr. MF *reconoissance* — more at RECOGNIZANCE] (1810) : a preliminary survey to gain information; *esp* : an exploratory military survey of enemy territory

**re·con·noi·ter** or **re·con·noi·tre** \,rē-kə-'nói-tər, ,re-kə-\ *vb* **-noi·tered** or **-noi·tred; -noi·ter·ing** or **-noi·tring** \-'nói-t(ə-)riŋ, -'nói-triŋ\ [obs. F *reconnoitre*, lit., to recognize, fr. MF *reconoistre* — more at RECOGNIZE] *vt* (1707) : to make a reconnaissance of ~ *vi* : to engage in reconnaissance

**re·con·sid·er** \,rē-kən-'si-dər\ *vt* (1571) : to consider again esp. with a view to changing or reversing ~ *vi* : to consider something again — **re·con·sid·er·a·tion** \-,si-də-'rā-shən\ *n*

**re·con·sti·tute** \(,)rē-'kän(t)-stə-,tüt, -,tyüt\ *vt* (1812) : to constitute again or anew; *esp* : to restore to a former condition by adding water — **re·con·sti·tu·tion** \(,)rē-,kän(t)-stə-'tü-shən, -'tyü-\ *n*

**re·con·struct** \,rē-kən-'strəkt\ *vt* (1768) : to construct again: as  **a** : to establish or assemble again  **b** : to build up again mentally : RECREATE (~*ing* a lost civilization) — **re·con·struct·ible** \-'strək-tə-bəl\ *adj* — **re·con·struc·tive** \-tiv\ *adj* — **re·con·struc·tor** \-tər\ *n*

**re·con·struc·tion** \,rē-kən-'strək-shən\ *n* (1791) **1 a** : the action of reconstructing : the state of being reconstructed  **b** *often cap* : the reorganization and reestablishment of the seceded states in the Union after the American Civil War  **2** : something reconstructed

**re·con·struc·tion·ism** \-shə-,ni-zəm\ *n, often cap* (1942) **1** : a movement in 20th century American Judaism that advocates a creative adjustment to contemporary conditions through the cultivation of traditions and folkways shared by all Jews  **2** : advocacy of post-Civil War reconstruction — **re·con·struc·tion·ist** \-sh(ə-)nist\ *adj or n, often cap*

**reconstructive surgery** *n* (1943) : surgery to restore function or normal appearance by remaking defective organs or parts

**re·con·vey** \,rē-kən-'vā\ *vt* (1506) : to convey back to a previous position or owner — **re·con·vey·ance** \-'vā-ən(t)s\ *n*

**[1]re·cord** \ri-'kord\ *vb* [ME, lit., to recall, fr. OF *recorder*, fr. L *recordari*, fr. *re-* + *cord-, cor* heart — more at HEART] *vt* (14c) **1 a** (1) : to set down in writing : furnish written evidence of  (2) : to deposit an authentic official copy of (~ a deed)  **b** : to state for or as if for the record (voted in favor but ~*ed* certain reservations)  **c** (1) : to register permanently by mechanical means (earthquake shocks ~*ed* by a seismograph)  (2) : INDICATE, READ (the thermometer ~*ed* 90°)  **2** : to give evidence of  **3** : to cause (as sound, visual images, or data) to be registered on something (as a disc or magnetic tape) in reproducible form ~ *vi* : to record something — **re·cord·able** \-'kor-də-bəl\ *adj*

**[2]re·cord** \'re-kərd *also* -,kord\ *n* (14c) **1** : the state or fact of being recorded  **2** : something that records: as  **a** : something that recalls or relates past events  **b** : an official document that records the acts of a public body or officer  **c** : an authentic official copy of a document deposited with a legally designated officer  **d** : the official copy of the papers used in a law case  **3 a** (1) : a body of known or recorded facts about something or someone esp. with reference to a particular sphere of activity that often forms a discernible pattern (a good academic ~) (a liberal voting ~)  (2) : a collection of related items of information (as in a database) treated as a unit  **b** (1) : an attested top performance  (2) : an unsurpassed statistic  **4** : something on which sound or visual images have been recorded; *specif* : a disc with a spiral groove carrying recorded sound for phonograph reproduction — **for the record** : for public knowledge : **on the record** — **off the record** : not for publication (spoke *off the record*) (remarks that were *off the record*) — **of record** : being documented or attested (a partner of record in several firms) — **on record 1** : in the position of having publicly declared oneself (went *on record* as opposed to higher taxes)  **2** : being known, published, or documented (the judge's opinion is *on record*) — **on the record** : for publication

**[3]record** \*same as* [2]\ *adj* (1893) : of, relating to, or being one that is extraordinary among or surpasses others of its kind

**re·cor·da·tion** \,re-kor-'dā-shən, ,rē-, ri-\ *n* (ca. 1812) : the action or process of recording

**record changer** *n* (1931) : a phonograph with a device that automatically positions and plays successively each of a stack of records; *also* : the automatic device on a record changer

**re·cord·er** \ri-'kor-dər\ *n* (15c) **1 a** : the chief judicial magistrate of some British cities and boroughs  **b** : a municipal judge with criminal jurisdiction of first instance and sometimes limited civil jurisdiction  **2** : one that records  **3** : any of a group of wind instruments ranging from soprano to bass that are characterized by a conical tube, a whistle mouthpiece, and eight finger holes



recorder 3

**re·cord·ing** \ri-'kor-diŋ\ *n* (1932) : RECORD 4

**re·cord·ist** \ri-'kor-dist\ *n* (ca. 1930) : one who records sound (as on magnetic tape)

**[1]re·count** \ri-'kaunt\ *vt* [ME, fr. MF *reconter*, fr. *re-* + *conter* to count, relate — more at COUNT] (15c) : to relate in detail : NARRATE — **re·count·er** *n*

**[2]re·count** \(,)rē-'kaunt\ *vt* (*re-* + *count*) (1764) : to count again

**[3]re·count** \'rē-,kaunt, (,)rē-'\ *n* (1884) : a second or fresh count

**re·coup** \ri-'küp\ *vb* [F *recouper* to cut back, fr. OF, fr. *re-* + *couper* to cut — more at COPE] *vt* (1628) **1 a** : to get an equivalent for (as losses) : make up for  **b** : REIMBURSE, COMPENSATE (~ a person for losses)  **2** : REGAIN (an attempt to ~ his fortune) ~ *vi* : to make good or make up for something lost; *also* : RECUPERATE — **re·coup·able** \-'kü-pə-bəl\ *adj* — **re·coup·ment** \-'küp-mənt\ *n*

**re·course** \'rē-,kors, -,kors, ri-'\ *n* [ME *recours*, fr. MF, fr. LL *recursus*, fr. L, act of running back, fr. *recurrere* to run back — more at RECUR] (14c) **1 a** : a turning to someone or something for help or protection  **b** : a source of help or strength : RESORT  **2** : the right to demand payment from the maker or endorser of a negotiable instrument (as a check)

**re·cov·er** \ri-'kə-vər\ *vb* **re·cov·ered; re·cov·er·ing** \-'kə-və-riŋ, -'kəv-riŋ\ [ME, fr. MF *recoverer*, fr. L *recuperare*, fr. *re-* + (assumed) L *caperare*, fr. L *capere* to take — more at HEAVE] *vt* (14c) **1** : to get back : REGAIN  **2 a** : to bring back to normal position or condition (stumbled, then ~*ed* himself)  **b** *archaic* : RESCUE  **3 a** : to make up for (~ increased costs through higher prices)  **b** : to gain by legal process  **4** *archaic* : REACH  **5** : to find or identify again (~ a comet)  **6 a** : to obtain from an ore, a waste product, or a by-product  **b** : to save from loss and restore to usefulness : RECLAIM ~ *vi* **1** : to regain a normal position or condition (as of health) (~*ing* from a cold)  **2** : to obtain a final legal judgment in one's favor — **re·cov·er·abil·i·ty** \-,kə-və-rə-'bi-lə-tē, -,kəv-rə-\ *n* — **re·cov·er·able** \-'kə-və-rə-bəl, -'kəv-rə-\ *adj* — **re·cov·er·er** \-'kə-vər-ər\ *n*

**re·cov·er** \(,)rē-'kə-vər\ *vt* (15c) : to cover again or anew

**re·cov·ery** \ri-'kə-və-rē, -'kəv-rē\ *n, pl* **-er·ies** (15c) : the act, process, or an instance of recovering; *esp* : an economic upturn (as after a depression)

**recovery room** *n* (1916) : a hospital room equipped for meeting postoperative emergencies

**[1]rec·re·ant** \'re-krē-ənt\ *adj* [ME, fr. MF, fr. prp. of *recroire* to renounce one's cause in a trial by battle, fr. *re-* + *croire* to believe, fr. L *credere* — more at CREED] (14c) **1** : crying for mercy : COWARDLY  **2** : unfaithful to duty or allegiance

**[2]recreant** *n* (15c) **1** : COWARD  **2** : APOSTATE, DESERTER

**rec·re·ate** \'re-krē-,āt\ *vb* **-at·ed; -at·ing** [L *recreatus*, pp. of *recreare*] *vt* (1530) : to give new life or freshness to : REFRESH ~ *vi* : to take recreation — **rec·re·a·tive** \-,ā-tiv\ *adj*

**re·cre·ate** \,rē-krē-'āt\ *vt* (1587) : to create again; *esp* : to form anew in the imagination — **re·cre·at·able** \-'ā-tə-bəl\ *adj* — **re·cre·a·tion** \-'ā-shən\ *n* — **re·cre·a·tive** \-'ā-tiv\ *adj* — **re·cre·a·tor** \-'ā-tər\ *n*

**rec·re·a·tion** \,re-krē-'ā-shən\ *n* [ME *recreacion*, fr. MF *recreation*, fr. L *recreation-, recreatio* restoration to health, fr. *recreare* to create anew, restore, refresh, fr. *re-* + *creare* to create] (15c) : refreshment of strength and spirits after work; *also* : a means of refreshment or diversion : HOBBY — **rec·re·a·tion·al** \-shnəl, -shə-n'l\ *adj*

**recreational vehicle** *n* (1966) : a vehicle designed for recreational use (as in camping); *esp* : MOTOR HOME

**rec·re·a·tion·ist** \-sh(ə-)nist\ *n* (1904) : a person who seeks recreation esp. in the outdoors

**recreation room** *n* (1854) **1** : a room (as a rumpus room) used for recreation and relaxation — called also *rec room*  **2** : a public room (as in a hospital) for recreation and social activities

**re·crim·i·na·tion** \ri-,kri-mə-'nā-shən\ *n* [ML *recrimination-, recriminatio*, fr. *recriminare* to make a retaliatory charge, fr. L *re-* + *criminari* to accuse — more at CRIMINATE] (ca. 1611) : a retaliatory accusation; *also* : the making of such accusations (endless ~) — **re·crim·i·nate** \-'kri-mə-,nāt\ *vi* — **re·crim·i·na·tive** \-,nā-tiv\ *adj* — **re·crim·i·na·to·ry** \-'kri-mə-nə-,tor-ē, -'krim-nə-, -,tor-\ *adj*

**re·cru·desce** \,rē-krü-'des\ *vi* **-desced; -desc·ing** [L *recrudescere* to become raw again, fr. *re-* + *crudescere* to become raw, fr. *crudus* raw — more at RAW] (1884) : to break out or become active again

**re·cru·des·cence** \-'de-s'n(t)s\ *n* (ca. 1721) : a new outbreak after a period of abatement or inactivity : RENEWAL

---

\ə\ abut  \'\ kitten, F table  \ər\ further  \a\ ash  \ā\ ace  \ä\ mop, mar  \au̇\ out  \ch\ chin  \e\ bet  \ē\ easy  \g\ go  \i\ hit  \ī\ ice  \j\ job  \ŋ\ sing  \ō\ go  \o̊\ law  \o̊i\ boy  \th\ thin  \th\ the  \ü\ loot  \u̇\ foot  \v\ vet  \zh\ vision  \ə, k, ⁿ, œ, œ̄, ᵫ, ᵫ̄, \'\ see Guide to Pronunciation

**tole** \'tōl\ *n, often attrib* [F *tôle*, fr. MF dial. *taule*, fr. L *tabula* board, tablet] (1927) : sheet metal and esp. tinplate for use in domestic and ornamental wares in which it is usu. japanned or painted and often elaborately decorated; *also* : objects made of tole

**To·le·do** \tə-'lē-(ˌ)dō\ *n, pl* **-dos** (1596) : a finely tempered sword of a kind made in Toledo, Spain

**tol·er·a·ble** \'tä-lə-rə-bəl, 'täl-rə-; 'tä-lər-bəl\ *adj* (15c) **1** : capable of being borne or endured ⟨~ pain⟩ **2** : moderately good or agreeable : PASSABLE ⟨a ~ singing voice⟩ — **tol·er·a·bil·i·ty** \ˌtä-lə-rə-'bi-lə-tē, ˌtäl-rə-\ *n* — **tol·er·a·bly** \'tä-lə-rə-blē, 'täl-rə-; 'tä-lər-blē\ *adv*

**tol·er·ance** \'tä-lə-rən(t)s, 'täl-rən(t)s\ *n* (15c) **1** : capacity to endure pain or hardship : ENDURANCE, FORTITUDE, STAMINA  **2 a** : sympathy or indulgence for beliefs or practices differing from or conflicting with one's own  **b** : the act of allowing something : TOLERATION  **3** : the allowable deviation from a standard; *esp* : the range of variation permitted in maintaining a specified dimension in machining a piece  **4 a** (1) : the capacity of the body to endure or become less responsive to a substance (as a drug) or a physiological insult with repeated use or exposure ⟨immunological ~ to a virus⟩ ⟨an addict's increasing ~ for a drug⟩  (2) : relative capacity of an organism to grow or thrive when subjected to an unfavorable environmental factor  **b** : the maximum amount of a pesticide residue that may lawfully remain on or in food

**tol·er·ant** \-rənt\ *adj* (1784) **1** : inclined to tolerate; *esp* : marked by forbearance or endurance  **2** : exhibiting tolerance (as for a drug or an environmental factor) — **tol·er·ant·ly** *adv*

**tol·er·ate** \'tä-lə-ˌrāt\ *vt* **-at·ed; -at·ing** [L *toleratus*, pp. of *tolerare* to endure, put up with; akin to OE *tholian* to bear, L *tollere* to lift up, *latus* carried (suppletive pp. of *ferre*), Gk *tlēnai* to bear] (1531) **1** : to exhibit physiological tolerance for (as a drug)  **2 a** : to suffer to be or to be done without prohibition, hindrance, or contradiction  **b** : to put up with  **syn** see BEAR — **tol·er·a·tive** \-ˌrā-tiv\ *adj* — **tol·er·a·tor** \-ˌrā-tər\ *n*

**tol·er·a·tion** \ˌtä-lə-'rā-shən\ *n* (1531) **1 a** : the act or practice of tolerating something  **b** : a government policy of permitting forms of religious belief and worship not officially established  **2** : TOLERANCE 4a(1)

**tol·i·dine** \'tä-lə-ˌdēn\ *n* [ISV *tol-* + *-idine*] (1879) : any of several isomeric aromatic diamines C₁₄H₁₆N₂ that are homologues of benzidine and used esp. as dye intermediates

¹**toll** \'tōl\ *n* [ME, fr. OE, fr. (assumed) VL *tolonium*, alter. of LL *telonium* customhouse, fr. Gk *tolōnion*, fr. *telōnēs* collector of tolls, fr. *telos* tax, toll; perh. akin to Gk *tlēnai* to bear] (bef. 12c) **1** : a tax or fee paid for some liberty or privilege (as of passing over a highway or bridge)  **2** : compensation for services rendered: as  **a** : a charge for transportation  **b** : a charge for a long-distance telephone call  **3** : a grievous or ruinous price ⟨inflation has taken its ~⟩; *esp* : cost in life or health ⟨the ~ from the hurricane⟩

²**toll** *vi* (14c) : to take or levy toll  ~ *vt* **1 a** : to exact part of as a toll  **b** : to take as toll  **2** : to exact a toll from (someone)

³**toll** *or* **tole** \'tōl\ *vt* **tolled** *or* **toled; toll·ing** *or* **tol·ing** [ME *tollen, tolen*; akin to OE *fortyllan* to seduce] (13c) **1** : ALLURE, ENTICE  **2 a** : to entice (game) to approach  **b** : to attract (fish) with scattered bait  **c** : to lead or attract (domestic animals) to a desired point

⁴**toll** *vb* [ME, perh. fr. *tollen* to entice] *vt* (15c) **1** : to sound (a bell) by pulling the rope  **2 a** : to give signal or announcement of ⟨the clock ~ed each hour⟩  **b** : to announce by tolling ⟨church bells ~ed the death of the bishop⟩  **c** : to call to or from a place or occasion ⟨bells ~ed the congregation to church⟩  ~ *vi* : to sound with slow measured strokes ⟨the bell ~s solemnly⟩

⁵**toll** *n* (15c) : the sound of a tolling bell

**toll·booth** \'tōl-ˌbüth\ *n* [ME *tolbothe, tollbothe* tollbooth, town hall, jail, fr. *tol, toll* toll + *bothe* booth] (14c) : a booth (as on a highway or bridge) where tolls are paid

**toll call** *n* (1928) : a long-distance telephone call at charges above a local rate

**toll·gate** \'tōl-ˌgāt\ *n* (1773) : a point where the driver of a vehicle must pay a toll

**toll·house** \-ˌhaus\ *n* (15c) : a house or booth where tolls are taken

**Toll House** *trademark* — used for cookies containing chocolate morsels

**toll·way** \-ˌwā\ *n* (1949) : TURNPIKE 2a(1)

**Tol·tec** \'tōl-ˌtek, 'täl-\ *n* [Sp *tolteca*, fr. Nahuatl *toltēcah*, pl. of *toltēcatl*, lit., person from *Tōllān* (now Tula de Allende, Mexico)] (1787) : a member of a people that dominated central and southern Mexico prior to the Aztecs — **Tol·tec·an** \-ən\ *adj*

**tol·u·ene** \'täl-yə-ˌwēn\ *n* [F *toluène*, fr. *tolu* balsam from the tropical American tree *Myroxylon balsamum*, fr. Sp *tolú*, fr. Santiago de *Tolú*, Colombia] (1871) : a liquid aromatic hydrocarbon C₇H₈ that resembles benzene but is less volatile, flammable, and toxic and is used as a solvent, in organic synthesis, and as an antiknock agent for gasoline

**to·lu·i·dine** \tə-'lü-ə-ˌdēn\ *n* [ISV] (1850) : any of three isomeric amino derivatives of toluene C₇H₉N that are analogous to aniline and are used as dye intermediates

**toluidine blue** *n* (1898) : a basic thiazine dye that is related to methylene blue and is used as a biological stain

**tol·u·ol** \'täl-yə-ˌwöl, -ˌwōl\ *n* (ca. 1848) : toluene esp. of commercial grade

**tol·yl** \'tä-ləl\ *n* [ISV] (ca. 1868) : any of three univalent groups CH₃C₆H₄ derived from toluene

**tom** \'täm\ *n* [*Tom*, nickname for *Thomas*] (1762) **1** : the male of various animals: as  **a** : TOMCAT  **b** : a male turkey  **2** *cap* : UNCLE TOM 2

¹**tom·a·hawk** \'tä-mi-ˌhök\ *n* [Virginia Algonquian *tomahack*] (ca. 1612) : a light ax used as a missile and as a hand weapon esp. by No. American Indians

²**tomahawk** *vt* (ca. 1650) : to cut, strike, or kill with a tomahawk

**to·mal·ley** \tə-'ma-lē; 'tä-ˌma-lē, -mə-lē, -ˌlē, *n, pl* **-leys** [Carib *tumali* sauce of lobster livers] (ca. 1666) : the liver of the lobster

**Tom and Jer·ry** \ˌtäm-ən(d)-'jer-ē\ *n* [Corinthian *Tom & Jerry* Hawthorne, characters in *Life in London* (1821) by Pierce Egan †1849 Eng. sportswriter] (1845) : a hot drink that is a combination of a toddy and an eggnog

**to·ma·til·lo** \ˌtō-mə-'tē-(ˌ)yō, -'tēl-(ˌ)yō\ *n, pl* **-los** [Sp, dim. of *tomate*] (ca. 1913) : the small round pale green or yellow or purplish edible viscid fruit of a Mexican ground-cherry (*Physalis ixocarpa*); *also* : the plant

**to·ma·to** \tə-'mā-(ˌ)tō; *chiefly Brit, eNewEng, neVirginia, and sometimes elsewhere in cultivated speech* -'mä- *or* -'mä-; *chiefly Northern* -'ma-\ *n, pl* **-toes** [alter. of earlier *tomate*, fr. Sp, fr. Nahuatl *tomatl*] (1604) **1** : the usu. large rounded typically red or yellow pulpy berry of a tomato  **2** : any of a genus (*Lycopersicon*) of So. American herbs of the nightshade family; *esp* : one (*L. lycopersicum* syn. *L. esculentum*) that is more or less perennial in its native habitat but is widely cultivated as an annual for its edible fruit

**to·ma·to·ey** \tə-'mā-tō-wē\ *adj* (1972) **1** : of, relating to, or characteristic of a tomato  **2** : richly flavored with tomatoes

**tomato fruitworm** *n* (ca. 1891) : CORN EARWORM

**tomato hornworm** *n* (1921) : a hawkmoth (*Manduca quinquemaculata*) whose larva is a hornworm feeding on plants of the nightshade family and esp. tobacco and tomato

¹**tomb** \'tüm\ *n* [ME *tombe*, fr. AF *tumbe*, fr. LL *tumba* sepulchral mound, fr. Gk *tymbos*; perh. akin to L *tumēre* to be swollen — more at THUMB] (13c) **1 a** : an excavation in which a corpse is buried : GRAVE  **b** : a place of interment  **2** : a house, chamber, or vault for the dead  **3** : a building or structure resembling a tomb (as in appearance) — **tomb·less** \-ləs\ *adj*

²**tomb** *vt* (14c) : BURY, ENTOMB

**tom·bac** \'täm-ˌbak\ *n* [F, fr. D *tombak*, fr. Malay *tĕmbaga* copper] (1602) : an alloy essentially of copper and zinc and sometimes tin or arsenic that is used esp. for cheap jewelry and gilding

**tom·bo·lo** \'tōm-bə-ˌlō, 'täm-\ *n, pl* **-los** [It, fr. L *tumulus* mound, tumulus] (1899) : a sand or gravel bar connecting an island with the mainland or another island

**tom·boy** \'täm-ˌböi\ *n* (1592) : a girl who behaves in a manner usu. considered boyish : HOYDEN — **tom·boy·ish** \-ish\ *adj* — **tom·boy·ish·ness** *n*

**tomb·stone** \'tüm-ˌstōn\ *n* (1565) : GRAVESTONE

**tom·cat** \'täm-ˌkat\ *n* (1789) : a male domestic cat

**tom·cod** \-ˌkäd\ *n* (1722) : either of two small fishes (*Microgadus tomcod* of the Atlantic and *M. proximus* of the Pacific) of the cod family

**Tom Col·lins** \'täm-'kä-lənz\ *n* [fr. the name *Tom Collins*] (ca. 1909) : a collins with a base of gin

**Tom, Dick, and Har·ry** \ˌtäm-ˌdik-ən(d)-'har-ē\ *n, pl* **Toms, Dicks, and Harrys** (1815) : the common man : ANYONE — often used with *every* ⟨helps every *Tom, Dick,* and *Harry* in need⟩

**tome** \'tōm\ *n* [MF or L; MF, fr. L *tomus*, fr. Gk *tomos* section, roll of papyrus, tome, fr. *temnein* to cut; akin to MIr *tamnaid* he lops, Pol *ciąć* to cut, and perh. to L *tondēre* to shear] (1519) **1** : a volume forming part of a larger work  **2** : BOOK; *esp* : a large or scholarly book

**-tome** *n comb form* [Gk *tomos*] **1** : part : segment ⟨myotome⟩  **2** : cutting instrument ⟨microtome⟩

**to·men·tose** \tō-'men-ˌtōs, 'tō-mən-\ *adj* [NL *tomentosus*, fr. *tomentum*] (1698) : covered with densely matted hairs ⟨a ~ leaf⟩

**to·men·tum** \tō-'men-təm\ *n, pl* **-ta** \-tə\ [NL, fr. L, cushion stuffing] (1699) : pubescence composed of densely matted woolly hairs

¹**tom·fool** \'täm-ˈfül\ *n* (ca. 1709) : a great fool : BLOCKHEAD

²**tomfool** *adj* (1819) : extremely foolish, stupid, or doltish

**tom·fool·ery** \ˌtäm-'fül-rē, -'fü-lə-\ *n* (1812) : playful or foolish behavior

**Tom·my** \'tä-mē\ *n, pl* **Tommies** [*Thomas Atkins*, name used as model in official army forms] (1892) : a British soldier

**Tommy At·kins** \-'at-kənz\ *n* (1883) : TOMMY

**tom·my-gun** \'tä-mē-ˌgən\ *vt* (1942) : to shoot with a tommy gun

**tommy gun** *n* [by shortening & alter.] (1929) : THOMPSON SUBMACHINE GUN; *broadly* : SUBMACHINE GUN

**tom·my·rot** \'tä-mē-ˌrät\ *n* [E dial. *tommy* fool + E *rot*] (1884) : utter foolishness or nonsense

**to·mo·gram** \'tō-mə-ˌgram\ *n* (1936) : a roentgenogram made by tomography

**to·mog·ra·phy** \tō-'mä-grə-fē\ *n* [Gk *tomos* section + ISV *-graphy* — more at TOME] (1935) : a method of producing a three-dimensional image of the internal structures of a solid object (as the human body or the earth) by the observation and recording of the differences in the effects on the passage of waves of energy impinging on those structures — compare COMPUTED TOMOGRAPHY — **to·mo·graph·ic** \ˌtō-mə-'gra-fik\ *adj*

¹**to·mor·row** \tə-'mär-(ˌ)ō, -'mör-\ *adv* [ME *to morgen*, fr. OE *tō morgen*, fr. *tō* to + *morgen* morrow, morning — more at MORN] (13c) : on or for the day after today ⟨will do it ~⟩

²**tomorrow** *n* (14c) **1** : the day after the present ⟨the court will recess until ~⟩  **2** : FUTURE 1a ⟨the world of ~⟩

**tom·pi·on** \'täm-pē-ən\ *var of* TAMPION

**Tom Thumb** \'täm-'thəm\ *n* **1** : a legendary English dwarf  **2** : a dwarf type, race, or individual

**tom·tit** \'täm-ˌtit, ˌtäm-'\ *n* [prob. short for *tomtitmouse*, fr. the name *Tom* + *titmouse*] (1700) : any of various small active birds

**tom–tom** \'täm-ˌtäm, 'tǝm-ˌtǝm\ *n* [Hindi *tamtam*] (1693) **1** : a usu. long and narrow small-headed drum commonly beaten with the hands  **2** : a monotonous beating, rhythm, or rhythmical sound

**-tomy** *n comb form* [NL *-tomia*, fr. Gk, fr. *-tomos* that cuts, fr. *temnein* to cut — more at TOME] : incision : section ⟨laparotomy⟩

**ton** \'tən\ *n, pl* **tons** *also* **ton** [ME *tunne* unit of weight or capacity — more at TUN] (14c) **1 a** : a unit of internal capacity for ships equal to 100 cubic feet — called also *register ton*  **b** : a unit approximately equal to the volume of a long ton weight of seawater used in reckoning the displacement of ships and equal to 35 cubic feet  **c** : a unit of volume for cargo freight usu. reckoned at 40 cubic feet — called also *measurement ton*  **2** : any of various units of weight:  **a** — see WEIGHT table  **b** : METRIC TON  **3** : a great quantity : LOT — often used in pl. ⟨ate ~s of hamburgers⟩ ⟨has ~s of money⟩

---

\ə\ abut  \ˈ\ kitten, F table  \ər\ further  \a\ ash  \ā\ ace  \ä\ mop, mar
\au̇\ out  \ch\ chin  \e\ bet  \ē\ easy  \g\ go  \i\ hit  \ī\ ice  \j\ job
\ŋ\ sing  \ō\ go  \o̊\ law  \o̊i\ boy  \th\ thin  \th\ the  \ü\ loot  \u̇\ foot
\y\ yet  \zh\ vision  \ä, k̟, ⁿ, œ, œ̄, ᴜɛ, ᴜ̄ɛ, ʏ\ see Guide to Pronunciation

between the Vistula and the Oder, overran Gaul, Spain, and northern Africa in the 4th and 5th centuries A.D. and in 455 sacked Rome   2 : one who willfully or ignorantly destroys, damages, or defaces property belonging to another or to the public — **vandal** *adj, often cap* — **Van·dal·ic** \van-'da-lik\ *adj*
**van·dal·ise** *Brit var of* VANDALIZE
**van·dal·ism** \'van-d'l-,i-zəm\ *n* (1798) : willful or malicious destruction or defacement of public or private property
**van·dal·is·tic** \,van-d'l-'is-tik\ *adj* (1897) : of or relating to vandalism
**van·dal·ize** \'van-d'l-,īz\ *vt* **-ized; -iz·ing** (1845) : to subject to vandalism : DAMAGE — **van·dal·i·za·tion** \,van-d'l-ə-'zā-shən\ *n*
**van·da orchid** \'van-də-\ *n* [NL, fr. Hindi *vaṇḍā* mistletoe, fr. Skt. a parasitic plant] (1943) : any of a large genus (*Vanda*) of Indo-Malayan epiphytic orchids often grown for their loose racemes of showy flowers — called also *vanda*
**Van de Graaff generator** \'van-də-,graf-\ *n* [Robert J. *Van de Graaff* †1967 Am. physicist] (1937) : an apparatus for the production of electrical discharges at high voltage commonly consisting of an insulated hollow conducting sphere that accumulates in its interior the charge continuously conveyed from a source of direct current by an endless belt of flexible nonconducting material
**van der Waals forces** \,van-dər-'wȯlz, ,vän-dər-,vȧlz\ *n pl* [Johannes D. van der *Waals* †1923 Du. physicist] (1926) : the relatively weak attractive forces that act on neutral atoms and molecules and that arise because of the electric polarization induced in each of the particles by the presence of other particles
**Van·dyke** \van-'dīk, vən-\ *n* [Sir Anthony *Vandyke*] (1755)   1 **a** : a wide collar with a deeply indented edge   **b** : one of several V-shaped points forming a decorative edging   **c** : a border of such points   2 : a trim pointed beard — **van·dyked** \-'dīkt\ *adj*
**Vandyke brown** *n* [fr. its use by the painter Vandyke] (ca. 1850) : a natural brown-black pigment of organic matter obtained from bog earth or peat or lignite deposits; *also* : any of various synthetic brown pigments
**vane** \'vān\ *n* [ME (southern dial.), fr. OE *fana* banner; akin to OHG *fano* cloth, L *pannus* cloth, rag] (15c)   1 **a** : a movable device attached to an elevated object (as a spire) for showing the direction of the wind   **b** : one that is changeable or inconstant   2 : a thin flat or curved object that is rotated about an axis by a flow of fluid or that rotates to cause a fluid to flow or that redirects a flow of fluid (the ∼s of a windmill)   3 : the web or flat expanded part of a feather — see FEATHER illustration   4 : a feather fastened to the shaft near the nock of an arrow — **vaned** \'vānd\ *adj*
**van·guard** \'van-,gärd *also* 'vaŋ-\ *n* [ME *vantgard*, fr. MF *avant-garde*, fr. OF, fr. *avant-* fore- (fr. *avant* before, fr. LL *abante*) + *garde* guard — more at ADVANCE] (15c)   1 : the troops moving at the head of an army   2 : the forefront of an action or movement — **van·guard·ism** \-,gär-,di-zəm\ *n* — **van·guard·ist** \-dist\ *n*
**¹va·nil·la** \və-'ni-lə, -'ne-\ *n* [NL, fr. Sp *vainilla* vanilla (plant and fruit), dim. of *vaina* sheath, fr. L *vagina* sheath, vagina] (1662)   1 **a** : VANILLA BEAN   **b** : a commercially important extract of the vanilla bean that is used esp. as a flavoring   2 : any of a genus (*Vanilla*) of tropical American climbing epiphytic orchids
**²vanilla** *adj* (1846)   1 : flavored with vanilla   2 : lacking distinction : PLAIN, ORDINARY
**vanilla bean** *n* (1874) : the long capsular fruit of a vanilla (esp. *Vanilla planifolia*) that is an important article of commerce
**van·il·lin** \'va-n'l-ən\ *n* (ca. 1868) : a crystalline phenolic aldehyde $C_8H_8O_3$ that is extracted from vanilla beans or prepared synthetically and is used esp. in flavoring and in perfumery
**Va·nir** \'vän-,ir\ *n pl* [ON] : a race of Norse gods who become united with the Aesir
**van·ish** \'va-nish\ *vb* [ME *vanishen*, fr. MF *evaniss-*, stem of *evanir*, fr. (assumed) VL *exvanire*, alter. of L *evanescere* to dissipate like vapor, vanish, fr. *e-* + *vanescere* to vanish, fr. *vanus* empty] *vi* (14c)   1 **a** : to pass quickly from sight : DISAPPEAR   **b** : to pass completely from existence   2 : to assume the value zero   ∼ *vt* : to cause to disappear — **van·ish·er** *n*
**vanishing cream** *n* (1916) : a cosmetic preparation that is less oily than cold cream and is used chiefly as a foundation for face powder
**van·ish·ing·ly** \'va-ni-shiŋ-lē\ *adv* (1870) : so as to be almost nonexistent or invisible (the difference is ∼ small)
**vanishing point** *n* (1797)   1 : a point at which receding parallel lines seem to meet when represented in linear perspective   2 : a point at which something disappears or ceases to exist
**van·i·ty** \'va-nə-tē\ *n, pl* **-ties** [ME *vanite*, fr. OF *vanité*, fr. L *vanitat-, vanitas* quality of being empty or vain, fr. *vanus* empty, vain — more at WANE] (13c)   1 : something that is vain, empty, or valueless   2 : the quality or fact of being vain   3 : inflated pride in oneself or one's appearance : CONCEIT   4 : a fashionable trifle or knickknack   5 **a** : ²COMPACT a   **b** : a small case or handbag for toilet articles used by women   6 : DRESSING TABLE
**vanity fair** *n, often cap V&F* [*Vanity-Fair*, a fair held in the frivolous town of Vanity in *Pilgrim's Progress* (1678) by John Bunyan] (1816) : a scene or place characterized by frivolity and ostentation
**vanity plate** *n* (1966) : a license plate bearing letters or numbers designated by the owner of the vehicle
**vanity press** *n* (1950) : a publishing house that publishes books at the author's expense — called also *vanity publisher*
**van·ner** \'va-nər\ *n* (1927) : a person who owns a usu. customized van
**van·pool** \'van-,pül\ *n* (1973) : an arrangement by which a group of people commute to work in a van — **van·pool·ing** *n*
**van·quish** \'vaŋ-kwish, 'van-\ *vt* [ME *venquissen*, fr. MF *venquis-*, preterit of *veintre* to conquer, fr. L *vincere* — more at VICTOR] (14c)   1 : to overcome in battle : subdue completely   2 : to defeat in a conflict or contest   3 : to gain mastery over (an emotion, passion, or temptation) — *syn see* CONQUER — **van·quish·able** \-kwi-shə-bəl\ *adj* — **van·quish·er** *n*
**van·tage** \'van-tij\ *n* [ME, fr. AF, fr. MF *avantage* — more at ADVANTAGE] (14c)   1 *archaic* : BENEFIT, GAIN   2 : superiority in a contest   3 : a position giving a strategic advantage, commanding perspective, or comprehensive view   4 : ADVANTAGE 4 — **to the vantage** *obs* : in addition

**vantage point** *n* (1865) : a position or standpoint from which something is viewed or considered; *esp* : POINT OF VIEW
**van·ward** \'van-wərd\ *adj* (1820) : located in the vanguard : ADVANCED — **vanward** *adv*
**va·pid** \'va-pəd, 'vā-\ *adj* [L *vapidus* flat-tasting; akin to L *wappa* vapid wine and perh. to L *vapor* steam] (ca. 1656) : lacking liveliness, tang, briskness, or force : FLAT, DULL (a gossipy, ∼ woman, obsessed by her own elegance —R. F. Delderfield) (London was not all ∼ dissipation —V. S. Pritchett) — **va·pid·ly** *adv* — **va·pid·ness** *n*
**va·pid·i·ty** \va-'pi-də-tē, vā-, və-\ *n, pl* **-ties** (ca. 1721)   1 : the quality or state of being vapid   2 : something vapid
**¹va·por** \'vā-pər\ *n* [ME *vapour*, fr. MF *vapeur*, fr. L *vapor* steam, vapor] (14c)   1 : diffused matter (as smoke or fog) suspended floating in the air and impairing its transparency   2 **a** : a substance in the gaseous state as distinguished from the liquid or solid state   **b** : a substance (as gasoline, alcohol, mercury, or benzoin) vaporized for industrial, therapeutic, or military uses; *also* : a mixture (as the explosive mixture in an internal combustion engine) of such a vapor with air   3 **a** : something unsubstantial or transitory : PHANTASM   **b** : a foolish or fanciful idea   4 *pl* **a** *archaic* : exhalations of bodily organs (as the stomach) held to affect the physical or mental condition   **b** : a depressed or hysterical nervous condition
**²vapor** *vi* **va·pored; va·por·ing** \-p(ə-)riŋ\ (15c)   1 **a** : to rise or pass off in vapor   **b** : to emit vapor   2 : to indulge in bragging, blustering, or idle talk — **va·por·er** \-pər-ər\ *n*
**vapor barrier** *n* (ca. 1941) : a layer of material (as roofing paper or polyethylene film) used to retard or prevent the absorption of moisture into a construction (as a wall or floor)
**va·po·ret·to** \,vä-pə-'re-(,)tō\ *n, pl* **-ret·ti** \-'re-tē\ *also* **-ret·tos** [It, dim. of *vapore* steamboat, fr. F *vapeur*, fr. *bateau à vapeur* steamboat] (1926) : a motorboat serving as a canal bus in Venice, Italy
**va·por·ing** \'vā-p(ə-)riŋ\ *n* (ca. 1630) : the act or speech of one that vapors; *specif* : an idle, extravagant, or high-flown expression or speech — usu. used in pl.
**va·por·ise** *Brit var of* VAPORIZE
**va·por·ish** \'vā-p(ə-)rish\ *adj* (ca. 1644)   1 : resembling or suggestive of vapor   2 : given to fits of the vapors — **va·por·ish·ness** *n*
**va·por·ize** \'vā-pə-,rīz\ *vb* **-ized; -iz·ing** *vt* (1803)   1 : to convert (as by the application of heat or by spraying) into vapor   2 : to cause to become dissipated   ∼ *vi*   1 : to become vaporized   2 : VAPOR 2 — **va·por·iz·able** \-,rī-zə-bəl\ *adj* — **va·por·i·za·tion** \,vā-pər-ə-'zā-shən\ *n*
**va·por·iz·er** \'vā-pə-,rī-zər\ *n* (ca. 1846) : one that vaporizes: as   **a** : ATOMIZER   **b** : a device for converting water or a medicated liquid into a vapor for inhalation
**vapor lock** *n* (1926) : partial or complete interruption of flow of a fluid (as fuel in an internal combustion engine) caused by the formation of bubbles of vapor in the feeding system
**va·por·ous** \'vā-p(ə-)rəs\ *adj* (1527)   1 : consisting or characteristic of vapor   2 : producing vapors : VOLATILE   3 : containing or obscured by vapors : MISTY   4 **a** : ETHEREAL, UNSUBSTANTIAL   **b** : consisting of or indulging in vaporings — **va·por·ous·ly** *adv* — **va·por·ous·ness** *n*
**vapor pressure** *n* (1875) : the pressure exerted by a vapor that is in equilibrium with its solid or liquid form — called also *vapor tension*
**vapor trail** *n* (1941) : CONTRAIL
**va·por·ware** \'vā-pər-,war, -,wer\ *n* (1984) : a new computer-related product that has been widely advertised but is not yet available
**va·pory** \'vā-p(ə-)rē\ *adj* (1598) : VAPOROUS, MISTY
**va·pour** *chiefly Brit var of* VAPOR
**va·que·ro** \vä-'ker-(,)ō\ *n, pl* **-ros** [Sp — more at BUCKAROO] (1826) : HERDSMAN, COWBOY
**va·ra** \'vär-ə\ *n* [AmerSp, fr. Sp, pole, fr. L, forked pole, fr. fem. of *varus* bent, bow-legged] (1831) : a Texas unit of length equal to 33.33 inches (84.66 centimeters)
**vari-** *or* **vario-** *comb form* [L *varius*]   1 : varied : diverse (*varicolored*)   2 : variation : variability (*variometer*)
**var·ia** \'ver-ē-ə, 'var-\ *n pl* [NL, fr. L, neut. pl. of *varius* various] (1926) : MISCELLANY; *esp* : a literary miscellany
**¹var·i·able** \'ver-ē-ə-bəl, 'var-\ *adj* [ME, fr. MF, fr. L *variabilis*, fr. *variare* to vary] (14c)   1 : able or apt to vary : subject to variation or changes (∼ winds) (∼ costs)   **b** : FICKLE, INCONSTANT   2 : characterized by variations   3 : having the characteristics of a variable   4 : not true to type : ABERRANT — used of a biological group or character — **var·i·abil·i·ty** \,ver-ē-ə-'bi-lə-tē, ,var-\ *n* — **var·i·able·ness** \'ver-ē-ə-bəl-nəs, 'var-\ *n* — **var·i·ably** \-blē\ *adv*
**²variable** *n* (1816)   1 **a** : a quantity that may assume any one of a set of values   **b** : a symbol representing a variable   2 : something that is variable   3 : VARIABLE STAR
**variable rate mortgage** *n* (1975) : ADJUSTABLE RATE MORTGAGE
**variable star** *n* (1788) : a star whose brightness changes usu. in more or less regular periods
**var·i·ance** \'ver-ē-ən(t)s, 'var-\ *n* (14c)   1 : the fact, quality, or state of being variable or variant : DIFFERENCE, VARIATION (yearly ∼ in crops)   2 : the fact or state of being in disagreement : DISSENSION, DISPUTE   3 : a disagreement between two parts of the same legal proceeding that must be consonant   4 : a license to do some act contrary to the usual rule (a zoning ∼)   5 : the square of the standard deviation — *syn see* DISCORD — **at variance** : not in harmony or agreement
**¹var·i·ant** \'ver-ē-ənt, 'var-\ *adj* (14c)   1 *obs* : VARIABLE   2 : manifesting variety, deviation, or disagreement   3 : varying usu. slightly from the standard form (∼ readings)
**²variant** *n* (1848) : one of two or more persons or things exhibiting usu. slight differences: as   **a** : one that exhibits variation from a type or norm   **b** : one of two or more different spellings (as *labor* and *labour*) or pronunciations (as of *economics* \ek-, ēk-\) of the same word   **c** : one of two or more words (as *geographic* and *geographical*) or word elements (as *mon-* and *mono-*) of essentially the same meaning differing only in the presence or absence of an affix
**var·i·ate** \'ver-ē-,āt, 'var-, -ət\ *n* (1899) : RANDOM VARIABLE
**var·i·a·tion** \,ver-ē-'ā-shən, ,var-\ *n* (14c)   1 **a** : the act or process of varying   **b** : the state or fact of being varied   **c** : an instance of varying   **c** : the extent to which or the range in which a thing varies   2 : DECLINATION 6   3 **a** : a change of algebraic sign between successive terms of a sequence   **b** : a measure of the change in data, a variable, or a function   4 : the repetition of a musical theme with modifications in

rhythm, tune, harmony, or key  5 a : divergence in the characteristics of an organism from the species or population norm or average  b : something (as an individual or group) that exhibits variation  6 a : a solo dance in classic ballet  b : a repetition in modern ballet of a movement sequence with changes — **var·i·a·tion·al** \-shnəl, -shə-nᵊl\ adj — **var·i·a·tion·al·ly** adv

**var·i·cel·la** \,var-ə-'sel-ə\ n [NL, irreg. dim. of variola] (ca. 1771) : CHICKEN POX

**var·i·co·cele** \'var-i-kō-,sēl\ n [NL, fr. L varic-, varix + NL -o- + -cele] (1736) : a varicose enlargement of the veins of the spermatic cord

**vari·col·ored** \'ver-i-,kə-lərd, 'var-\ adj (1655) : having various colors : VARIEGATED (the ~ breeding plumage of a bird); also : of various colors

**var·i·cose** \'var-ə-,kōs\ also **var·i·cosed** \-,kōst\ adj [L varicosus full of dilated veins, fr. varic-, varix dilated vein] (ca. 1730)  1 : abnormally swollen or dilated (~ veins)  2 : affected with varicose veins (~ legs)

**var·i·cos·i·ty** \,var-ə-'kä-sə-tē\ n, pl -ties (ca. 1842)  1 : the quality or state of being abnormally or markedly swollen or dilated  2 : VARIX

**var·ied** \'ver-ēd, 'var-\ adj (1588)  1 : VARIOUS, DIVERSE 2 : VARIEGATED 1 — **var·ied·ly** adv

**var·ie·gate** \'ver-ē-ə-,gāt, 'ver-i-,gāt, 'var-\ vt -gat·ed; -gat·ing [L variegatus, pp. of variegare, fr. varius various + -egare (akin to L agere to drive) — more at AGENT] (1653)  1 : to diversify in external appearance esp. with different colors : DAPPLE  2 : to enliven or give interest to by means of variety — **var·ie·ga·tor** \-,gā-tər\ n

**var·ie·gat·ed** \-,gā-təd\ adj (1661)  1 : having discrete markings of different colors (~ leaves)  2 : VARIED 1

**variegated cutworm** n (1922) : a widespread noctuid moth (Peridroma saucia) whose larva is destructive to crops

**var·ie·ga·tion** \,ver-ē-ə-'gā-shən, ,ver-i-'gā-, ,var-\ n (1646) : the act of variegating : the state of being variegated; esp : diversity of colors

**var·i·er** \'ver-ē-ər, 'var-\ n (1860) : one that varies

**¹va·ri·e·tal** \və-'rī-ə-tᵊl\ adj (1866)  1 : of, relating to, or characterizing a variety (~ name); also : being a variety in distinction from an individual or species  2 : of, relating to, or producing a varietal

**²varietal** n (1950) : a wine bearing the name of the principal grape from which it is made

**va·ri·e·ty** \və-'rī-ə-tē\ n, pl -ties [MF or L; MF varieté, fr. L varietat-, varietas, fr. varius various] (15c)  1 : the quality or state of having different forms or types : MULTIFARIOUSNESS  2 : a number or collection of different things esp. a particular class : ASSORTMENT  3 a : something differing from others of the same general kind : SORT  b : any of various groups of plants or animals ranking below a species : SUBSPECIES  4 : VARIETY SHOW

**variety meat** n (ca. 1946) : an edible part (as the liver or tongue) of a slaughter animal other than skeletal muscle

**variety show** n (1882) : a theatrical entertainment of successive separate performances (as of songs, dances, skits, acrobatic feats, and trained animal acts)

**variety store** n (ca. 1768) : a retail store that carries a wide variety of merchandise esp. of low unit value

**vario-** — see VARI-

**va·ri·o·la** \və-'rī-ə-lə; ,ver-ē-'ō-lə, 'var-\ n [NL, fr. ML, pustule, pox, fr. LL, pustule, prob. fr. varius various] (1543) : SMALLPOX

**vari·om·e·ter** \,ver-ē-'ä-mə-tər, ,var-\ n (ca. 1900)  1 : an instrument for measuring magnetic declination  2 : an aeronautical instrument for indicating rate of climb

**¹va·ri·o·rum** \,ver-ē-'ōr-əm, ,var-, -'ör-\ n [L variorum of various persons (gen. pl. masc. of varius), in the phrase cum notis variorum with the notes of various persons] (1728)  1 : an edition or text with notes by different persons  2 : an edition containing variant readings of the text

**²variorum** adj (1763) : relating to or being a variorum; also : VARIANT (~ readings)

**¹var·i·ous** \'ver-ē-əs, 'var-\ adj [L varius] (1552)  1 archaic : VARIABLE, INCONSTANT  2 : VARICOLORED (birds of ~ plumage)  3 a : of differing kinds : MULTIFARIOUS  b : dissimilar in nature or form : UNLIKE (animals as ~ as the jaguar and the sloth)  4 : having a number of different aspects or characteristics (a ~ place) (a ~ talent)  5 : of an indefinite number greater than one (stop at ~ towns)  6 : INDIVIDUAL, SEPARATE (rate increases granted in the ~ states)  syn see DIFFERENT — **var·i·ous·ness** n

**²various** pron, pl in constr (1877) : an indefinite number of separate individuals more than one (conversations with people from ~ of the schools —Patricia Linden)

**var·i·ous·ly** adv (1627)  1 : in various ways : at various times (was ~ occupied teaching, farming, and clerking)  2 : by various designations (known ~ as principal, headmaster, and rector)

**vari·sized** \'ver-i-,sīzd, 'var-\ adj (1936) : of various sizes

**va·ris·tor** \və-'ris-tər, ve-\ n [vari- + resistor] (1937) : an electrical resistor whose resistance depends on the applied voltage

**var·ix** \'var-iks\ n, pl **var·i·ces** \'var-ə-,sēz\ [ME, fr. L varic-, varix] (14c) : an abnormally dilated and lengthened vein, artery, or lymph vessel; esp : a varicose vein

**var·let** \'vär-lət\ n [ME, fr. MF vaslet, varlet young nobleman, page — more at VALET] (15c)  1 a : ATTENDANT, MENIAL  b : a knight's page  2 : a base unprincipled person : KNAVE

**var·let·ry** \-lə-trē\ n (1606) archaic : RABBLE

**var·mint** \'vär-mənt\ n [alter. of vermin] (1539)  1 : an animal considered a pest; specif : one classed as vermin and unprotected by game law  2 : a contemptible person : RASCAL; broadly : PERSON, FELLOW

**¹var·nish** \'vär-nish\ n [ME vernisch, fr. MF vernis, fr. OIt or ML; OIt vernice, fr. ML veronic-, veronix sandarac] (14c)  1 : a liquid preparation that when spread and allowed to dry on a surface forms a hard lustrous typically transparent coating  b : the covering or glaze given by the application of varnish  c (1) : something that suggests varnish by its gloss  (2) : a coating (as of deposits in an internal combustion engine) comparable to varnish  2 : outside show : ¹GLOSS 3 chiefly Brit : a liquid nail polish — **var·nishy** \-ni-shē\ adj

**²varnish** vt (14c)  1 : to apply varnish to  2 : to cover or conceal (as something unpleasant) with something that gives a fair appearance : ²GLOSS 3 : ADORN, EMBELLISH — **var·nish·er** \'vär-ni-shər\ n

**varnish tree** n (1758) : any of various trees yielding a milky juice from which in some cases varnish or lacquer is prepared; esp : a Japanese sumac (Rhus verniciflua)

**var·si·ty** \'vär-sə-tē, -stē\ n, pl -ties [by shortening & alter. fr. university] (1846)  1 Brit : UNIVERSITY  2 a : the principal squad representing a university, college, school, or club esp. in a sport  b : REGULAR 1d

**Var·so·vi·an** \,vär-'sō-vē-ən\ n [F varsovien, fr. Varsovie Warsaw] (1764) : a native or resident of Warsaw, Poland

**Var·u·na** \'vär-ə-nə\ n [Skt Varuna] : a chief Vedic god responsible for natural and moral order in the cosmos

**var·us** \'var-əs, 'ver-\ n [NL, fr. L, bent, knock-kneed] (1800) : a deformed position of a bodily part characterized by bending or turning inward toward the midline of the body to an abnormal degree (a moderate right metatarsus ~ —Jour. Amer. Med. Assoc.) — **varus** adj

**varve** \'värv\ n [Sw varv turn, layer; akin to ON hvarf ring, OE hweorfan to turn — more at WHARF] (1912) : a pair of layers of alternately finer and coarser silt or clay believed to comprise an annual cycle of deposition in a body of still water — **varved** \'värvd\ adj

**vary** \'ver-ē, 'var-\ vb **var·ied; vary·ing** [ME varien, fr. MF or L; MF varier, fr. L variare, fr. varius various] vt (14c)  1 a : to make a partial change in : make different in some attribute or characteristic  b : to make differences between items in : DIVERSIFY  2 : to present under new aspects (~ the rhythm and harmonic treatment) ~ vi  1 : to exhibit or undergo change (the sky was constantly ~ing)  2 : DEVIATE, DEPART  3 : to take on successive values (y varies inversely with x)  4 : to exhibit divergence in structural or physiological characters from the typical form  syn see CHANGE — **vary·ing·ly** \-iŋ-lē\ adv

**varying hare** n (1781) : SNOWSHOE HARE

**vas** \'vas\ n, pl **va·sa** \'vā-zə\ [NL, fr. L, vessel] (1651) : an anatomical vessel : DUCT — **va·sal** \-zəl\ adj

**vas-** or **vaso-** comb form [NL, fr. L vas]  1 : vessel: as a : blood vessel (vasomotor)  b : vas deferens (vasectomy)  2 : vascular and (vasovagal)  3 : vasomotor (vasoactive)

**va·sa ef·fer·en·tia** \,vā-zə-,e-fə-'ren(t)-shē-ə\ n pl [NL, lit., efferent vessels] (ca. 1860) : the 12 to 20 ductules that lead from the rete of the testis to the vas deferens and except near their commencement are greatly convoluted and form the compact head of the epididymis

**vas·cu·lar** \'vas-kyə-lər\ adj [NL vascularis, fr. L vasculum small vessel, dim. of vas] (1672)  1 : of or relating to a channel for the conveyance of a body fluid (as blood of an animal or sap of a plant) or to a system of such channels; also : supplied with or made up of such channels and esp. blood vessels (a ~ tumor) (a ~ system)  2 : marked by vigor and ardor : SPIRITED, PASSIONATE — **vas·cu·lar·i·ty** \,vas-kyə-'lar-ə-tē\ n

**vascular bundle** n (ca. 1884) : a strand of specialized vascular tissue of higher plants consisting mostly of xylem and phloem

**vascular cylinder** n (ca. 1889) : STELE

**vas·cu·lar·i·za·tion** \,vas-kyə-lə-rə-'zā-shən\ n (1818) : the process of becoming vascular; also : abnormal or excessive formation of blood vessels (as in the retina or on the cornea)

**vascular plant** n (1861) : a plant having a specialized conducting system that includes xylem and phloem : TRACHEOPHYTE

**vascular ray** n (1672) : a band of usu. parenchymatous cells partly in the xylem and partly in the phloem of a plant root or stem that conducts fluids radially and appears in a cross section like a spoke of a wheel

**vascular tissue** n (1815) : plant tissue concerned mainly with conduction; esp : the specialized tissue of higher plants consisting essentially of phloem and xylem

**vas·cu·la·ture** \'vas-kyə-lə-,chúr, -,tyúr, -,túr\ n [L vasculum vessel + E -ature (as in musculature)] (ca. 1927) : the arrangement of blood vessels in an organ or part

**vas·cu·li·tis** \,vas-kyə-'lī-təs\ n, pl **-lit·i·des** \-'li-tə-,dēz\ [NL, fr. L vasculum vessel] (ca. 1900) : inflammation of a blood or lymph vessel

**vas·cu·lum** \'vas-kyə-ləm\ n, pl **-la** \-lə\ [NL, fr. L, small vessel] (1782) : a usu. metal and commonly cylindrical or flattened covered box used in collecting plants

**vas def·er·ens** \'vas-'de-fə-rənz, -,renz\ n, pl **va·sa def·er·en·tia** \'vā-zə-,de-fə-'ren(t)-shē-ə\ [NL, lit., deferent vessel] (1578) : a spermatic duct esp. of a higher vertebrate that in the human male is a thick-walled tube about two feet (0.61 meters) long that begins at and is continuous with the tail of the epididymis and eventually joins the duct of the seminal vesicle to form the ejaculatory duct

**vase** \'vās US oftenest 'vās; Canad usu & US also 'vāz; Brit usu, Canad also, & US sometimes 'väz\ n [F, fr. L vas vessel] (1563) : a usu. round vessel of greater depth than width used chiefly as an ornament or for holding flowers — **vase·like** \-,līk\ adj

**va·sec·to·mize** \va-'sek-tə-,mīz, vā-'zek-\ vt **-mized; -miz·ing** (1900) : to perform a vasectomy

**va·sec·to·my** \-tə-mē\ n, pl **-mies** [ISV] (1899) : surgical division or resection of all or part of the vas deferens usu. to induce sterility

**Vas·e·line** \'va-sə-,lēn, ,va-sə-'\ trademark — used for petroleum jelly

**va·so·ac·tive** \,vā-zō-'ak-tiv\ adj (ca. 1921) : affecting the blood vessels esp. in respect to the degree of their relaxation or contraction — **va·so·ac·tiv·i·ty** \-,ak-'ti-və-tē\ n

**va·so·con·stric·tion** \-kən-'strik-shən\ n [ISV] (1899) : narrowing of the lumen of blood vessels esp. as a result of vasomotor action

**va·so·con·stric·tive** \-'strik-tiv\ adj (1890) : inducing vasoconstriction

**va·so·con·stric·tor** \-tər\ n (1877) : an agent (as a sympathetic nerve fiber or a drug) that induces or initiates vasoconstriction

**va·so·di·la·tion** \-,dī-'lā-shən, -də-\ or **va·so·di·la·ta·tion** \-,di-lə-'tā-shən, -,dī-lə-\ n [ISV] (1896) : widening of the lumen of blood vessels

**va·so·di·la·tor** \-'dī-,lā-tər, -'dī-,lā-\ n (1881) : an agent (as a parasympathetic nerve fiber or a drug) that induces or initiates vasodilation

**va·so·mo·tor** \,vā-zə-'mō-tər\ adj [ISV] (1865) : of, relating to, or being nerves or centers controlling the size of blood vessels

---

\ə\ abut  \ᵊ\ kitten, F table  \ər\ further  \a\ ash  \ā\ ace  \ä\ mop, mar  \au̇\ out  \ch\ chin  \e\ bet  \ē\ easy  \g\ go  \i\ hit  \ī\ ice  \j\ job  \ŋ\ sing  \ō\ go  \ȯ\ law  \ȯi\ boy  \th\ thin  \ṯẖ\ the  \ü\ loot  \u̇\ foot  \y\ yet  \zh\ vision  \ä, k, ⁿ, œ, ᴇ, ᵫ, ᵻ\ see Guide to Pronunciation