# Exhibit C



McGraw-Hill
DICTIONARY OF
SCIENTIFIC AND
TECHNICAL TERMS

Fourth Edition

DEFTIB00000981

# McGraw-Hill
# DICTIONARY OF
# SCIENTIFIC AND
# TECHNICAL
# TERMS

## Fourth Edition

DEFTIB00000982

# McGraw-Hill
# DICTIONARY OF
# SCIENTIFIC AND
# TECHNICAL
# TERMS

## Fourth Edition



## Sybil P. Parker
EDITOR IN CHIEF

### McGRAW-HILL BOOK COMPANY

New York
St. Louis
San Francisco

| | |
|---|---|
| Auckland | Bogotá |
| Caracas | Colorado Springs |
| Hamburg | Lisbon |
| London | Madrid |
| Mexico | Milan |
| Montreal | New Delhi |
| Oklahoma City | Panama |
| Paris | San Juan |
| São Paulo | Singapore |
| Sydney | Tokyo |

Toronto

DEFTIB00000983

**On the cover:** Pattern produced from white light by a computer-generated diffraction plate containing 529 square apertures arranged in a 23 × 23 array. (R. B. Hoover, Marshall Space Flight Center)

**On the title pages:** Aerial photograph of the Sinai Peninsula made by Gemini spacecraft. (NASA)

Included in this Dictionary are definitions which have been published previously in the following works: P. B. Jordain, *Condensed Computer Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. J. Markus, *Electronics and Nucleonics Dictionary*, 4th ed., Copyright © 1960, 1966, 1978 by McGraw-Hill, Inc. All rights reserved. J. Quick, *Artists' and Illustrators' Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. *Blakiston's Gould Medical Dictionary*, 3d ed., Copyright © 1956, 1972 by McGraw-Hill, Inc. All rights reserved. T. Baumeister and L. S. Marks, eds., *Standard Handbook for Mechanical Engineers*, 7th ed., Copyright © 1958, 1967 by McGraw-Hill, Inc. All rights reserved.

In addition, material has been drawn from the following references: R. E. Huschke, *Glossary of Meteorology*, American Meteorological Society, 1959; *U.S. Air Force Glossary of Standardized Terms*, AF Manual 11-1, vol. 1, 1972; *Communications-Electronics Terminology*, AF Manual 11-1, vol. 3, 1970; W. H. Allen, ed., *Dictionary of Technical Terms for Aerospace Use*, 1st ed., National Aeronautics and Space Administration, 1965; J. M. Gilliland, *Solar-Terrestrial Physics: A Glossary of Terms and Abbreviations*, Royal Aircraft Establishment Technical Report 67158, 1967; *Glossary of Air Traffic Control Terms*, Federal Aviation Agency; *A Glossary of Range Terminology, White Sands Missile Range*, New Mexico, National Bureau of Standards, AD 467-424; *A DOD Glossary of Mapping, Charting and Geodetic Terms*, 1st ed., Department of Defense, 1967; P. W. Thrush, comp. and ed., *A Dictionary of Mining, Mineral, and Related Terms*, Bureau of Mines, 1968; *Nuclear Terms: A Glossary*, 2d ed., Atomic Energy Commission; F. Casey, ed., *Compilation of Terms in Information Sciences Technology*, Federal Council for Science and Technology, 1970; *Glossary of Stinfo Terminology*, Office of Aerospace Research, U.S. Air Force, 1963; *Naval Dictionary of Electronic, Technical, and Imperative Terms*, Bureau of Naval Personnel, 1962; *ADP Glossary*, Department of the Navy, NAVSO P-3097.

**McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS,**
**Fourth Edition**
Copyright © 1989, 1984, 1978, 1976, 1974 by McGraw-Hill, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher.

3 4 5 6 7 8 9 0    DOW/DOW    9 5 4 3 2 1 0

ISBN 0-07-045270-9

**Library of Congress Cataloging-in-Publication Data**

McGraw-Hill dictionary of scientific and technical terms.

  1. Science—Dictionaries.   2. Technology—Dictionaries.
I. Parker, Sybil P.
Q123.M34      1989      503'/21      88-13490
ISBN 0-07-045270-9

**For more information about other McGraw-Hill materials, call 1-800-2-MCGRAW in the United States. In other countries, call your nearest McGraw-Hill office.**

DEFTIB00000984

# Contents

Preface ........................................................................ vii

Editorial Staff ............................................................. viii

Consulting Editors ....................................................... viii

Contributing Editors .................................................... viii

How to Use the Dictionary ........................................... ix

Field Abbreviations ....................................................... x

Scope of Fields ........................................................ xi-xiv

Notes on Pronunciation ............................................ xv-xvi

Pronunciation Key ..................................................... xvii

Dictionary of Scientific and Technical Terms ........ 1-2088

Appendix ............................................................ A1-A49

    U.S. Customary System and the metric system .................. A1

    The International System, or SI ............................... A1-A3

    Conversion factors for the measurement systems ............ A4-A6

    Greek alphabet ................................................... A6

    Symbols and atomic numbers for the chemical elements ......... A6

    Periodic table of the elements .................................. A7

    Mathematical signs and symbols .................................. A8

    Mathematical notation ........................................ A8-A10

    Fundamental constants ....................................... A11-A13

    Abbreviations for scientific and technical organizations .. A14-A17

    Semiconductor symbols and abbreviations ................. A18-A20

    Elementary particles ........................................... A21

    Schematic electronic symbols ................................... A22

    Classification of living organisms ......................... A23-A29

    Biographical listing ........................................ A30-A49

DEFTIB00000985

a binary star system; in particular, a star which causes, in an eclipsing variable, a primary eclipse. { 'därk ¦stär }

**dark-trace tube** [ELECTR] A cathode-ray tube with a bright face that does not necessarily luminesce, on which signals are displayed as dark traces or dark blips where the potassium chloride screen is hit by the electron beam. Also known as skiatron. { 'därk ¦träs ¦tüb }

**Darling shower** [METEOROL] A dust storm caused by cyclonic winds in the vicinity of the River Darling in Australia. { 'därliŋ ¦shaủ·ər }

**Darlington amplifier** [ELECTR] A current amplifier consisting essentially of two separate transistors and often mounted in a single transistor housing. { 'där·liŋ·tən ¦am·plə,fī·ər }

**d'Arsonval current** [ELEC] A current consisting of isolated trains of heavily damped high-frequency oscillations of high voltage and relatively low current, used in diathermy. { 'där·sən¦völ ¦kər·ənt }

**d'Arsonval galvanometer** [ENG] A galvanometer in which a light coil of wire, suspended from thin copper or gold ribbons, rotates in the field of a permanent magnet when current is carried to it through the ribbons; the position of the coil is indicated by a mirror carried on it, which reflects a light beam onto a fixed scale. Also known as light-beam galvanometer. { 'där·sən,völ gal·və'näm·əd·ər }

**dart** [INV ZOO] A small sclerotized structure ejected from the dart sac of certain snails into the body of another individual as a stimulant before copulation. { därt }

**dart configuration** [AERO ENG] An aerodynamic configuration in which the control surfaces are at the tail of the vehicle. { 'därt kən,fig·yə'rā·shən }

**dart leader** [GEOPHYS] The leader which, after the first stroke, initiates each succeeding stroke of a composite flash of lightning. Also known as continuous leader. { 'därt ,lēd·ər }

**dart sac** [INV ZOO] A dart-forming pouch associated with the reproductive system of certain snails. { 'därt ,sak }

**darwin** [EVOL] A unit of evolutionary rate of change; if some dimension of a part of an animal or plant, or of the whole animal or plant, changes from $I_o$ to $I_t$ over a time of $t$ years according to the formula $I_t = I_o \exp (Et/10^6)$, its evolutionary rate of change is equal to $E$ darwins. { 'där·wən }

**Darwin-Doodson system** [GEOPHYS] A method for predicting tides by expressing them as sums of harmonic functions of time. { 'där·wən 'düd·sən ,sis·təm }

**Darwin ellipsoids** [ASTRON] Ellipsoidal figures of equilibrium of homogeneous bodies moving about each other in circular orbits, calculated by making certain approximations about their mutual tidal influences. { 'där·wən ə'lip,söidz }

**Darwin glass** [GEOL] A highly siliceous, vesicular glass shaped in smooth blobs or twisted shreds, found in the Mount Darwin range in western Tasmania. Also known as queenstownite. { 'där·wən ,glas }

**Darwinism** [BIOL] The theory of the origin and perpetuation of new species based on natural selection of those offspring best adapted to their environment because of genetic variation and consequent vigor. Also known as Darwin's theory. { 'där·wə,niz·əm }

**Darwin's finch** [VERT ZOO] A bird of the subfamily Fringillidae; Darwin studied the variation of these birds and used his data as evidence for his theory of evolution by natural selection. { 'där·winz 'finch }

**Darwin's theory** See Darwinism. { 'där·winz 'thē·ə·rē }

**Darwinulacea** [INV ZOO] A small superfamily of nonmarine, parthenogenetic ostracods in the suborder Podocopa. { 'där,win·ə'lās·ē·ə }

**Darzen's procedure** [ORG CHEM] Preparation of alkyl halides by refluxing a molecule of an alcohol with a molecule of thionyl chloride in the presence of a molecule of pyridine. { 'där·zənz prə,sē·jər }

**Darzen's reaction** [ORG CHEM] Condensation of aldehydes and ketones with α-haloesters to produce glycidic esters. { 'där·zənz rē,ak·shən }

**Dasayatidae** [VERT ZOO] The stingrays, a family of modern sharks in the batoid group having a narrow tail with a single poisonous spine. { ,da·sä'ad·ə,dē }

**Dascillidae** [INV ZOO] The soft-bodied plant beetles, a family of coleopteran insects in the superfamily Dascilloidea. { ,də'sil·ə,dē }

**Dascilloidea** [INV ZOO] Superfamily of coleopteran insects in the suborder Polyphaga. { ,das·ə'löid·ē·ə }

**dasheen** [BOT] Colocasia esculenta. A plant in the order Arales, grown for its edible corm. { da'shēn }

**danklesamite** [MINERAL] $(Na,K)_4Ca_2(Fe,Mg)_5(Si,Al)_8$ $O_{24}Cl_2$. A monoclinic mineral of the amphibole group consisting of a chloroaluminosilicate of sodium, potassium, iron, and magnesium. { ,dashrkə'sa,nīt }

**dashpot** [MECH ENG] A device used to dampen and control a motion, in which an attached piston is loosely fitted so that slowly in a cylinder containing oil. { 'dash,pät }

**Dasycladaceae** [BOT] A family of green algae in the order Dasycladales comprising plants formed of a central stem from which whorls of branches develop. { ,das·ə·klə'dās·ē,ē }

**Dasycladales** [BOT] An order of lime-encrusted marine algae in the division Chlorophyta, characterized by a thallus composed of nonseptate, highly branched tubes. { ,das·ə·klə'dā·lēz }

**dasymeter** [PHYS] A thin glass globe used to measure the density of gas by weighing the globe in the gas. { da'sim·əd·ər }

**Dasyonygidae** [INV ZOO] A family of biting lice, order Mallophaga, that are confined to rodents of the family Procaviidae. { ,das·ē·ə'nij·ə,dē }

**Dasypodidae** [VERT ZOO] The armadillos, a family of edentate mammals in the infraorder Cingulata. { ,das·ə'päd·ə,dē }

**Dasyidae** [INV ZOO] An equivalent name for Melyridae. { da'sī·ə,dē }

**Dasyuridae** [VERT ZOO] A family of mammals in the order Marsupialia characterized by five toes on each hindfoot. { das·ē'yúr·ə,dē }

**Dasyuroidea** [VERT ZOO] A superfamily of marsupial mammals. { ,das·ē·yə'röid·ē·ə }

**data** [COMPUT SCI] 1. General term for numbers, letters, symbols, and analog quantities that serve as input for computer processing. 2. Any representations of characters or analog quantities to which meaning, if not information, may be assigned. [SCI TECH] Numerical or qualitative values derived from scientific experiments. { 'dad·ə, 'dād·ə, or 'däd·ə }

**data acquisition** [COMMUN] The phase of data handling that begins with the sensing of variables and ends with a magnetic recording or other record of raw data; may include a complete radio telemetering link. { 'dad·ə ,ak·wa,zish·ən }

**data acquisition computer** [COMPUT SCI] A computer used to acquire and analyze data generated by instruments. { 'dad·ə ,ak·wa,zish·ən kəm'pyüd·ər }

**data aggregate** [COMPUT SCI] The set of data items within a record. { 'dad·ə ,ag·rə·gət }

**data analysis** [COMPUT SCI] The evaluation of digital data. { 'dad·ə ə,nal·ə·səs }

**data attribute** [COMPUT SCI] A characteristic of a block of data, such as the type of representation used or the length in characters. { 'dad·ə ¦a·tra'byüt }

**data automation** [COMPUT SCI] The use of electronic, electromechanical, or mechanical equipment and associated techniques to automatically record, communicate, and process data and to present the resultant information. { 'dad·ə öd·ə'mā·shən }

**data bank** [COMPUT SCI] A complete collection of information such as contained in automated files, a library, or a set of computer disks. { 'dad·ə ,baŋk }

**data base** [COMPUT SCI] A nonredundant collection of interrelated data item that can be shared and used by several different subsystems. { 'dad·ə ,bās }

**data base/data communication** [COMPUT SCI] An advanced software product that combines a data-base management system with data communications procedures. Abbreviated DB/DC. { 'dad·ə ,bās 'dad·ə kə,myü·nə'kā·shən }

**data-base machine** [COMPUT SCI] A computer that handles the storage and retrieval of data into and out of a data base. { 'dad·ə ,bās mə,shēn }

**data-base management system** [COMPUT SCI] A special data-processing system, or part of a data-processing system, which aids in the storage, manipulation, reporting, management, and control of data. Abbreviated DBMS. { 'dad·ə ,bās 'man·ij·mənt ,sis·təm }

**data break** [COMPUT SCI] A facility which permits input/output transfers to occur without disturbing program execution in a computer. { 'dad·ə ,bräk }

**data buffering** [COMPUT SCI] The temporary collection and



**D'ARSONVAL GALVANOMETER**

Drawing of d'Arsonval galvanometer. (From D. M. Considine, ed., Process Instruments and Control Handbook, McGraw-Hill, 1957)



**DARWINULACEA**

Darwinula stevensoni (Brady and Robertson), a podocopan ostracod of the Darwinulacea. In this parthenogenetic species, eggs and young are protected in a brood space behind the body. (After R. C. Moore, ed., Treatise on Invertebrate Paleontology, pt. Q, 1961)

DEFTIB00000986

of oxygens to form linear chains of indefinite length. { ˈin-ō′sil-ə‚kāt }

**inosine** [BIOCHEM] $C_{10}H_{12}N_4O_5$ A compound occurring in muscle; a hydrolysis product of inosinic acid. { ˈin-ə‚sēn }

**inosinic acid** [BIOCHEM] $C_{10}H_{13}N_4O_8P$ A nucleotide constituent of muscle, formed by deamination of adenylic acid; on hydrolysis it yields hypoxanthine and D-ribose-5-phosphoric acid. { ‚in-ə′sin·ik ˈas·əd }

**inositol** [ORG CHEM] $C_6H_6(OH)_6 \cdot 2H_2O$ A water-soluble alcohol often grouped with the vitamins; there are nine stereoisomers of hexahydroxycyclohexane, and the only one of biological importance is optically inactive *meso*-inositol, comprising white crystals, widely distributed in animals and plants; it serves as a growth factor for animals and microorganisms. { ī′nōs·ə‚tȯl }

**in phase** [PHYS] Having waveforms that are of the same frequency and that pass through corresponding values at the same instant. { ˈin ‚fāz }

**in-phase component** [ELEC] The component of the phasor representing an alternating current which is parallel to the phasor representing voltage. { ˈin ‚fāz kəm′pōʹnənt }

**in-phase rejection** See common-mode rejection. { ˈin ‚fāz ri′jek·shən }

**in-phase signal** See common-mode signal. { ˈin ‚fāz ′sig·nəl }

**in-pile** [NUCLEO] A term used to designate experiments or equipment inside a reactor. { ˈin ‚pīl }

**in-pile loop** [NUCLEO] An experiment inserted directly in a nuclear reactor (pile) incorporating a closed circuit (loop) of fluid usually for cooling purposes. { ˈin ‚pīl ‚lüp }

**in-place stress field** See ambient stress field. { ‚in ‚plās ′stres ‚fēld }

**input** [COMPUT SCI] The information that is delivered to a data-processing device from the external world, the process of delivering this data, or the equipment that performs this process. [ELECTR] 1. The power or signal fed into an electrical or electronic device. 2. The terminals to which the power or signal is applied. [SCI TECH] Those resources and other environmental factors converted by a system. { ˈin‚pùt }

**input admittance** [ELEC] The admittance measured across the input terminals of a four-terminal network with the output terminals short-circuited. { ˈin‚pùt əd‚mit·əns }

**input area** [COMPUT SCI] A section of internal storage reserved for storage of data or instructions received from an input unit such as cards or tape. Also known as input block; input storage. { ˈin‚pùt ‚er·ē·ə }

**input block** [COMPUT SCI] 1. A block of data read or transferred into a computer. 2. See input area. { ˈin‚pùt ‚blãk }

**input capacitance** [ELECTR] The short-circuited transfer capacitance that exists between the input terminals and all other terminals of an electron tube (except the output terminal) connected together. { ˈin‚pùt kə′pas·əd·əns }

**input data** [COMPUT SCI] Data employed as input. { ˈin‚pùt ‚dad·ə }

**input equipment** [COMPUT SCI] 1. The equipment used for transferring data and instructions into an automatic data-processing system. 2. The equipment by which an operator transcribes original data and instructions to a medium that may be used in an automatic data-processing system. { ˈin‚pùt i‚kwipmənt }

**input gap** [ELECTR] An interaction gap used to initiate a variation in an electron stream; in a velocity-modulated tube it is in the buncher resonator. { ˈin‚pùt ‚gap }

**input impedance** [ELEC] The impedance across the input terminals of a four-terminal network when the output terminals are short-circuited. { ˈin‚pùt im‚pēd·əns }

**input-limited** [COMPUT SCI] Pertaining to a system or operation whose speed or efficiency depends mainly on the speed of input into the machine rather than the speed of the machine itself. { ˈin‚pùt ′lim·əd·əd }

**input magazine** [COMPUT SCI] A part of a card-handling device which supplies the cards to the processing portion of the machine. Also known as magazine. { ˈin‚pùt ‚mag·ə‚zēn }

**input/output** [COMPUT SCI] Pertaining to all equipment and activity that transfers information into or out of a computer. Abbreviated I/O. { ˈin‚pùt ˈaùt‚pùt }

**input/output adapter** [COMPUT SCI] A circuitry which allows input/output devices to be attached directly to the central processing unit. { ˈin‚pùt ˈaùt‚pùt ə‚dapt·ər }

**input/output bound** [COMPUT SCI] Pertaining to a system or

condition in which the time for input and output operation exceeds other operations. Also known as input/output limited. { ˈin‚pùt ˈaùt‚pùt ‚baùnd }

**input/output buffer** [COMPUT SCI] An area of a computer memory used to temporarily store data and instructions transferred into and out of a computer, permitting several such transfers to take place simultaneously with processing of data. { ˈin‚pùt ˈaùt‚pùt ‚bəf·ər }

**input/output channel** [COMPUT SCI] The physical link connecting the computer to an input device or to an output device. { ˈin‚pùt ˈaùt‚pùt ‚chan·əl }

**input/output controller** [COMPUT SCI] An independent processor which provides the data paths between input and output devices and main memory. { ˈin‚pùt ˈaùt‚pùt kən‚trōl·ər }

**input/output control system** [COMPUT SCI] A set of flexible routines that supervise the input and output operations of a computer at the detailed machine-language level. Abbreviated IOCS. { ˈin‚pùt ˈaùt‚pùt kən‚trōl ‚sis·təm }

**input/output control unit** [COMPUT SCI] The piece of hardware which controls the operation of one or more of a type of devices such as tape drives or disk drives; this unit is frequently an integral part of the input/output device itself. { ˈin‚pùt ˈaùt‚pùt kən‚trōl ‚yü·nət }

**input/output device** [COMPUT SCI] A unit that accepts new data, sends it into the computer for processing, receives the results, and translates them into a usable medium. { ˈin‚pùt ˈaùt‚pùt di‚vīs }

**input/output generation** [COMPUT SCI] A procedure involved in installing an operating system on a large computer in which addresses and attributes of peripheral equipment under the computer's control are described in a language that can be read by the operating system. Abbreviated IOGEN. { ˈin‚pùt ˈaùt‚pùt ‚jen·ə‚rā·shən }

**input/output instruction** [COMPUT SCI] An instruction in a computer program that causes transfer of data between peripheral devices and main memory, and enables the central processing unit to control the peripheral devices connected to it. { ˈin‚pùt ˈaùt‚pùt in‚strək·shən }

**input/output interrupt** [COMPUT SCI] A technique by which the central processor needs only initiate an input/output operation and then handle other matters, while other units within the system carry out the rest of the operation. { ˈin‚pùt ˈaùt‚pùt ‚int·ə‚rəpt }

**input/output interrupt identification** [COMPUT SCI] The ascertainment of the device and channel taking part in the transfer of information into or out of a computer that causes a particular input/output interrupt, and of the status of the device and channel. { ˈin‚pùt ˈaùt‚pùt ‚int·ə‚rəpt ī‚dent·ə·fə‚kā·shən }

**input/output interrupt indicator** [COMPUT SCI] A device which registers an input/output interrupt associated with a particular input/output channel; it can be used in input/output interrupt identification. { ˈin‚pùt ˈaùt‚pùt ‚int·ə‚rəpt ‚in·də‚kād·ər }

**input/output library** [COMPUT SCI] A set of programs which take over the job from the programmer of creating the required instructions to access the various peripheral devices. Also known as input/output routines. { ˈin‚pùt ˈaùt‚pùt ‚lī‚brer·ē }

**input/output limited** See input/output bound. { ˈin‚pùt ˈaùt‚pùt ‚lim·əd·əd }

**input/output order** [COMPUT SCI] A procedure of transferring data between main memory and peripheral devices which is assigned to and performed by an input/output controller. { ˈin‚pùt ˈaùt‚pùt ‚òrd·ər }

**input/output referencing** [COMPUT SCI] The use of symbolic names in a computer program to indicate data on input/output devices, the actual devices allocated to the program being determined when the program is executed. { ˈin‚pùt ˈaùt‚pùt ‚ref·rən·siŋ }

**input/output register** [COMPUT SCI] Computer register that provides the transfer of information from inputs to the central computer, or from it to output equipment. { ˈin‚pùt ˈaùt‚pùt ‚rej·ə·star }

**input/output relation** [SYS ENG] The relation between two vectors whose components are the inputs (excitations, stimuli) of a system and the outputs (responses) respectively. { ˈin‚pùt ˈaùt‚pùt ri‚lā·shən }

**input/output routines** See input/output library. { ˈin‚pùt ˈaùt‚pùt rü‚tēnz }

**input/output switching** [COMPUT SCI] A technique in which



INOSITOL

Structural formula for inositol.

DEFTIB00000987

or other cause.   2. Reclaiming dry land by irrigation.   { ,rek·lə'mā·shən }

**reclassify**   [ORD]   To change the security classification of a document, piece of equipment, or the like.   { rē'klas-ə-fī }

**reclinate**   [BOT]   Vernation in which the upper part of the leaf is bent down on the lower part.   { 'rek-lə,nāt }

**reclined fold**   *See* recumbent fold.   { ,ri'klīnd 'fōld }

**reclosing relay**   [ELEC]   Form of voltage, current, power, or other type of relay which functions to reclose a circuit.   { 'rē,klōz·iŋ 'rē,lā }

**recognition**   [COMPUT SCI]   The act or process of identifying (or associating) an input with one of a set of possible known alternatives, as in character recognition and pattern recognition.   { ,rek·ig'nish·ən }

**recognition gate**   [COMPUT SCI]   A logic circuit used to select devices identified by a binary address code.   Also known as decoding gate.   { 'rek·ig'nish·ən ,gāt }

**recognition differential**   [ACOUS]   For a specified listener, the amount by which the signal level exceeds the noise level reaching the ear when there is a 50% probability of detection of the signal.   { ,rek·ig'nish·ən ,dif·ə'ren·chəl }

**recoil**   *See* gun reaction.   { 'rē,kȯil }

**recoil adapter**   [ORD]   A device fastened between a gun, especially an aircraft machine gun, and its mount to adapt the gun for mounting and to absorb the recoil.   { 'rē,kȯil ə,dap·tər }

**recoil booster**   [ORD]   Component of a machine gun which traps some of the gas from the barrel and acts to ensure positive recoil action when the gun is fired at angles other than the usual horizontal.   { 'rē,kȯil ,büs·tər }

**recoil brake**   [ORD]   That part of the recoil mechanism that actually absorbs the energy of recoil and stops the rearward movement of the recoiling parts.   { 'rē,kȯil ,brāk }

**recoil click**   [HOROL]   A device in a timepiece that prevents a mainspring from being wound too tightly; uses a pawl that recoils after winding.   { 'rē,kȯil ,klik }

**recoil electron**   [PHYS]   An electron that has been set into motion by a collision.   { 'rē,kȯil i,lek,trän }

**recoil escapement**   *See* anchor escapement.   { 'rē,kȯil i,skāp·mənt }

**recoiling mass**   [ORD]   The mass of the recoiling parts of a weapon.   { ri'kȯil·iŋ 'mas }

**recoiling parts**   [ORD]   Those parts of a weapon which move in recoil, usually including the tube, breech housing, breech-block assembly, and parts of the recoil mechanism.   { ri'kȯil·iŋ 'pärts }

**recoil ion spectroscopy**   [ATOM PHYS]   A method of studying highly ionized and highly excited atomic states, in which relatively light atoms in a gaseous target are bombarded by highly ionized, fast, heavy projectiles, resulting in single collisions in which the target atoms are raised to very high states of ionization and excitation while incurring relatively small recoil velocities.   { 'rē,kȯil 'ī,än ,spek'träs·kə·pē }

**recoilless**   [ORD]   Built so as to eliminate or cancel out recoil; most recoilless guns are designed to let part of the propellant gases escape to the rear.   { ri'kȯil·ləs }

**recoilless ammunition**   [ORD]   Ammunition intended for use in recoilless rifles; provision is made in the ammunition for release of propellant gases in the manner and quantity necessary to produce the recoilless action.   { ri'kȯil·ləs ,am·yə'nish·ən }

**recoilless gun**   [ORD]   A smooth-bore, open-breech, launcher-type artillery weapon constructed of lightweight metals and employing a muzzle-inserted propellant; it is designed with a firing mechanism activated electrically or mechanically by remote control.   { ri'kȯil·ləs 'gən }

**recoilless rifle**   [ORD]   A weapon consisting of a light artillery tube of the recoilless type and a very light mount.   { ri'kȯil·ləs 'rīf·əl }

**recoil mechanism**   [ORD]   A hydraulic-, pneumatic-, or spring-type shock absorber that decreases the energy of the recoil gradually and so avoids violent movement of the gun.   { 'rē,kȯil ,mek·ə,niz·əm }

**recoil milking**   [NUCLEO]   A technique for detecting transmutation recoil atoms knocked out of a target by heavy-ion bombardment, in which the atoms come to rest in a stream of helium or other gas which carries them through an orifice to a rough vacuum where they are adsorbed on a surface and their radioactivity detected.   { 'rē,kȯil ,milk·iŋ }

**recoil oil**   [MATER]   A neutral, constant-viscosity oil used in

hydropneumatic and hydrospring recoil systems.   { 'rē,kȯil ,ȯil }

**recoil particle**   [PHYS]   A particle that has been set into motion by a collision or by a process involving the ejection of another particle.   { 'rē,kȯil ,pärd·ə·kəl }

**recoil pit**   [ORD]   Pit dug near the breech of a gun to provide space for the breech when it moves backward during recoil.   { 'rē,kȯil ,pit }

**recoil velocity**   [ORD]   Velocity in recoil of the recoiling parts of a gun.   { 'rē,kȯil və,läs·əd·ē }

**recombinant**   [GEN]   Any new cell, individual, or molecule that is produced in the laboratory by recombinant DNA technology or that arises naturally as a result of recombination.   { rē'käm·bə·nənt }

**recombinant DNA technology**   [GEN]   In genetic engineering, a laboratory technique used to join deoxyribonucleic acid from different sources to produce an individual with a novel gene combination.   Also known as gene splicing.   { rē'käm·bə·nənt ,dē,en'ā tek'näl·ə·jē }

**recombination**   [GEN]   1. The occurrence of gene combinations in the progeny that differ from those of the parents as a result of independent assortment, linkage, and crossing-over.   2. The production of genetic information in which there are elements of one line of descent replaced by those of another line, or additional elements.   [PHYS]   The combination and resultant neutralization of particles or objects having unlike charges, such as a hole and an electron or a positive ion and a negative ion.   { ,rē,käm·bə'nā·shən }

**recombination coefficient**   [ELECTR]   The rate of recombination of positive ions with electrons or negative ions in a gas, per unit volume, divided by the product of the number of positive ions per unit volume and the number of electrons or negative ions per unit volume.   { ,rē,käm·bə'nā·shən ,kō·i,fish·ənt }

**recombination electroluminescence**   *See* injection electroluminescence.   { ,rē,käm·bə'nā·shən i,lek·trō,lü·mə'nes·əns }

**recombination energy**   [PHYS]   The energy released when two oppositely charged portions of an atom or molecule rejoin to form a neutral atom or molecule.   { ,rē,käm·bə'nā·shən ,en·ər·jē }

**recombination mosaic**   [GEN]   A mosaic produced as the result of somatic crossing-over.   { ,rē,käm·bə'nā·shən mō,zā·ik }

**recombination radiation**   [SOLID STATE]   The radiation emitted in semiconductors when electrons in the conduction band recombine with holes in the valence band.   { ,rē,käm·bə'nā·shən ,rād·ē,ā·shən }

**recombination velocity**   [ELECTR]   On a semiconductor surface, the ratio of the normal component of the electron (or hole) current density at the surface to the excess electron (or hole) charge density at the surface.   { ,rē,käm·bə'nā·shən və,läs·əd·ē }

**recompletion**   [PETRO ENG]   Redrilling an oil well to a new producing zone (new depth) when the current zone is depleted.   { ,rē·kəm'plē·shən }

**recomposed granite**   [PETR]   An arkose composed of consolidated feldspathic residue that has been reworked and decomposed so slightly that upon cementation the rock resembles granite except that its grain is less even and it contains a greater percentage of quartz.   Also known as reconstructed granite.   { ,rē·kəm'pōzd 'gran·ət }

**recomposed rock**   [PETR]   A rock produced in place by the cementation of the fragmental products of surface weathering, for example, a recomposed granite.   { ,rē·kəm'pōzd 'räk }

**recomputed point of turn**   [NAV]   An altered dead-reckoning position of an aircraft at a turning point, determined after wind has been established by drift observations made before and after the turn.   { 'rē·kəm,pyüd·əd ,pȯint əv 'tərn }

**recon**   [GEN]   The smallest deoxyribonucleic acid unit capable of recombination.   { 'rē,kän }

**reconditioned carrier reception**   [ELECTR]   Method of reception in which the carrier is separated from the sidebands to eliminate amplitude variations and noise, and is then added at an increased level to the sideband, to obtain a relatively undistorted output.   { rē'kən'dish·ənd 'kar·ē·ər ri,sep·shən }

**reconditioning**   [ENG]   Restoration of an object to a good condition.   { rē·kən'dish·əniŋ }

**reconnaissance**   [ENG]   A mission to secure data concerning the meteorological, hydrographic, or geographic characteristics

ns. { 'rē,lĕs

set into motion, ion of anothe

:un to provid during recoil

ecoiling pan

or molecula t DNA tech :ombination

:ic engines- nucleic acid with a novel { rē'kä

e combina- :arents as a ssing-over. h there ar of another nation and ing unlike : ion and a

: recombi- s in a gas, umber of ×ctrons or ,kō'i,fish-

electro- es-əns } :d when le rejoin han ,en-

I as the mō,zā-

n emii- n band -bə'nä-

or sur- r hole) hole). ,ə,lās-

ı new eted.

con- I de- ibles aier iite.

the ng:

xn- ier ıre

de

?-
o
ə-
i

of a particular area.   [ORD]   A mission undertaken to obtain, by visual observation or other detection methods, information about the activities and resources of an enemy or potential enemy.   { ri'kän-ə-səns }

**reconnaissance drone**   [AERO ENG]   An uncrewed aircraft guided by remote control, with photographic or electronic equipment for providing information about an enemy or potential enemy.   { ri'kän-ə-səns ,drōn }

**reconnaissance map**   [MAP]   A map based on the information obtained in a reconnaissance survey.   { ri'kän-ə-səns ,map }

**reconnaissance spacecraft**   [AERO ENG]   A satellite put into orbit about the earth and containing electronic equipment designed to pick up and transmit back to earth information pertaining to activities such as military.   { ri'kän-ə-səns 'spās,kraft }

**reconnaissance survey**   [ENG]   A preliminary survey, usually executed rapidly and at relatively low cost, prior to mapping in detail and with greater precision.   { ri'kän-ə-səns ,sər,vā }

**reconnection**   [ASTRON]   The rejoining of solar magnetic field lines that have been severed at a neutral region.   { ,rē-kə'nek-shən }

**reconstituted mica**   [MATER]   Mica sheets or shaped objects made by breaking up scrap natural mica, combining with a binder, and pressing into forms suitable for use as electrical insulating material.   { rē'kän-stə,tüd-əd 'mī-kə }

**reconstitution**   [COMPUT SCI]   The conversion of tokens back to the keywords they represent in a programming language, before generation of the output of an interpreted program.   [GEOL]   The formation of new chemicals, minerals, or structures under the influence of metamorphism.   { rē,kän-stə'tü-shən }

**reconstructed coal**   [MATER]   Coal formed from crushed or powdered, briquetted lignite or coal, waterproofed with a coating of pitch.   { ,rē-kən'strək-təd 'kōl }

**reconstructed granite**   See recomposed granite.   { rē-kən'strək-təd 'gran-ət }

**reconstructed stone**   [LAP]   A gem material made by the fusing or sintering of small particles of the genuine stone.   { ,rē-kən'strək-təd 'stōn }

**reconstruction**   [SOLID STATE]   A process in which atoms at the surface of a solid displace and form bands different from those existing in the bulk solid.   { rē-kən'strək-shən }

**reconstructive processing**   [INORG CHEM]   The spinning of an inorganic compound of an organic support or binder subsequently removed by oxidation or volatilization to form an inorganic polymer.   { rē-kən'strək-tiv 'präs,es-iŋ }

**reconstructive transformation**   [CRYSTAL]   A type of crystal transformation that involves the breaking of either first- or second-order coordination bonds.   { ,rē-kən'strək-tiv ,tranz-fər'mā-shən }

**recontrol time**   See deionization time.   { rē-kən'trōl ,tīm }

**record**   [COMPUT SCI]   A group of adjacent data items in a computer system, manipulated as a unit.   [SCI TECH]   **1.** To preserve for later reproduction or reference.   **2.** See recording.   { 'rek-ərd }

**record block**   See physical record.   { 'rek-ərd ,bläk }

**record changer**   [ENG ACOUS]   A record player that plays a number of records automatically in succession.   { 'rek-ərd ,chānj-ər }

**record density**   See bit density; character density.   { 'rek-ərd ,den-səd-ē }

**recorder**   See recording instrument.   { ri'kord-ər }

**record gap**   [COMPUT SCI]   An area in a storage medium, such as magnetic tape or disk, which is devoid of information; it delimits records, and, on tape, allows the tape to stop and start between records without loss of data.   Also known as interrecord gap (IRG).   { 'rek-ərd ,gap }

**recording**   [SCI TECH]   **1.** Any process for preserving signals, sounds, data, or other information for future reference or reproduction, such as disk recording, facsimile recording, inkvapor recording, magnetic tape or wire recording, and photographic recording.   **2.** The end product of a recording process, such as the recorded magnetic tape, disk, or record sheet.   Also known as record.   { ri'kord-iŋ }

**recording balance**   [ANALY CHEM]   An analytical balance equipped to record weight results by electromagnetic or servomotor-driven accessories.   { ri'kord-iŋ ,bal-əns }

**recording-completing trunk**   [ELEC]   Trunk for extending a connection from a local line to a toll operator, used for recording the call and for completing the toll connection.   { ri'kord-iŋ kəm'plēd-iŋ ,trəŋk }

**recording density**   [COMPUT SCI]   The amount of data that can be stored in a unit length of magnetic tape, usually expressed in bits per inch or characters per inch.   { ri'kord-iŋ ,den-səd-ē }

**recording head**   [ELECTR]   A magnetic head used only for recording.   Also known as record head.   [ENG ACOUS]   See cutter.   { ri'kord-iŋ ,hed }

**recording instrument**   [ENG]   An instrument that makes a graphic or acoustic record of one or more variable quantities.   Also known as recorder.   { ri'kord-iŋ ,in-strə-mənt }

**recording lamp**   [ELECTR]   A lamp whose intensity can be varied at an audio-frequency rate, for exposing variable-density sound tracks on motion picture film and for exposing paper or film in photographic facsimile recording.   { ri'kord-iŋ ,lamp }

**recording level**   [ELECTR]   Amplifier output level required to secure a satisfactory recording.   { ri'kord-iŋ ,lev-əl }

**recording noise**   [ELECTR]   Noise that is introduced during a recording process.   { ri'kord-iŋ ,noiz }

**recording optical tracking instrument**   [ENG]   Optical system used for recording data in connection with missile flights.   { ri'kord-iŋ 'äp-tə-kəl 'trak-iŋ ,in-strə-mənt }

**recording rain gage**   [ENG]   A rain gage which automatically records the amount of precipitation collected, as a function of time.   Also known as pluviograph.   { ri'kord-iŋ 'rān ,gāj }

**recording spot**   See picture element.   { ri'kord-iŋ ,spät }

**recording storage tube**   [ELECTR]   Type of cathode-ray tube in which the electric equivalent of an image can be stored as an electrostatic charge pattern on a storage surface; there is no visual display, but the stored information can be read out at any later time as an electric output signal.   { ri'kord-iŋ 'stor-ij ,tüb }

**recording thermometer**   See thermograph.   { ri'kord-iŋ thər,mäm-əd-ər }

**record layout**   [COMPUT SCI]   A form showing how fields are positioned within a record, usually with information about each field.   { 'rek-ərd ,lā,aut }

**record length**   [COMPUT SCI]   The number of characters required for all the information in a record.   { 'rek-ərd ,leŋkth }

**record locking**   [COMPUT SCI]   Action of a computer system that makes a record that is being processed by one user unavailable to other users, to prevent more than one user from attempting to update the same information simultaneously.   { 'rek-ərd ,läk-iŋ }

**record mark**   [COMPUT SCI]   A symbol that signals a record's beginning or end.   { 'rek-ərd ,märk }

**record observation**   [METEOROL]   A type of aviation weather observation; the most complete of all such observations and usually taken at regularly specified and equal intervals (hourly, usually on the hour).   Also known as hourly observation.   { 'rek-ərd ,äb-zər,vā-shən }

**record player**   [ENG ACOUS]   A motor-driven turntable used with a phonograph pickup to obtain audio-frequency signals from a phonograph record.   { 'rek-ərd ,plā-ər }

**record storage mark**   [COMPUT SCI]   A special character which appears only in the record storage unit of the card reader to limit the length of the record read into storage.   { 'rek-ərd 'stor-ij ,märk }

**record variable**   [COMPUT SCI]   A group of related but dissimilar data items that can be worked on as a single unit.   Also known as structured variable.   { 'rek-ərd ,verē-ə-bəl }

**recoupling**   [QUANT MECH]   A transformation between eigenfunctions of total angular momentum resulting from coupling eigenfunctions of three or more angular momenta in some order, and eigenfunctions of total angular momentum resulting from coupling of the same eigenfunctions in a different order.   { rē'kəp-liŋ }

**recoverable shear**   [FL MECH]   Measure of the elastic content of a fluid, related to elastic recovery (mechanicallike property of elastic recoil); found in unvulcanized, unfilled natural rubber, and certain polymer solutions, soap gels, and biological fluids.   { ri'kəv-rə-bəl 'shir }

DEFTIB00000989



**TOGGLE**

rock being crushed — drive force

Toggle mechanism used in a rock crusher; relatively small drive force causes large force to be applied to rock.

**TOLUENE-2,4-DIISOCYANATE**

Structural formula.

**toe-to-toe drilling** [ENG] The drilling of vertical large-diameter blasting holes in quarries and opencast pits. { 'tō ¦tō 'dril·iŋ }

**tofan** [METEOROL] A violent spring storm common in the mountains of Indonesia. { tō'fän }

**to-from indicator** [NAV] An indicator that shows whether an aircraft is flying toward or away from an omnirange station. Also known as sense indicator. { 'tü ¦främ ,in·də,kād·ər }

**toggle** [ELECTR] To switch over to an alternate state, as in a flip-flop. [MECH ENG] A form of jointed mechanism for the amplification of forces. { 'täg·əl }

**toggle bolt** [DES ENG] A bolt having a nut with a pair of pivotal wings that close against a spring; wings open after emergence through a hole or passage in a thin or hollow wall to fasten the unit securely. { 'täg·əl ,bōlt }

**toggle condition** [ELECTR] Condition of a flip-flop circuit in which the internal state of the flip-flop changes from 0 to 1 or from 1 to 0. { 'täg·əl kən,dish·ən }

**toggle press** [MECH ENG] A mechanical press in which a toggle mechanism actuates the slide. { 'täg·əl ,pres }

**toggle switch** [ELEC] A small switch that is operated by manipulation of a projecting lever that is combined with a spring to provide a snap action for opening or closing a circuit quickly. [ELECTR] An electronically operated circuit that holds either of two states until changed. { 'täg·əl ,swich }

**toise** [GEOD] A unit of length equal to about 6.4 feet (1.95 meters); used in early geodetic surveys. { 'tóiz }

**tokamak** [PL PHYS] A device for confining a plasma within a toroidal chamber, which produces plasma temperatures, densities, and confinement times greater than that of any other such device; confinement is effected by a very strong externally applied toroidal field, plus a weaker poloidal field produced by a toroidally directed plasma current, and this current causes ohmic heating of the plasma. { 'täk·ə,mak }

**token** [COMMUN] A unique grouping of bits that is transmitted as a unit in a communications network and used as a signal to notify stations in the network when they have control and are free to send information. [COMPUT SCI] 1. A distinguishable unit in a sequence of characters. 2. A single byte that is used to represent a keyword in a programming language in order to conserve storage space. { 'tō·kən }

**tokenization** [COMPUT SCI] The conversion of keywords of a programming language to tokens in order to conserve storage space. { ,tō·kən·ə'zā·shən }

**token passing protocol** [COMMUN] The assignment of data communications channels to units which communicate according to a fixed priority sequence. { 'tō·kən ,pas·iŋ 'prōd·ə,kȯl }

**token sharing network** [COMMUN] A communications network in which all the stations are linked to a common bus and coatrol is determined by a group of bits (token) that is passed along the bus from station to station. { 'tō·kən ,sher·iŋ 'net,wərk }

**tolazoline hydrochloride** [ORG CHEM] $C_{10}H_{12}N_2 \cdot HCl$ Water-soluble white crystals, and melting at 173°C; used as a sympatholytic and vasodilator. Also known as priscol. { ,täl·ə·zə,lēn 'hī·drə'klȯr,īd }

**tolbutamide** [PHARM] $C_{12}H_{18}N_2O_3S$ A hypoglycemic drug effective when administered orally. { täl'byüd·ə,mīd }

**toleragen** [IMMUNOL] A substance which, in appropriate dosages, produces a state of specific immunological tolerance in humans or animals. { 'täl·ə·rə·jən }

**tolerance** [DES ENG] The permissible variations in the dimensions of machine parts. [ENG] A permissible deviation from a specified value, expressed in actual values or more often as a percentage of the nominal value. [PHARM] 1. The ability of enduring or being less responsive to the influence of a drug or poison, particularly when acquired by continued use of the substance. 2. The allowable deviation from a standard, as the range of variation permitted for the content of a drug in one of its dosage forms. { 'täl·ə·rəns }

**tolerance chart** [DES ENG] A chart indicating graphically the sequence in which dimensions must be produced on a part so that the finished product will meet the prescribed tolerance limits. { 'täl·ə·rəns ,chärt }

**tolerance dose** See permissible dose. { 'täl·ə·rəns ,dōs }

**tolerance limits** [DES ENG] The extreme values (upper and lower) that are permitted by the tolerance. { 'täl·ə·rəns ,lim·əts }

**tolerance unit** [DES ENG] A unit of length used to express

the degree of tolerance allowed in fitting cylinders into cylindrical holes, equal, in micrometers, to $0.45 D^{1/3} + 0.001 D$ where $D$ is the cylinder diameter in millimeters. { 'täl·ə·rəns ,yü·nət }

**ortho-toluidine** [ORG CHEM] $C_6H_3(CH_3)NH_2$] Light-sensitive, combustible white to reddish crystals soluble in alcohol and ether, slightly soluble in water, melts at 130°C; used as an anlytical reagent and a curing agent for urethane resins. { ,ȯr·thō 'täl·ə,dēn }

**toll** [COMMUN] 1. Charge made for a connection beyond an exchange boundary. 2. Any part of telephone plant, circuits or services for which toll charges are made. { tōl }

**toll call** [COMMUN] Telephone call to points beyond the area within which telephone calls are covered by a flat monthly rate or are charged for on a message unit basis. { 'tōl ,kȯl }

**toll center** [COMMUN] A telephone central office where trunks from end offices are joined to the long-distance system, and operators are present; it is a class-4 office. { 'tōl ,sen·tər }

**toll enrichment** [NUCLEO] A proposed arrangement whereby privately owned uranium could be enriched in uranium-235 content in government facilities upon payment of a service charge by the owners. { 'tōl in'rich·mənt }

**Tollen's aldehyde test** [ANALY CHEM] A test that uses an ammoniacal solution of silver oxides to test for aldehydes and ketones. { 'täl·ənz 'al·də,hīd ,test }

**toll line** [COMMUN] A telephone line or channel that connects different telephone exchanges. { 'tōl ,līn }

**toll office** [COMMUN] A telephone central office which serves mainly to terminate and interconnect toll lines and various types of trunks. { 'tōl ,ȯf·əs }

**toll television** See subscription television. { 'tōl 'tel·ə,vizh·ən }

**toll terminal loss** [COMMUN] The part of the overall transmission loss on a toll connection that is attributable to the facilities from the toll center through the tributary office, to and including the subscriber's equipment. { 'tōl 'tər·mən·əl ,lȯs }

**α-toluamide** See α-phenylacetamide. { ¦al·fə ¦täl·ü'am·əd }

**toluene** [ORG CHEM] $C_6H_5CH_3$ A colorless, aromatic liquid derived from coal tar or from the catalytic reforming of petroleum naphthas; insoluble in water, soluble in alcohol and ether; boils at 111°C; used as a chemical intermediate, for explosives, and in high-octane gasolines. Also known as methylbenzene; phenylmethane; toluol. { 'täl·yə,wēn }

**toluene 2,4-diisocyanate** [ORG CHEM] $CH_3C_6H_3(NCO)_2$; A liquid (at room temperature) with a sharp, pungent odor; miscible with ether, acetone, and benzene; used to make polyurethane foams and other elastomers, and also as a protein cross-linking agent. { 'täl·yə,wēn ¦tü ¦fȯr di¦ī·sō'sī·ə,nāt }

**para-toluenesulfonic acid** [ORG CHEM] $C_6H_4(SO_3H)(CH_3)$ Toxic, colorless, combustible crystals soluble in water, alcohol, and ether; melts at 107°C; used in dyes and as a chemical intermediate and organic catalyst. { 'par·ə ¦täl·yə,wēn'səl,fän·ik 'as·əd }

**toluenethiol** See thiocresol. { 'täl·yə,wēn'thī,ȯl }

**α-toluic acid** See phenylacetic acid. { ¦al·fə tə'lü·ik 'as·əd }

**meta-toluic acid** [ORG CHEM] $C_6H_4CH_3COOH$ White to yellow, combustible crystals soluble in alcohol and ether, slightly soluble in water, melts at 109°C; used as a chemical intermediate and base for insect repellants. Also known as meta-toluylic acid. { 'med·ə tə'lü·ik 'as·əd }

**ortho-toluic acid** [ORG CHEM] $C_6H_4CH_3COOH$ White, combustible crystals soluble in alcohol and chloroform, slightly soluble in water, melts at 104°C; used as a bacteriostat. Also known as ortho-toluylic acid. { 'ȯr·thō tə'lü·ik 'as·əd }

**para-toluic acid** [ORG CHEM] $C_6H_4CH_3COOH$ Transparent, combustible crystals soluble in alcohol and ether, slightly soluble in water, melts at 180°C; used in agricultural chemicals and as an animal feed supplement. Also known as para-toluylic acid. { 'par·ə tə'lü·ik 'as·əd }

**α-toluic aldehyde** See phenylacetaldehyde. { ¦al·fə tə'lü·ik 'al·də,hīd }

**meta-toluidine** [ORG CHEM] $CH_3C_6H_4NH_2$ A combustible, colorless, toxic liquid soluble in alcohol and ether, slightly soluble in water, boils at 203°C; used for dyes and as a chemical intermediate. { 'med·ə tə'lü·ə,dēn }

**ortho-toluidine** [ORG CHEM] $CH_3C_6H_4NH_2$ A light-green, light-sensitive, combustible, toxic liquid soluble in alcohol and ether, very slightly soluble in water, boils at 200°C; used for

**soft rot** [PL PATH] A mushy, watery, or slimy disintegration of plant parts caused by either fungi or bacteria. { 'sȯft ¦rät }

**soft rubber** [MATER] A type of rubber that has been cured by adding 0.5 to 8% sulfur, without prolonged vulcanization. { 'sȯft 'rəb·ər }

**soft sector** [COMPUT SCI] A disk or drum format in which the locations of sectors are determined by control information written on the storage medium rather than by some physical means. { 'sȯft 'sek·tər }

**soft-shell disease** [INV ZOO] A disease of lobsters caused by a chitinous bacterium which extracts chitin from the exoskeleton. { 'sȯft ¦shel di¸zēz }

**soft shower** [NUC PHYS] A cosmic-ray shower that cannot penetrate 6 to 8 inches (15 to 20 centimeters) of lead; consists mainly of electrons and positrons. { 'sȯft 'shau̇·ər }

**soft solder** [MET] Solder composed of an alloy of lead and tin. Also known as low melting solder. { 'sȯft 'säd·ər }

**soft soldering** [MET] Soldering with a soft solder. { 'sȯft 'säd·ə·riŋ }

**soft tube** [ELECTR] **1.** An x-ray tube having a vacuum of about 0.000002 atmosphere (0.202650 newton per square meter), the remaining gas being left in intentionally to give less-penetrating rays than those of a more completely evacuated tube. **2.** *See* gassy tube. { 'sȯft ¦tüb }

**software** [COMPUT SCI] The totality of programs usable on a particular kind of computer, together with the documentation associated with a computer or program, such as manuals, diagrams, and operating instructions. { 'sȯft¸wer }

**software compatibility** [COMPUT SCI] Property of two computers, with respect to a particular programming language, in which a source program from one machine in that language will compile and execute to produce acceptably similar results in the other. { 'sȯft¸wer kəm¸pad·ə'bil·əd·ē }

**software driver** [COMPUT SCI] Software that is designed to handle the interaction between a computer and its peripheral equipment, changing the format of data as necessary. { 'sȯft¸wer 'drīv·ər }

**software engineering** [COMPUT SCI] The systematic application of scientific and technological knowledge, through the medium of sound engineering principles, to the production of computer programs, and to the requirements definition, functional specification, design description, program implementation, and test methods that lead up to this code. { 'sȯft¸wer ¸en·jə'nir·iŋ }

**software flexibility** [COMPUT SCI] The ability of software to change easily in response to different user and system requirements. { 'sȯft¸wer ¸flek·sə'bil·əd·ē }

**software floating point** [COMPUT SCI] Special routines that allow high-level programming languages to perform floating-point arithmetic on computer hardware designed for integer arithmetic. { 'sȯft¸wer 'flōd·iŋ 'pȯint }

**software interface** [COMPUT SCI] A computer language whereby computer programs can communicate with each other, and one language can call upon another for assistance. { 'sȯft¸wer 'in·tər¸fās }

**software maintenance** [COMPUT SCI] The correction of errors in software systems and the remedying of inadequacies in running the software. { 'sȯft¸wer ¸mānt·ən¸əns }

**software monitor** [COMPUT SCI] A system, used to evaluate the performance of computer software, that is similar to accounting packages, but can collect more data concerning usage of various components of a computer system and is usually part of the control program. { 'sȯft¸wer ¸män·əd·ər }

**software multiplexing** [COMPUT SCI] A procedure used in a time-sharing or multiprogrammed system in which the central processing unit, acting under control of a software algorithm, interleaves its attention between a family of programs waiting for service, in such a way that the programs appear to be processed in parallel. { 'sȯft¸wer 'məl·ti¸pleks·iŋ }

**software package** [COMPUT SCI] A program for performing some specific function or calculation which is useful to more than one computer user and is sufficiently well documented to be used without modification on a defined configuration of some computer system. { 'sȯft¸wer ¸pak·ij }

**software path length** [COMPUT SCI] The number of machine-language instructions required to carry out some specified task. Also known as path length. { 'sȯft¸wer 'path ¸leŋkth }

**software piracy** [COMPUT SCI] The process of copying commercial software without the permission of the originator. { 'sȯf¸wer 'pir·ə¸sē }

**software protection** [COMPUT SCI] The use of various techniques to prevent the unauthorized duplication of software. Also known as copy protection. { 'sȯf¸wer prə¸tek·shən }

**soft waste** [TEXT] The waste from yarn manufacturing prior to spinning, including some spinning waste; usually reprocessed in the mill. { 'sȯft 'wāst }

**soft water** [CHEM] Water that is free of magnesium or calcium salts. { 'sȯft 'wȯd·ər }

**soft-wired numerical control** *See* computer numerical control. { 'sȯf ¸wīrd nü'mer·ə·kəl kən'trōl }

**soft wood** [MATER] Wood from a coniferous tree. { 'sȯft 'wu̇d }

**soft x-ray** [ELECTROMAG] An x-ray having a comparatively long wavelength and poor penetrating power. { 'sȯft 'eks¸rā }

**soft x-ray absorption spectroscopy** [SPECT] A spectroscopic technique which is used to get information about unoccupied states above the Fermi level in a metal or about empty conduction bands in an inoculator. { 'sȯft ¦eks¸rā əb'sȯrp·shən spek'träs·kə·pē }

**soft x-ray appearance potential spectroscopy** [SPECT] A branch of electron spectroscopy in which a solid surface is bombarded with monochromatic electrons, and small but abrupt changes in the resulting total x-ray emission intensity are detected as the energy of the electrons is varied. Abbreviated SXAPS. { 'sȯft ¦eks¸rā ə'pir·əns pə¸ten·chal spek'träs·kə·pē }

**sogasoid** [PHYS] A system of solid particles dispersed in a gas. { 'säg·ə¸sȯid }

**Sohm Abyssal Plain** [GEOL] A basin in the North Atlantic, about 2400 fathoms (4390 meters) deep, between Newfoundland and the Mid-Atlantic Ridge. { 'sōm ə'bis·əl 'plān }

**Sohncke's law** [PHYS] The law that the stress per unit area normal to a crystallographic plane needed to produce a fracture in a crystal is a constant characteristic of a crystalline substance. { 'zōŋ·kəz ¸lȯ }

**soil** [GEOL] **1.** Unconsolidated rock material over bedrock. **2.** Freely divided rock-derived material containing an admixture of organic matter and capable of supporting vegetation. { sȯil }

**soil air** [GEOL] The air and other gases in spaces in the soil; specifically, that which is found within the zone of aeration. Also known as soil atmosphere. { ¸sȯil 'er }

**soil atmosphere** *See* soil air. { 'sȯil 'at·mə¸sfir }

**soil blister** *See* frost mound. { 'sȯil ¸blis·tər }

**soil-cement** [MATER] A compacted mixture of soil, cement, and water used as a base course or surface for roads and airport paving. { 'sȯil si¸ment }

**soil chemistry** [GEOCHEM] The study and analysis of the inorganic and organic components and the life cycles within soils. { ¸sȯil 'kem·ə·strē }

**soil colloid** [GEOL] Colloidal complex of soils composed principally of clay and humus. { ¸sȯil 'kä¸lȯid }

**soil complex** [GEOL] A mapping unit used in detailed soil surveys; consists of two or more recognized classifications. { ¦sȯil ¸käm¸pleks }

**soil conservation** [ECOL] Management of soil to prevent or reduce soil erosion and depletion by wind and water. { ¸sȯil ¸kän·sər¸vā·shən }

**soil creep** [GEOL] The slow, steady downhill movement of soil and loose rock on a slope. Also known as surficial creep. { 'sȯil ¸krēp }

**soil ecology** [ECOL] The study of interactions among soil organisms and interactions between biotic and abiotic aspects of the soil environment. { ¸sȯil i¸kä'lə·jē }

**soil erosion** [GEOL] The detachment and movement of topsoil by the action of wind and flowing water. { ¸sȯil i¸rōzh·ən }

**soil fertility** [AGR] The ability of a soil to supply plant nutrients. { 'sȯil fər¸til·əd·ē }

**soil flow** *See* solifluction. { 'sȯil ¸flō }

**soil fluction** *See* solifluction. { 'sȯil ¸flək·shən }

**soil formation** *See* soil genesis. { 'sȯil ¸fȯr·mā·shən }

**soil genesis** [GEOL] The mode by which soil originates, with particular reference to processes of soil-forming factors responsible for the development of true soil from unconsolidated parent material. Also known as pedogenesis; soil formation. { 'sȯil ¸jen·ə·səs }

**soil mechanics** [ENG] The application of the laws of solid