# Exhibit D



TheFreeDictionary Google Bing

analog computer Search ?

Word / Article Starts with Ends with Text

6,294,044,172 visitors served.

TEXT
E-mail
Password
Remember Me Log in
Register Forgot password?

20%

Dictionary/ thesaurus | Medical dictionary | Legal dictionary | Financial dictionary | Acronyms | Idioms | Encyclopedia | Wikipedia encyclopedia | ?

# analog computer

Also found in: Medical, Acronyms, Encyclopedia, Wikipedia

0.01 sec.

This site:
Like 252k
34k
Follow:
Share:

This page:
Like 3
0
Share:

On this page
Thesaurus
Translations
Word Browser

Ads by Google related to: **analog computer**

Planet **Analog**: Design
www.planet**analog**.com/
Covering State-Of-The-Art **Analog** Tech, Integration, And Applications
Home Bloggers
Integration Nation About Us

**analog computer** also **analogue computer**
*n.*
A computer in which numerical data are represented by measurable physical variables, such as electrical voltage.

The American Heritage® Dictionary of the English Language, Fourth Edition copyright ©2000 by Houghton Mifflin Company. Updated in 2009. Published by Houghton Mifflin Company. All rights reserved.

Ads by Google

What Is **Analog Computer**
www.ask.com/What+Is+**Analog+Computer**
Over 100 Million Visitors. Discover and Explore on Ask.com!
9,063 people follow Ask.com on Google+

**analog computer**
*n*
**1.** (Computer Science) a mechanical, electrical, or electronic computer that performs arithmetical operations by using some variable physical quantity, such as mechanical movement or voltage, to represent numbers

Collins English Dictionary – Complete and Unabridged © HarperCollins Publishers 1991, 1994, 1998, 2000, 2003

Ads by Google

Data Acquisition from DT
www.datatranslation.com/
High-performance USB DAQ View products and specs.
Temperature DAQ
Sound & Vibration DAQ
Ethernet DAQ

**an′alog comput′er**
*n.*
a computer that represents data by measurable quantities, as voltages, rather than by numbers. Compare digital computer.

[1945–50, *Amer.*]

Random House Kernerman Webster's College Dictionary, © 2010 K Dictionaries Ltd. Copyright 2005, 1997, 1991 by Random House, Inc. All rights reserved.

## Thesaurus

**Legend:** Synonyms Related Words Antonyms

**Noun 1. analog computer** - a computer that represents information by variable quantities (e.g., positions or voltages)
analogue computer
computer, computing device, computing machine, data processor, electronic computer, information processing system - a machine for performing calculations automatically
differential analyzer - an analog computer designed to solve differential equations
slide rule, slipstick - analog computer consisting of a handheld instrument used for rapid calculations; have been replaced by pocket calculators

Based on WordNet 3.0, Farlex clipart collection. © 2003-2012 Princeton University, Farlex Inc.

## Translations

Select a language: ----------------------

Page tools
Printer friendly Feedback
Cite / link Add definit

brands you love & new ones to d
Advertisement (Bad banner? Please let us

Advertisement (Bad banner? Please let us know)

Related Ads
- Voltage Converter
- Voltage Amplifier
- Precision Op Amp
- High Voltage
- Amplifier RF
- Voltage Supp
- Circuit Diagra
- RF Circuit
- Digital Amplif
- Linear Amplif

My bookmarks
Please log in or register to use bookmai can also log in with Facebook, Google, or Yahoo.

Advertisement (Bad banner? Please let us

Charity

Feed your brain, feed a hu

Advertisement (Bad banner? Please let us

DEFTIB00001593

Want to thank TFD for its existence? Tell a friend about us, add a link to this page, add the site to iGoogle, or visit the webmaster's page for free fun content.

Link to this page: `<a href="http://www.thefreedictionary.com/analog+computer">analog computer</a>`

Please bookmark with social media, your votes are noticed and appreciated:

Like  3 people like this. Be the first of your friends.  0




Advertisement (Bad banner? Please let us know)

| Mentioned in ? | References in periodicals archive ? | Dictionary browser ? | Full browser ? |
|---|---|---|---|
| analogue<br>analogue computer<br>Bush<br>computer<br>computing device<br>computing machine<br>data processor<br>differential analyzer<br>digital computer<br>electronic computer<br>information processing system<br>slide rule<br>slipstick<br>Vannevar Bush | Decoding the Heavens Jo Marchant [ILLUSTRATION OMITTED] A science writer takes readers on a quest to decode the Antikythera Mechanism, the first **analog computer**.<br>*Bookshelf* by *Science News*<br>It has a full suite of inputs, including USB, and is compatible with a number of **analog computer** input resolutions.<br>*An ultraportable, productive projector* by *Herrmann, Michele / University Business*<br>Now, researchers have found that the device, which has been called the first **analog computer** and was built around 80 B.<br>*Way before Macs & PCs* by *New York Times Upfront*<br>More results | anal-expulsive<br>anal-retentive<br>analbuminemia<br>analcime<br>analcite<br>analect<br>analecta<br>Analectic<br>analects<br>analemma<br>analepsis<br>analepsy<br>analeptic<br>Analgen<br>analgesia<br>analgesic<br>analgesy<br>analgetic | Analog Artificial Neural Network<br>analog audio<br>analog audio<br>analog audio<br>analog audio<br>Analog Back Up<br>Analog Baseband<br>Analog Beamformer<br>Analog Behavioral Model<br>analog broadcast<br>Analog Buffered Head Voltage<br>analog camera<br>analog camera<br>analog cassette<br>analog cassette<br>analog channel<br>analog channel<br>Analog Channel Operational Test |



● TheFreeDictionary  ○ Google

[                    ] Search  ?

● Word / Article  ○ Starts with  ○ Ends with  ○ Text

| Free Tools: | For surfers: Free toolbar & extensions | Word of the Day | Bookmark | Help<br>For webmasters: Free content | Linking | Lookup box | Double-click lookup |

Mobile Site | Terms of Use | Privacy policy | Feedback | Advertise with Us | Copyright © 2014 Farlex, Inc.

Disclaimer
All content on this website, including dictionary, thesaurus, literature, geography, and other reference data is for informational purposes only. This information should not be considered complete, up to date, and is not intended to be used in place of a visit, consultation, or advice of a legal, medical, or any other professional.

DEFTIB00001594