# Exhibit E






**Name That Thing**
Take Our 10-Question Quiz

 Quizzes & Games   Word of the Day   Video   New Words   My Favorites

New!
**Spanish Central** ▶

analog                                                    Subm

analog                                    Save   Popularity

3 ENTRIES FOUND:

analog
analogue
analog computer

**Sponsored Links**
Medical Content Writers
We Write Professional & Unique Content. Over 10 years of...
MedicalWebExperts.com/Content

**an·a·log**    *adjective*  \ˈa-nə-ˌlȯg, -ˌläg\

: of or relating to a device or process in which data is represented by physical quantities that change continuously

*of a clock or watch* : having hour and minute hands

**Full Definition of ANALOG**    ☐ Like

1 :  of, relating to, or being an *analogue*

2  a :  of, relating to, or being a mechanism in which data is represented by continuously variable physical quantities
   b :  of or relating to an analog computer
   c :  being a timepiece having hour and minute hands

  See *analog* defined for English-language learners »

**Examples of ANALOG**

   Telephone lines carry data in *analog* form.

   It receives an *analog* video signal and converts it to a digital signal.

**First Known Use of ANALOG**

   1946

**Other Computer-Related Terms**

   adware,  flash,  kludge,  phishing,  recursive,  router

**Rhymes with ANALOG**

   analogue,  antilog,  apologue,  catalog,  decalogue,  demagogue,
   dialogue,  epilogue,  golliwog,  homologue,  leopard frog,
   monologue,  mummichog,  m...
   [+] more

**Learn More About ANALOG**

   Spanish Central Translation:  "analog" in Spanish





**MORE QUIZZES**


**Spell It**
The commonly misspelled words quiz
**Hear It, Spell It »**


**Vocabulary Quiz**
How strong is your vocabulary?
**Take the Quiz »**


**Quizzitive: Our New App!**
The Vocab Quiz Game for iPhone & iPad
★★★★★ "Incredibly fun and addictive. And informative!" — User Review, iTunes
**Learn More »**


**Language of Love: The Story of "Romantic," "Infatuation" & More**
Top 10 Words for Valentine's Day


**A List We Hope You Don't Find Insipid**
Top 10 Sophisticated Insults


**Get Our Free Apps**
Voice Search, Favorites, Word of the Day, and More
**iPhone | iPad | Android | More**

DEFTIB00001590

#### Browse

Next Word in the Dictionary: analogate
Previous Word in the Dictionary: anal membrane
All Words Near: analog

#### 66 Seen & Heard 99

What made you want to look up *analog*? Please tell us where you read or heard it (including the quote, if possible).



**Join Us on FB & Twitter**
Get the Word of the Day and More
Facebook | Twitter



24 comments



Add a comment...

Posting as Taryn McCarthy
(Not you?)

Comment

☑ Also post on Facebook

**Elizabeth Stein** · Top Commenter · Works at Self-Employed
@Glyn Morgen Your link helped me understand something that has been foggy for years!
Reply · Like · Follow Post · December 12, 2013 at 8:26am



**Glyn Morgen** · American Acamdemy of Art
Analog is NOT the opposite of digital. See TechTerms definition: http://www.techterms.com/definition/analog
Reply · 1 · Like · Follow Post · Edited · November 17, 2013 at 9:08pm



**Gregg Hill** · Top Commenter · Works at Wage slavery
2d: an all-purpose word used these days for anything that isn't digital. Director-producer J J Abrams in a recent interview referred to a book as being analog.
Reply · Like · Follow Post · November 16, 2013 at 4:06pm



**Bob Krzenski** · Cinema Studies at NYU
never sure of the spelling
Reply · Like · Follow Post · October 14, 2013 at 6:20am

**ORIGIN**
Proper usage of analog is as an adjective (e.g. an analog clock).
"This breeds within me a steep desire to become more in touch with my analog self, to become more grounded, connected to earth, craving high doses of energy and change, however strong the mix may be…."

Click my icon to follow to my Facebook page.
Reply · Like · Follow Post · September 1, 2013 at 10:04am

View 16 more

Facebook social plugin

**View Seen & Heard highlights from around the site »**

Merriam-Webster on Facebook    Like  168k



**The Merriam-Webster Unabridged Dictionary**
Online access to a legendary resource
Log In or Sign Up »



**Learning English? We can help.**
Visit our free site designed especially for learners and teachers of English
LearnersDictionary.com »



**Our Dictionary, On Your Devices**
Merriam-Webster, *With Voice Search*
Get the Free Apps! »



**Merriam-Webster's Visual Dictionaries**
The new edition of the remarkable reference features 8,000 illustrations.
Learn More »



**DEFTIB00001591**

Case 2:13-cv-00039-RWS   Document 96-9   Filed 04/08/14   Page 4 of 4 PageID #:  1149

**Join Us**

 Merriam-Webster on Twitter »

 Merriam-Webster on Facebook »

**Bookstore: Digital and Print**

Merriam-Webster references for Mobile, Kindle, print, and more. See all »

**Other Merriam-Webster Dictionaries**

Webster's Unabridged Dictionary »
WordCentral for Kids »
Spanish Central »

Learner's ESL Dictionary »
Visual Dictionary »

Home   Help   About Us   Shop   Advertising Info   Dictionary API

Privacy Policy   About Our Ads   Contact Us   Browser Tools

© 2014 Merriam-Webster, Incorporated

Browse the Dictionary
Browse the Thesaurus
Browse the Spanish-English Dictionary
Browse the Medical Dictionary
Browse the Concise Encyclopedia

DEFTIB00001592