# Exhibit F

*The Voice of Authority*

# Merriam Webster's Collegiate Dictionary

## TENTH EDITION

America's foremost dictionary publisher continues its 150-year tradition of excellence with this new edition of America's best-selling dictionary.

DEFTIB00001581

## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1994 by Merriam-Webster, Incorporated

Philippines Copyright 1994 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
     p.   cm.
  ISBN 0-87779-708-0 (unindexed). — ISBN 0-87779-709-9 (indexed).
— ISBN 0-87779-710-2 (deluxe). — ISBN 0-87779-707-2 (laminated cover).
  1. English language—Dictionaries.
PE1628.M36    1994
423—dc20                                    93-32603
                                                        CIP

Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

789101112RMcN94

DEFTIB00001582

late, fr. Gk *ana-* + *chronos* time] (ca. 1646) **1 :** an error in chronology; *esp* **:** a chronological misplacing of persons, events, objects, or customs in regard to each other **2 :** a person or a thing that is chronologically out of place; *esp* **:** one from a former age that is incongruous in the present — **anach·ro·nis·tic** \ə-ˌna-krə-'nis-tik\ *also* **ana·chron·ic** \ə-nə-'krä-nik\ *adj* — **anach·ro·nis·ti·cal·ly** \ə-ˌna-krə-'nis-ti-k(ə-)lē\ *adv* — **anach·ro·nous** \ə-'na-krə-nəs\ *adj* — **anach·ro·nous·ly** *adv*

**an·a·clit·ic** \ˌa-nə-'kli-tik\ *adj* [Gk *anaklitos*, verbal of *anaklinein* to lean upon, fr. *ana-* + *klinein* to lean — more at LEAN] (1922) **:** of, relating to, or characterized by the direction of love toward an object (as the mother) that satisfies nonsexual needs (as hunger)

**an·a·co·lu·thon** \ˌa-nə-kə-'lü-ˌthän\ *n, pl* **-tha** \-thə\ *also* **-thons** [LL, fr. LGk *anakolouthon* inconsistency in logic, fr. Gk. neut. of *anakolouthos* inconsistent, fr. *an-* + *akolouthos* following, fr. *ha-, a-* together + *keleuthos* path] (ca. 1706) **:** syntactical inconsistency or incoherence within a sentence; *esp* **:** a shift in an unfinished sentence from one syntactic construction to another (as in "you really ought—well, do it your own way") — **an·a·co·lu·thic** \-thik\ *adj* — **an·a·co·lu·thi·cal·ly** \-thi-k(ə-)lē\ *adv*

**an·a·con·da** \ˌa-nə-'kän-də\ *n* [prob. modif. of Sinhalese *henakandayā*, a slender green snake] (1768) **:** a large semiaquatic constricting snake (*Eunectes murinus*) of the boa family of tropical So. America that may reach a length of 30 feet (9.1 meters); *broadly* **:** any of the large constricting snakes

**anac·re·on·tic** \ə-ˌna-krē-'än-tik\ *n* (1656) **:** a poem in the manner of Anacreon; *esp* **:** a drinking song or light lyric

**Anacreontic** *adj* [L *anacreonticus*, fr. *Anacreont-*, *Anacreon* Anacreon, fr. Gk *Anakreont-*, *Anakreōn*] (1611) **1 :** of, relating to, or resembling the poetry of Anacreon **2 :** convivial or amatory in tone or theme

**an·a·cru·sis** \ˌa-nə-'krü-səs\ *n, pl* **-cru·ses** \-ˌsēz\ [NL, fr. Gk *anakrousis* beginning of a song, fr. *anakrouein* to begin a song, fr. *ana-* + *krouein* to strike, beat; akin to Lith *krausyti* to strike] (1830) **1 :** one or more syllables at the beginning of a



anaconda

line of poetry that are regarded as preliminary to and not a part of the metrical pattern **2 :** UPBEAT; *specif* **:** one or more notes or tones preceding the first downbeat of a musical phrase

**an·a·da·ma bread** \ˌa-nə-'da-mə-\ *n* [origin unknown] (1954) **:** a leavened bread made with flour, cornmeal, and molasses

**an·a·dem** \'a-nə-ˌdem\ *n* [L *anadema*, fr. Gk *anadēma*, fr. *anadein* to wreathe, fr. *ana-* + *dein* to bind — more at DIADEM] (1604) *archaic* **:** a wreath for the head **:** GARLAND

**ana·di·plo·sis** \ˌa-nə-də-'plō-səs, ˌa-nə-(ˌ)dī-'plō-\ *n, pl* **-plo·ses** \-ˌsēz\ [LL, fr. Gk *anadiplōsis*, lit., repetition, fr. *anadiploun* to double, fr. *ana-* + *diploun* to double — more at DIPLOMA] (ca. 1550) **:** repetition of a prominent and usu. the last word in one phrase or clause at the beginning of the next (as in "rely on his honor—honor such as his?")

**anad·ro·mous** \ə-'na-drə-məs\ *adj* [Gk *anadromos* running upward, fr. *anadramein* to run upward, fr. *ana-* + *dramein* to run — more at DROMEDARY] (ca. 1753) **:** ascending rivers from the sea for breeding (shad are ~) — compare CATADROMOUS

**anae·mia, anae·mic** *chiefly Brit var of* ANEMIA, ANEMIC

**an·aer·obe** \'a-nə-ˌrōb; (ˌ)an-'a(-ə)r-ˌōb, -'e(-ə)r-\ *n* [ISV] (1884) **:** an anaerobic organism

**an·aer·o·bic** \ˌa-nə-'rō-bik; ˌan-ˌa(-ə)-, -ˌe(-ə)-\ *adj* (ca. 1881) **1 a :** living, active, occurring, or existing in the absence of free oxygen (~ respiration) **b :** of, relating to, or being activity in which the body incurs an oxygen debt (~ exercise) **2 :** relating to or induced by anaerobes — **an·aer·o·bi·cal·ly** \-bi-k(ə-)lē\ *adv*

**an·aer·o·bi·o·sis** \ˌa-nə-rō-(ˌ)bī-'ō-səs, ˌan-ˌa(-ə)-, -ˌe(-ə)-\ *n, pl* **-o·ses** \-ˌō-ˌsēz\ [NL] (ca. 1889) **:** life in the absence of air or free oxygen

**an·aes·the·sia, an·aes·thet·ic** *chiefly Brit var of* ANESTHESIA, ANESTHETIC

**ana·gen·e·sis** \ˌa-nə-'je-nə-səs\ *n* [NL] (1889) **:** evolutionary change producing a single lineage in which one taxon replaces another without branching — compare CLADOGENESIS

**ana·glyph** \'a-nə-ˌglif\ *n* [LL *anaglyphus* embossed, fr. Gk *anaglyphos*, fr. *anaglyphein* to emboss, fr. *ana-* + *glyphein* to carve — more at CLEAVE] (1651) **1 :** a sculptured, chased, or embossed ornament worked in low relief **2 :** a stereoscopic motion or still picture in which the right component of a composite image usu. red in color is superposed and the left component in a contrasting color to produce a three-dimensional effect when viewed through correspondingly colored filters in the form of spectacles — **ana·glyph·ic** \ˌa-nə-'gli-fik\ *adj*

**an·ag·no·ri·sis** \ˌa-ˌnag-'nór-ə-səs\ *n, pl* **-ri·ses** \-ˌsēz\ [Gk *anagnōrisis*, fr. *anagnōrizein* to recognize, fr. *ana-* + *gnōrizein* to make known; akin to Gk *gnōrimos* well-known, *gignōskein* to come to know — more at KNOW] (ca. 1800) **:** the point in the plot esp. of a tragedy at which the protagonist recognizes his or her or some other character's true identity or discovers the true nature of his or her own situation

**an·a·go·ge** *or* **an·a·go·gy** \'a-nə-ˌgō-jē\ *n, pl* **-ges** *or* **-gies** [LL *anagoge*, fr. LGk *anagōgē*, fr. Gk, reference, fr. *anagein* to refer, fr. *ana-* + *agein* to lead — more at AGENT] (15c) **:** interpretation of a word, passage, or text (as of Scripture or poetry) that finds beyond the literal, allegorical, and moral senses a fourth and ultimate spiritual or mystical sense — **an·a·gog·ic** \ˌa-nə-'gä-jik\ *or* **an·a·gog·i·cal** \-ji-kəl\ *adj* — **an·a·gog·i·cal·ly** \-ji-k(ə-)lē\ *adv*

¹**an·a·gram** \'a-nə-ˌgram\ *n* [prob. fr. MF *anagramme*, fr. NL *anagrammat-, anagramma*, modif. of Gk *anagrammatismos*, fr. *anagrammatizein* to transpose letters, fr. *ana-* + *grammat-, gramma* letter — more at GRAM] (1589) **1 :** a word or phrase made by transposing the letters of another word or phrase **2** *pl but sing in constr* **:** a game in which words are formed by rearranging the letters of other words or by arranging letters taken (as from a stock of cards or blocks) at random — **an·a·gram·mat·ic** \ˌa-nə-grə-'ma-tik\ *also* **an·a·gram·mat·i·cal** \-ti-kəl\ *adj* — **an·a·gram·mat·i·cal·ly** \-ti-k(ə-)lē\ *adv*

²**anagram** *vt* **-grammed; -gram·ming** (1630) **1 :** ANAGRAMMATIZE **2 :** to rearrange (the letters of a text) in order to discover a hidden message

**an·a·gram·ma·tize** \ˌa-nə-'gra-mə-ˌtīz\ *vt* **-tized; -tiz·ing** (1588) **:** to transpose (as letters in a word) so as to form an anagram — **an·a·gram·ma·ti·za·tion** \-ˌgra-mə-tə-'zā-shən\ *n*

**anal** \'ā-nəl\ *adj* (1769) **1 :** of, relating to, or situated near the anus (~ fin) **2 a :** of, relating to, characterized by, or being the stage of psychosexual development in psychoanalytic theory during which the child is concerned esp. with its feces **b :** of, relating to, characterized by, or being personality traits (as parsimony, meticulousness, and ill humor) considered typical of fixation at the anal stage of development (~ disposition) (~ neatness) — **anal·ly** \-nəl-ē\ *adv*

**anal·cime** \ə-'nal-ˌsēm\ *n* [F, fr. Gk *analkimos* weak, fr. *an-* + *alkimos* strong, fr. *alkē* strength] (1803) **:** a white or slightly colored mineral that consists of hydrated silicate of sodium and aluminum and occurs in various igneous rocks in massive form or in crystals

**anal·cite** \ə-'nal-ˌsīt\ *n* (1868) **:** ANALCIME

**an·a·lects** \'a-nᵊl-ˌek(t)s\ *also* **an·a·lec·ta** \ˌa-nᵊl-'ek-tə\ *n pl* [NL *analecta*, fr. Gk *analekta*, neut. pl. of *analektos*, verbal of *analegein* to collect, fr. *ana-* + *legein* to gather — more at LEGEND] (1652) **:** selected miscellaneous written passages

**an·a·lem·ma** \ˌa-nə-'le-mə\ *n* [L, sundial on a pedestal, fr. Gk *analēmma*, lofty structure, sundial, fr. *analambanein* to take up, restore, fr. *ana-* + *lambanein* to take — more at LATCH] (1832) **:** a plot or graph of the position of the sun in the sky at a certain time of day (as noon) at one locale measured at regular intervals throughout the year that has the shape of a figure 8; *also* **:** a scale (as on a globe or sundial) based on such a plot that shows the sun's position for each day of the year or that allows local mean time to be determined — **an·a·lem·mat·ic** \ˌa-nə-le-'ma-tik, -lə-\ *adj*

**an·a·lep·tic** \ˌa-nə-'lep-tik\ *n* [Gk *analēptikos*, fr. *analambanein*] (1671) **:** a drug that stimulates the central nervous system — **analeptic** *adj*

**an·al·ge·sia** \ˌa-nᵊl-'jē-zh(ē-)ə, -zē-ə\ *n* [NL, fr. Gk *analgēsia*, fr. *an-* + *algēsis* sense of pain, fr. *algein* to suffer pain, fr. *algos* pain] (ca. 1706) **:** insensibility to pain without loss of consciousness — **an·al·ge·sic** \-'jē-zik, -sik\ *adj or n* — **an·al·get·ic** \-'je-tik\ *adj or n*

**anal·i·ty** \ā-'na-lə-tē\ *n, pl* **-ties** (1939) **:** the psychological state or quality of being anal

**an·a·log** \'a-nᵊl-ˌóg, -ˌäg\ *adj* (1948) **1 :** of, relating to, or being an analogue **2 a :** of, relating to, or being a mechanism in which data is represented by continuously variable physical quantities **b :** of or relating to an analog computer **c :** being a timepiece having hour and minute hands

**analog computer** *n* (1948) **:** a computer that operates with numbers represented by directly measurable quantities (as voltages or rotations) — compare DIGITAL COMPUTER, HYBRID COMPUTER

**an·a·log·i·cal** \ˌa-nᵊl-'ä-ji-kəl\ *also* **an·a·log·ic** \-jik\ *adj* (1609) **1 :** of, relating to, or based on analogy **2 :** expressing or implying analogy — **an·a·log·i·cal·ly** \-ji-k(ə-)lē\ *adv*

**anal·o·gist** \ə-'na-lə-jist\ *n* (ca. 1828) **:** one who searches for or reasons from analogies

**anal·o·gize** \-ˌjīz\ *vb* **-gized; -giz·ing** *vi* (1655) **:** to use or exhibit analogy ~ *vt* **:** to compare by analogy

**anal·o·gous** \ə-'na-lə-gəs\ *adj* [L *analogus*, fr. Gk *analogos*, lit., proportionate, fr. *ana-* + *logos* reason, ratio, fr. *legein* to gather, speak — more at LEGEND] (1646) **1 :** showing an analogy or a likeness that permits one to draw an analogy **2 :** being or related to as an analogue *syn* see SIMILAR — **anal·o·gous·ly** *adv* — **anal·o·gous·ness** *n*

¹**an·a·logue** *or* **an·a·log** \'a-nᵊl-ˌóg, -ˌäg\ *n* [F *analogue*, fr. *analogue* analogous, fr. Gk *analogos*] (1826) **1 :** something that is analogous or similar to something else **2 :** an organ similar in function to an organ of another animal or plant but different in structure and origin **3** *usu* **analog :** a chemical compound that is structurally similar to another but differs slightly in composition (as in the replacement of one atom by an atom of a different element or in the presence of a particular functional group) **4 :** a food product made by combining a less expensive food (as soybeans or whitefish) with additives to give the appearance and taste of a more expensive food (as beef or crab)

²**an·a·logue** *chiefly Brit var of* ANALOG

**anal·o·gy** \ə-'na-lə-jē\ *n, pl* **-gies** (15c) **1 :** inference that if two or more things agree with one another in some respects they will prob. agree in others **2 a :** resemblance in some particulars between things otherwise unlike **:** SIMILARITY **b :** comparison based on such resemblance **3 :** correspondence between the members of pairs or sets of linguistic forms that serves as a basis for the creation of another form **4 :** correspondence in function between anatomical parts of different structure and origin — compare HOMOLOGY *syn* see LIKENESS

**an·al·pha·bet** \(ˌ)an-'al-fə-ˌbet, -bət\ *n* [Gk *analphabētos* not knowing the alphabet, fr. *an-* + *alphabētos* alphabet] (ca. 1889) **:** one who cannot read **:** ILLITERATE — **an·al·pha·bet·ic** \ˌan-ˌal-fə-'be-tik\ *adj or n* — **an·al·pha·bet·ism** \(ˌ)an-'al-fə-bə-ˌti-zəm\ *n*

**anal·y·sand** \ə-'na-lə-ˌsand\ *n* [*analyse* + *-and* (as in *multiplicand*)] (1917) **:** one who is undergoing psychoanalysis

**ana·lyse** *chiefly Brit var of* ANALYZE

**anal·y·sis** \ə-'na-lə-səs\ *n, pl* **-y·ses** \-ˌsēz\ [NL, fr. Gk, fr. *analyein* to break up, fr. *ana-* + *lyein* to loosen — more at LOSE] (1581) **1 :** separation of a whole into its component parts **2 a :** the identification or separation of ingredients of a substance **b :** a statement of the constituents of a mixture **3 a :** proof of a mathematical proposition by assuming the result and deducing a valid statement by a series of reversible steps **b** (1) **:** a branch of mathematics concerned mainly with functions and limits (2) **:** CALCULUS 1b **4 a :** an examination of a complex, its elements, and their relations **b :** a statement of such an analysis **5 a :** a method in philosophy of resolving complex expressions into simpler or more basic ones **b :** clarification of an expression by an elucidation of its use in discourse **6 :** the use of function words

| \ə\ abut | \ᵊ\ kitten, F table | \ər\ further | \a\ ash | \ā\ ace | \ä\ mop, mar |
|---|---|---|---|---|---|
| \au̇\ out | \ch\ chin | \e\ bet | \ē\ easy | \g\ go | \i\ hit | \ī\ ice | \j\ job |
| \ŋ\ sing | \ō\ go | \ȯ\ law | \ȯi\ boy | \th\ thin | \th̲\ the | \ü\ loot | \u̇\ foot |
| \y\ yet | \zh\ vision | \á, k̇, ⁿ, œ, œ̄, ᵫ, ᵫ̄, ᵞ\ *see Guide to Pronunciation* |