# Exhibit G

# Webster's II

## *New College Dictionary*



Houghton Mifflin Company

*Boston • New York*

**DEFTIB00001587**

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

Copyright © 1999, 1995 by Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston MA 02116.

Illustrations **azimuthal equidistant projection** and **sinusoidal projection** © 1986 by The American Congress on Surveying and Mapping.

ISBN 0-395-96214-5

*Library of Congress Cataloging-in-Publication Data*

Webster's II new college dictionary.
      p.     cm.
   ISBN 0-395-70869-9 (alk. paper)
   1. English language — Dictionaries.  I. Webster's II new
Riverside University dictionary
PE1628.W55164    1995
423 — dc20                     95-5833
                                    CIP

For information about this and other Houghton Mifflin trade and reference books and multimedia products, visit The Bookstore at Houghton Mifflin on the World Wide Web at http://www.hmco.com/trade/.

Printed in the United States

DEFTIB00001588

**a·nae·mic** (ə-nē′mĭk) adj. var. of ANEMIC.

**an·aer·obe** (ăn′ə-rōb′, ăn-âr′ōb′) n. A microorganism, as a bacterium, capable of living in the absence of free oxygen. —**an′aer·o′-bic** (ăn′ə-rō′bĭk, -âr-ō′bĭk) adj. —**an′aer·o′bi·cal·ly** adv.

**an·aes·the·sia** (ăn′ĭs-thē′zhə) n. var. of ANESTHESIA.

**an·aes·the·si·ol·o·gy** (ăn′ĭs-thē′zē-ŏl′ə-jē) n. var. of ANESTHESIOLOGY.

**an·aes·thet·ic** (ăn′ĭs-thĕt′ĭk) adj. & n. var. of ANESTHETIC.

**a·naes·the·tist** (ə-nĕs′thĭ-tĭst) n. var. of ANESTHETIST.

**a·naes·the·tize** (ə-nĕs′thĭ-tīz′) v. var. of ANESTHETIZE.

**an·a·glyph** (ăn′ə-glĭf′) n. [Gk. anagluphos, carved in low relief : ana-, up + gluphein, to carve.] 1. An ornament carved in low relief. 2. A moving or still picture made up of two slightly different perspectives of the same subject in contrasting colors that are superimposed on each other, producing a three-dimensional effect when viewed through two correspondingly colored filters. —**an′a·glyph′ic,** **an′a·glyph′tic** (-glĭp′tĭk) adj.

**an·a·go·ge** also **an·a·go·gy** (ăn′ə-gō′jē) n. [LLat. < LGk. anagōgē : ana, up + agein, to lead.] A mystical interpretation of a word, passage, or text, esp. scriptural exegesis that discovers allusions to heaven or the afterlife. —**an′a·gog′ic** (-gŏj′ĭk), **an′a·gog′i·cal** adj. —**an′a·gog′i·cal·ly** adv.

**an·a·gram** (ăn′ə-grăm′) n. [Fr. anagramme : Gk. ana-, from bottom to top + Gk. gramma, letter < graphein, to write.] 1. A word or phrase formed by rearranging the letters of another word or phrase. 2. **anagrams** (sing. in number). A game whose object is to form words from a group of randomly picked letters. —**an′a·gram·mat′ic** (-grə-măt′ĭk) adj. —**an′a·gram·mat′i·cal·ly** adv.

**an·a·gram·ma·tize** (ăn′ə-grăm′ə-tīz′) vt. **-tized, -tiz·ing, -tizes.** To make an anagram of.

**a·nal** (ā′nəl) adj. [NLat. analis < Lat. anus, anus.] 1. Of, relating to, or near the anus. 2. Psychoanal. a. Of, relating to, or denoting the stage of infantile psychosexual development in which gratification is derived from sensations associated with the anus. b. Of, relating to, or denoting personality traits originating during toilet training and distinguished as anal-expulsive or anal-retentive.

**a·nal·cime** (ə-năl′sēm′) also **a·nal·cite** (-sīt′) n. [Fr. < Gk. analkimos, weak (from its weak electric power) : an-, not + alkimos, brave < alkē, strength.] A white or light-colored zeolite, occurring in diabase and certain basalts.

**an·a·lects** (ăn′ə-lĕkts′) also **an·a·lec·ta** (ăn′ə-lĕk′tə) pl.n. [Lat. analecta < Gk. analekta < analegein, to gather : ana-, up + legein, to gather.] Collected excerpts or selections from literary works. —**an′a·lec′tic** adj.

**an·a·lem·ma** (ăn′ə-lĕm′ə) n. [Lat., sundial < Gk. analēmma, support < analambanein, to take up. —see ANALEPTIC.] A graduated scale shaped like a figure eight indicating the sun's declination and the equation of time for every day of the year, usu. found on sundials and globes.

**an·a·lep·tic** (ăn′ə-lĕp′tĭk) adj. [Gk. analēptikos < analambanein, to take up : ana-, up + lambanein, to take.] Restorative or stimulating. —n. An analeptic medication.

**a·nal-ex·pul·sive** (ā′nəl-ĭk-spŭl′sĭv) adj. Psychoanal. Designating personality traits, as conceit, suspicion, ambition, and generosity, originating in habits, attitudes, or values associated with infantile pleasure in the expulsion of feces.

**an·al·ge·si·a** (ăn′əl-jē′zē-ə, -zhə) n. [NLat. < Gk. analgēsia : an-, without + algos, pain.] Pathol. Inability to feel pain although conscious. —**an′al·get′ic** adj.

**an·al·ge·sic** (ăn′əl-jē′zĭk, -sĭk) n. Something that relieves pain. —adj. Of or causing analgesia.

**an·a·log** (ăn′ə-lŏg′, -lŏg′) n. var. of ANALOGUE.

**analog computer** also **analogue computer** n. A computer in which numerical data are represented by analogous physical magnitudes or electrical signals.

**analog data** pl.n. (sing. or pl. in number). Data collected or presented in continuous form, as voltage measurement or temperature variation.

**an·a·log·i·cal** (ăn′ə-lŏj′ĭ-kəl) adj. Of, relating to, composed of, or based on an analogy. —**an′a·log′i·cal·ly** adv.

**a·nal·o·gist** (ə-năl′ə-jĭst) n. One who looks for or reasons from analogies.

**a·nal·o·gize** (ə-năl′ə-jīz′) v. **-gized, -giz·ing, -giz·es.** —vt. To make an analogy to. —vi. To reason by analogy.

**a·nal·o·gous** (ə-năl′ə-gəs) adj. [Lat. analogus < Gk. analogos, proportionate : ana-, according to + logos, proportion < legein, to speak.] 1. Corresponding in a way that allows the drawing of an analogy. 2. Biol. Similar in function but not in evolutionary origin. —**a·nal′o·gous·ly** adv. —**a·nal′o·gous·ness** n.

**an·a·logue** also **an·a·log** (ăn′ə-lŏg′, -lŏg′) n. [Fr. < Gk. analogus, proportionate. —see ANALOGOUS.] 1. One that bears an analogy to another. 2. Biol. An organ or structure similar in function to one in another kind of organism but of dissimilar evolutionary origin. 3. Chem. A structural derivative of a parent compound. —adj. Of, relating to, or being a device in which data are represented by variable measurable physical quantities.

**a·nal·o·gy** (ə-năl′ə-jē) n., pl. **-gies.** [Lat. analogia < Gk. analogos, proportionate. —see ANALOGOUS.] 1. Correspondence in some re-

spects between otherwise dissimilar things. 2. Biol. Correspondence in function or position between organs of dissimilar evolutionary origin or structure. 3. A form of logical inference, or an instance of it, based on the assumption that if two things are known to be alike in some respects, then they must be alike in other respects. 4. The creation of forms on the basis of a proportion a : b = c : x.

**an·al·pha·bet·ic** (ăn-ăl′fə-bĕt′ĭk) adj. 1. Not alphabetical. 2. Unable to read : ILLITERATE. —n. An illiterate individual.

**a·nal-re·ten·tive** (ā′nəl-rĭ-tĕn′tĭv) adj. Psychoanal. Designating personality traits, as meticulousness, avarice, and obstinacy, originating in habits, attitudes, or values associated with infantile pleasure in retention of feces.

**a·nal·y·sand** (ə-năl′ĭ-sănd′) n. [< ANALYZE, by analogy with multiplicand.] One who is being psychoanalyzed.

**an·a·lyse** (ăn′ə-līz′) v. Chiefly Brit. var. of ANALYZE.

**a·nal·y·sis** (ə-năl′ĭ-sĭs) n., pl. **-ses** (-sēz′) [NLat. < Gk. analusis, dissolving < analuein, to undo : ana, throughout + luein, to loosen.] 1. Separation of an intellectual or substantial whole into its constituent parts for individual study. 2. Chem. a. Separation of a substance into its constituent elements to determine either their nature (qualitative analysis) or their proportions (quantitative analysis). b. The stated findings of such separation or determination. 3. Math. a. Methodology principally involving algebra and calculus as opposed to synthetic geometry, group theory, and number theory. b. The method of proof in which a known truth is sought as a consequence of reasoning from the thing to be proved. 4. The use of two or more words instead of an inflected form to express a grammatical category. 5. Psychoanalysis. 6. Systems analysis.

**an·a·lyst** (ăn′ə-lĭst) n. 1. One who analyzes. 2. A licensed practitioner of psychoanalysis. 3. A systems analyst.

**an·a·lyt·ic** (ăn′ə-lĭt′ĭk) or **an·a·lyt·i·cal** (-ĭ-kəl) adj. [LLat. analyticus < Gk. analutikos < analuein, to resolve. —see ANALYSIS.] 1. Of or relating to analysis or analytics. 2. Separating into elemental parts or basic principles. 3. Reasoning from a perception of the parts and interrelations of a subject. 4. Expert in or using analysis <an analytic intellect> <an analytic method> 5. Logic. Following necessarily. 6. Math. a. Using, subjected to, or capable of being subjected to a methodology involving algebra and calculus. b. Proving a known truth by reasoning from the thing to be proved. 7. Expressing a grammatical category by using two or more words instead of an inflected form. 8. Psychoanalytic. —**an′a·lyt′i·cal·ly** adv.

**analytical balance** n. A balance for chemical analysis.

**analytic geometry** n. The analysis of geometric structures and properties mainly by algebraic operations on variables defined in terms of coordinates.

**an·a·lyt·ics** (ăn′ə-lĭt′ĭks) n. (sing. in number). The branch of logic dealing with analysis.

**an·a·lyze** (ăn′ə-līz′) vt. **-lyzed, -lyz·ing, -lyz·es.** [Prob. < Fr. analyser < analyse, analysis < Gk. analusis. —see ANALYSIS.] 1. To separate into elemental parts or basic principles so as to determine the nature of the whole. 2. To make a chemical analysis of. 3. To make a mathematical analysis of. 4. To psychoanalyze. —**an′a·lyz′a·ble** adj. —**an′a·lyz·za′tion** n. —**an′a·lyz′er** n.
★ **SYNS:** ANALYZE, ANATOMIZE, BREAK DOWN, DISSECT v. core meaning : to separate into parts for study <analyzed the ore and found iron>

**an·am·ne·sis** (ăn′ăm-nē′sĭs) n., pl. **-ses** (-sēz′) [NLat. < Gk. anamnēsis < anamimnēskein, to remind : ana-, again, mimnēskein, to recall.] 1. Psychol. Recollection : reminiscence. 2. Med. A patient's complete case history. —**an′am·nes′tic** (-nĕs′tĭk) adj. —**an′am·nes′ti·cal·ly** adv.

**an·a·mor·phic** (ăn′ə-môr′fĭk) adj. Having or producing different optical magnification along mutually perpendicular radii.

**an·a·mor·pho·sis** (ăn′ə-môr′fə-sĭs) n., pl. **-ses** (-sēz′) [Gk. anamorphōsis, re-formation : ana-, again + morphē, shape.] An image distorted so that it can be viewed correctly only from a special angle or with a special instrument.

**an·an·drous** (ăn-ăn′drəs) adj. Bot. Without stamens.

**An·a·ni·as** (ăn′ə-nī′əs) n. 1. A liar in the New Testament who dropped dead when Peter rebuked him. 2. A liar.

**an·an·thous** (ăn-ăn′thəs) adj. Bot. Having no flowers.

**an·a·pest** also **an·a·paest** (ăn′ə-pĕst′) n. [Lat. anapestus < Gk. anapaistos : ana-, back + paiein, to strike (so called because an anapest is a reversed dactyl).] 1. A metrical foot made up of two short syllables followed by one long one, as in the word nonaligned. 2. A line of verse in anapest. —**an′a·pes′tic** adj.

**an·a·phase** (ăn′ə-fāz′) n. The stage of mitosis in which the daughter chromosomes move toward the poles of the nuclear spindle.

**a·naph·o·ra** (ə-năf′ə-ə) n. [LLat. < Gk. < anapherein, to repeat : ana-, again + pherein, to carry.] The conscious repetition of a word or phrase at the beginning of several successive verses, clauses, or paragraphs.

**an·aph·ro·dis·i·a** (ăn-ăf′rə-dĭz′ē-ə, -dĭzh′ə) n. [Gk. : an, without

DEFTIB00001589