# Exhibit H

Case 2:13-cv-00039-RWS   Document 96-12   Filed 04/08/14   Page 2 of 4 PageID #: 1159

*Microsoft*



OVER 10,000 ENTRIES

# Microsoft
# Computer
# Dictionary
## Fifth Edition



- Fully updated with the latest technologies, terms, and acronyms
- Easy to read, expertly illustrated
- Definitive coverage of hardware, software, the Internet, and more!

**DEFTIB00001584**

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 2002 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Computer Dictionary.--5th ed.
         p. cm.
     ISBN 0-7356-1495-4
     1. Computers--Dictionaries.   2. Microcomputers--Dictionaries.

   AQ76.5. M52267   2002
   004'.03--dc21                                                         200219714

Printed and bound in the United States of America.

2 3 4 5 6 7 8 9    QWT    7 6 5 4 3 2

Distributed in Canada by H.B. Fenn and Company Ltd.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at www.microsoft.com/mspress. Send comments to mspinput@microsoft.com.

Active Desktop, Active Directory, ActiveMovie, ActiveStore, ActiveSync, ActiveX, Authenticode, BackOffice, BizTalk, ClearType, Direct3D, DirectAnimation, DirectDraw, DirectInput, DirectMusic, DirectPlay, DirectShow, DirectSound, DirectX, Entourage, FoxPro, FrontPage, Hotmail, IntelliEye, IntelliMouse, IntelliSense, JScript, MapPoint, Microsoft, Microsoft Press, Mobile Explorer, MS-DOS, MSN, Music Central, NetMeeting, Outlook, PhotoDraw, PowerPoint, SharePoint, UltimateTV, Visio, Visual Basic, Visual C++, Visual FoxPro, Visual InterDev, Visual J++, Visual SourceSafe, Visual Studio, Win32, Win32s, Windows, Windows Media, Windows NT, Xbox are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. Other product and company names mentioned herein may be the trademarks of their respective owners.

The example companies, organizations, products, domain names, e-mail addresses, logos, people, places, and events depicted herein are fictitious. No association with any real company, organization, product, domain name, e-mail address, logo, person, place, or event is intended or should be inferred.

Acquisitions Editor: Alex Blanton
Project Editor: Sandra Haynes

Body Part No. X08-41929

DEFTIB00001585

**Amiga** *n.* An operating system owned by Amiga, Inc. The Amiga model of desktop computer, which featured the Amiga operating system, was introduced by Commodore in 1985. The Amiga was especially strong in its ability to support sound and video, which made it popular among broadcast and multimedia producers, but it was overshadowed by the IBM Personal Computer (and its clones) and the Apple Macintosh. The ownership of the Amiga design has been through the hands of several companies in the United States and Germany.

**amp** *n. See* ampere.

**ampere** *n.* The basic unit of electric current. One ampere is equivalent to a flow of 1 coulomb per second. *Abbreviation:* a, A, amp.

**amplitude** *n.* A measure of the strength of a signal, such as sound or voltage, determined by the distance from the baseline to the peak of the waveform. *See also* waveform.

**amplitude modulation** *n.* A method of encoding information in a transmission, such as radio, using a carrier wave of constant frequency but of varying amplitude. See the illustration. *Acronym:* AM. *Compare* frequency modulation.



**Amplitude modulation.**

**amplitude shift keying** *n.* A form of amplitude modulation that uses two different wave heights to represent the binary values 1 and 0. *See also* amplitude modulation.

**AMPS** *n.* Acronym for Advanced Mobile Phone Service. The standard for analog cellular phone service, widely used in the United States and many other countries around the world. AMPS was introduced by AT&T in 1983. It relies on frequency division multiple access (FDMA) to divide frequencies in the 800 MHz to 900 MHz range into 30 KHz channels for sending and receiving calls. A form of AMPS based on a narrower bandwidth is known as N-AMPS. The comparable standard for digital cellular phones is known as D-AMPS. *See also* D-AMPS, N-AMPS.

**AMPS/D-AMPS/N-AMPS** *n. See* AMPS, D-AMPS, N-AMPS.

**AMT** *n. See* address mapping table.

**Anaglyph** *n.* A 3-D effect obtained by creating two overlapping images that appear as a single three dimensional image when viewed through special lenses. Anaglyph 3-D technologies are used on the Web to produce 3-D images for a variety of virtual reality, teaching, and research applications.

**analog** *adj.* Pertaining to or being a device or signal that is continuously varying in strength or quantity, such as voltage or audio, rather than based on discrete units, such as the binary digits 1 and 0. A lighting dimmer switch is an analog device because it is not based on absolute settings. *Compare* digital (definition 2).

**analog channel** *n.* A communications channel, such as a voice-grade telephone line, carrying signals that vary continuously and can assume any value within a specified range.

**analog computer** *n.* A computer that measures data varying continuously in value, such as speed or temperature.

**analog data** *n.* Data that is represented by continuous variations in some physical property, such as voltage, frequency, or pressure. *Compare* digital data transmission.

**analog display** *n.* A video display capable of depicting a continuous range of colors or shades rather than discrete values. *Compare* digital display.

DEFTIB00001586