UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TIERRA INTELECTUAL BORINQUEN, INC.<br>Plaintiff<br><br>v.<br><br>HTC CORPORATION et al.,<br>Defendants | CASE NO. 2:13-cv-39-JRG<br>**CONSOLIDATED LEAD CASE** |
| TIERRA INTELECTUAL BORINQUEN, INC.<br>Plaintiff,<br><br>v.<br><br>TOSHIBA CORPORATION, et. al.,<br>Defendants | CASE NO. 2:13-cv-47-JRG |

**P.R. 4-5 JOINT CLAIM CONSTRUCTION CHART**

Pursuant to P.R. 4-5(d), Plaintiff Tierra Intelectual Borinquen, Inc. ("Tierra") and Defendants HTC Corporation, HTC America, Inc. (together, "HTC"), Toshiba Corporation, Toshiba America Information Systems, Inc. (together, "Toshiba") (collectively, "Defendants") hereby submit their Joint Claim Construction Chart in accordance with the Court's September 3, 2013 Docket Control Order. (Docket No. 43).

Attached hereto as Exhibit A is the Joint Claim Construction Chart, which includes the disputed claim terms and phrases, the parties' respective proposed claim constructions, and a column for the Court's construction of the disputed claim terms and phrases.

Date: April 22, 2014 	Respectfully submitted,

/s/ Eugenio J Torres-Oyola
Eugenio J. Torres-Oyola
USDC No. 215505
Ferraiuoli LLC
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: etorres@ferraiuoli.com

*Of Counsel*

William E. Davis, III
Texas State Bar No. 24047416
The Davis Firm, PC
111 West Tyler Street
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661
Email: bdavis@bdavisfirm.com

**ATTORNEYS FOR PLAINTIFF
TIERRA INTELECTUAL**

*/s/ Fred I. Williams*
Fred I. Williams (lead attorney)
Texas State Bar No. 00794855
Email: fwilliams@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
600 Congress Ave., Suite 1350
Austin, Texas  78701
Telephone: (512) 499-6200
Facsimile:  (512) 499-6290

Charles Everingham IV
Texas State Bar No. 00787447
Email: ceveringham@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
911 West Loop 281, Suite 412
Longview, TX 75604
Telephone: (903) 297-7404
Facsimile:  (903) 297-7402

2

Todd E. Landis
Texas State Bar No. 24030226
Email: tlandis@akingump.com

Eric J. Klein
Texas State Bar No. 24041258
Email: eklein@akingump.com

Kellie M. Johnson
Texas State Bar No. 24070003
Email: kmjohnson@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone:  (214) 969-2800
Facsimile:   (214) 969-4343

Ashley E. Brown
Texas State Bar No. 24078464
Email: ambrown@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
1111 Louisiana St., 44th Floor
Houston, Texas 77002
Telephone:  (713) 220-5800
Facsimile:   (713) 236-0822

**ATTORNEYS FOR DEFENDANTS
HTC CORPORATION AND
HTC AMERICA, INC.**


/s/ *Katie J.L. Scott*
Katie J.L. Scott (Cal. Bar No. 233171)
Gabriella E. Ziccarelli (Cal. Bar No. 292226)
Dickstein Shapiro LLP - Palo Alto
1841 Page Mill Road, Suite 150
Palo Alto, CA 94304
650-690-9500
Fax: 650-690-9501
Email: ScottK@dicksteinshapiro.com
Email: ZiccarelliG@dicksteinshapiro.com

Michael Charles Smith
Texas Bar No. 18650410
Siebman Burg Phillips & Smith, LLP-Marshall
P O Box 1556
Marshall, TX 75671-1556
Telephone: 903-938-8900
Fax: 972-767-4620
Email: michaelsmith@siebman.com

Jeffrey K. Sherwood
Texas Bar No. 24009354
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC  20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
Email: SherwoodJ@dicksteinshapiro.com

**ATTORNEYS FOR DEFENDANTS TOSHIBA CORPORATION AND TOSHIBA AMERICA INFORMATION SYSTEMS, INC.**

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 22nd day of April, 2014, with a copy of the foregoing document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

*/s/ Eugenio J. Torres-Oyola*
Eugenio J. Torres-Oyola

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel has complied with the meet and confer requirement in Local Rule CV-7(h), and that this motion is jointly filed.

*/s/ Eugenio J. Torres-Oyola*
Eugenio J. Torres-Oyola