IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

TIERRA INTELLECTUAL BORINQUEN, )(
INC. )(
)(
V. )( CIVIL NO. 2:13CV39-JRG
)(
HTC CORPORATION, ET AL )(

_____
_____

ATTORNEY FOR PLAINTIFFS:   See Attached Sign-in Sheet

ATTORNEY FOR DEFENDANTS: See Attached Sign-in Sheet

TECHNICAL ADVISOR: David Keyzer

LAW CLERK:   Rob Cobbs

COURTROOM DEPUTY:    Betty Schroeder

COURT REPORTER: Shelly Moore, CSR
_____
_____

MARKMAN HEARING
May 5 @ 1:30 pm

OPEN: 1:30 pm                                                               ADJOURN:  pm

Court opened: Bo Davis introduced counsel for Plaintiff.  Todd Landis introduced counsel for Defendant HTC.  Michael Smith introduced counsel for Defendant Toshiba..  Court denies Motion (dkt. #102).  Parties are polled on agreement of three terms.  All parties are in agreement.  Take up disputed terms.

1:34   First term - signal/signals - Eugenio Torres spoke for Plaintiff; Todd Landis spoke for all Defendants.

1:58   Second term - signal type - Mr. Torres spoke for Plaintiff; Kellie Johnson spoke for all Defendants.

2:17   Third term - measurable variable input - Mr. Torres spoke for Plaintiff; Katie Scott spoke for Toshiba.

2:50   Recess

3:00   Court took the matter under submission.  The parties are required to conduct mediation within 30 days after the claim construction

3:05   Adjourned