# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TIERRA INTELECTUAL BORINQUEN, INC.<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>HTC CORPORATION et al.,<br><br>　　　Defendants. | CASE NO. 2:13-cv-39-JRG<br><br>**CONSOLIDATED LEAD CASE** |
| TIERRA INTELECTUAL BORINQUEN, INC.<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>TOSHIBA CORPORATION, et. al.,<br><br>　　　Defendants. | CASE NO. 2:13-cv-47-JRG<br><br>JURY TRIAL DEMANDED |

## UNOPPOSED MOTION FOR LEAVE TO AMEND
## DEFENDANTS' INVALIDITY CONTENTIONS

Defendants Toshiba Corporation and Toshiba America Information Systems, Inc. ("Toshiba") respectfully request leave to amend Defendants' Invalidity Contentions for good cause pursuant to Patent Rule 3-6(b). Plaintiff does not oppose this motion.

Toshiba seeks leave to amend its invalidity contentions to identify three additional items of prior art relevant to obviousness of a single dependent claim — claim 4[1] of U.S. Patent No. 8,429,415 ("the '415 Patent"). These references are:

---

[1] Claim 4 states "4. The computing device of claim 1, wherein the computing device compromises a handheld computing device."

| Title | Date of Publication | Author | Publisher |
|---|---|---|---|
| CMOS Fingerprint Sensors Make PIN Codes Obsolete, Electronic Products (hard copy magazine) http://www.electronicproducts.com/Electromechanical_Components/CMOS_fingerprint_sensors_make_PIN_codes_obsolete.aspx | August 1998 (hard copy) August 1, 1998 (online) | Alix L. Paultre | Hearst Business Communications, Inc. |
| FingerChip The thermal silicon chip Fingerprint sensor | March 2000 | | Atmel |
| FinderLoc System Frequently Asked Questions and Answers | 1997 | | Harris Semiconductor |

Toshiba has been carefully and diligently searching for prior art references since before the original Invalidity Contentions were due in October 2013. At that time, Toshiba and many other consolidated defendants were involved in searching for relevant prior art, but despite these diligent efforts, these three references were not discovered.

On May 28, 2014, Toshiba retained Alan Kramer as an expert to opine on invalidity of the asserted patents. Mr. Kramer has personal knowledge of the state of the art during the time of the alleged inventions, and had documents from that time period in his possession. Mr. Kramer discovered the three additional references on June 26, 2014, and Toshiba immediately produced them to the Plaintiff on June 27, 2014 (along with other materials discovered by Mr. Kramer).

On July 6, 2014, Toshiba informed Plaintiff of its desire to amend its invalidity contentions to identify these three additional items of prior art in the obviousness combinations for claim 4 of the '415 Patent. Plaintiff has since confirmed that it does not oppose this motion.

Toshiba therefore respectfully requests that the Court grant this Unopposed Motion for Leave to Amend Defendants' Invalidity Contentions.

Dated:  July 8, 2014

Respectfully submitted,

*/s/ Katie J.L. Scott*

Katie J.L. Scott
California State Bar No. 233171
Gabriella E. Ziccarelli
California State Bar No. 292226
DICKSTEIN SHAPIRO LLP
1841 Page Mill, Suite 150
Palo Alto, CA 94304
Telephone: (650) 690-9500
Facsimile: (650) 690-9501
Email:  ScottK@dicksteinshapiro.com
ZiccarelliG@dicksteinshapiro.com

Jeffrey K. Sherwood
Texas Bar No. 24009354
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC  20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
Email: SherwoodJ@dicksteinshapiro.com

Michael Charles Smith
Texas Bar No. 18650410
Siebman Burg Phillips & Smith, LLP-Marshall
P O Box 1556
Marshall, TX 75671-1556
Telephone: 903-938-8900
Fax: 972-767-4620
Email: michaelsmith@siebman.com

**ATTORNEYS FOR DEFENDANTS TOSHIBA CORPORATION AND TOSHIBA AMERICA INFORMATION SYSTEMS, INC.**

## CERTIFICATE OF CONFERENCE

I certify that I have complied with the meet and confer requirement in Local Rule CV-7(h) and that this motion is unopposed.

By: */s/ Katie J.L. Scott*
Katie J.L. Scott

## CERTIFICATE OF SERVICE

I certify that this document was filed electronically pursuant to Local Rule CV-5(a) on July 8, 2014. Pursuant to Local Rule CV-5(a)(3)(A), this electronic filing acts to electronically serve all counsel who have consented to electronic service via the Court's CM/ECF System.

By: */s/ Katie J.L. Scott*
Katie J.L. Scott