**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| TIERRA INTELECTUAL BORINQUEN, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>HTC CORPORATION et al.,<br><br>    Defendants. | CASE NO. 2:13-cv-39-JRG<br><br>**CONSOLIDATED LEAD CASE** |
| TIERRA INTELECTUAL BORINQUEN, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>TOSHIBA CORPORATION, et. al.,<br><br>    Defendants. | CASE NO. 2:13-cv-47-JRG |

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO AMEND
DEFENDANTS' INVALIDITY CONTENTIONS**

Upon consideration of Defendants Toshiba Corporation and Toshiba America Information Systems, Inc. ("Toshiba") Unopposed Motion for Leave to Amend Defendants' Invalidity Contentions ("Unopposed Motion"), the Court, finding good cause, is of the opinion that the Unopposed Motion (Dkt. No. 117) should be GRANTED.

It is further ORDERED that Toshiba may amend its invalidity contentions to include the three additional items of prior art relevant to obviousness of claim 4 of U.S. Patent No. 8,429,415 ("the '415 Patent").

2

**So ORDERED and SIGNED this 17th day of July, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE