## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| TIERRA INTELECTUAL BORINQUEN, INC.<br>Plaintiff<br><br>v.<br><br>HTC CORPORATION et al.,<br>Defendants | CASE NO. 2:13-cv-39-JRG<br>**CONSOLIDATED LEAD CASE** |
| TIERRA INTELECTUAL BORINQUEN, INC.<br>Plaintiff,<br><br>v.<br><br>TOSHIBA CORPORATION, et. al.,<br>Defendants | CASE NO. 2:13-cv-47-JRG |

### PLAINTIFF TIERRA INTELECTUAL BORINQUEN, INC.'S
### NOTICE OF SERVICE OF EXPERT REPORT TO DEFENDANT

Please take notice that on August 4, 2014, Plaintiff Tierra Intelectual Borinquen, Inc.

served its Expert Report of Dr. José Cruz concerning the infringement of U.S. Patent 7,350,078,

U.S. Patent 7,725,725, and U.S. Patent 8,429,415 on counsel for Defendants Toshiba

Corporation and Toshiba America Information Systems, Inc.

Dated: August 4th, 2014                     Respectfully submitted,


                                            By: */s/ Eugenio J Torres-Oyola*
                                                 Eugenio J. Torres-Oyola
                                                 USDC No. 215505
                                                 **Ferraiuoli LLC**
                                                 221 Plaza, 5th Floor
                                                 221 Ponce de León Avenue
                                                 San Juan, PR 00917
                                                 Telephone: (787) 766-7000
                                                 Facsimile: (787) 766-7001
                                                 Email: etorres@ferraiuoli.com

*Of Counsel*

William E. Davis, III
Texas State Bar No. 24047416
**The Davis Firm, PC**
111 West Tyler Street
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661
Email: bdavis@bdavisfirm.com

**ATTORNEYS FOR PLAINTIFF
TIERRA INTELECTUAL
BORINQUEN, INC**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have

consented to electronic service are being served with a copy of this document on this 4th day of

August, 2014, via the Court's CM/ECF system per Local Rule CV-5(a)(3).


/s/ Eugenio J. Torres
Eugenio J. Torres