UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TIERRA INTELECTUAL BORINQUEN, INC., <br><br> Plaintiff, <br><br> v. <br><br> HTC CORPORATION, et al. <br><br> Defendants. | Civil Action No. 2:13-cv-39-JRG <br><br> **CONSOLIDATED LEAD CASE** |
| TIERRA INTELECTUAL BORINQUEN, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOSHIBA AMERICA INFORMATION SYSTEMS, INC., and <br> TOSHIBA CORPORATION <br><br> Defendants. | Civil Action No. 2:13-cv-47-JRG <br><br> JURY TRIAL DEMANDED |

**TOSHIBA CORPORATION AND TOSHIBA AMERICA INFORMATION SYSTEMS, INC.'S NOTICE OF COMPLIANCE**

Pursuant to the Discovery Order (D.N. 34), the Court's September 3, 2013 Docket Control Order (D.N. 43), and the Court's July 22, 2014 Order Granting Motion to Amend Docket Control Order (D.N. 123), Defendants Toshiba Corporation and Toshiba America Information Systems, Inc. hereby notify the Court that they served their Expert Report of Alan

1

Kramer Regarding the Invalidity of U.S. Patent Nos. 7,350,078, 7,725,725 and 8,429,415 upon Plaintiff's counsel of record via electronic mail.

Dated: August 5, 2014

Respectfully submitted,
/s/ Katie J.L. Scott

Katie J.L. Scott
California State Bar No. 233171
Gabriella E. Ziccarelli
California State Bar No. 292226
DICKSTEIN SHAPIRO LLP
1841 Page Mill, Suite 150
Palo Alto, CA 94304
Telephone: (650) 690-9500
Facsimile: (650) 690-9501
Email: ScottK@dicksteinshapiro.com
ZiccarelliG@dicksteinshapiro.com

Jeffrey K. Sherwood
Texas Bar No. 24009354
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
Email: SherwoodJ@dicksteinshapiro.com

Michael Charles Smith
Texas Bar No. 18650410
Siebman Burg Phillips & Smith, LLP-Marshall
P O Box 1556
Marshall, TX 75671-1556
Telephone: 903-938-8900
Fax: 972-767-4620
Email: michaelsmith@siebman.com

**ATTORNEYS FOR DEFENDANTS TOSHIBA CORPORATION AND TOSHIBA AMERICA INFORMATION SYSTEMS, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served via electronic mail on all counsel deemed to have consented to electronic service in compliance with the Court's Discovery Order and Fed. R. Civ. P. 5(d) on this August 5, 2014.

By: */s/ Katie J.L. Scott*
Katie J.L. Scott