# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TIERRA INTELECTUAL BORINQUEN, INC. Plaintiff<br><br>v.<br><br>HTC CORPORATION et al., Defendants | CASE NO. 2:13-cv-39-JRG<br>**CONSOLIDATED LEAD CASE** |
| TIERRA INTELECTUAL BORINQUEN, INC. Plaintiff,<br><br>v.<br><br>TOSHIBA CORPORATION, et. al., Defendants | CASE NO. 2:13-cv-47-JRG |

### PLAINTIFF TIERRA INTELECTUAL BORINQUEN, INC.'S
### NOTICE OF SERVICE OF EXPERT REPORT TO DEFENDANT

Please take notice that on August 8, 2014, Plaintiff Tierra Intelectual Borinquen, Inc. served its Expert Report of Fernando Torres concerning the damages resulting from Defendant's infringement of U.S. Patent 7,350,078, U.S. Patent 7,725,725, and U.S. Patent 8,429,415 on counsel for Defendants Toshiba Corporation and Toshiba America Information Systems, Inc.

Dated: August 8th, 2014                                  Respectfully submitted,


                                                                                   By: */s/ Eugenio J Torres-Oyola*
                                                                                    Eugenio J. Torres-Oyola
                                                                                    USDC No. 215505
                                                                                    **Ferraiuoli LLC**
                                                                                    221 Plaza, 5th Floor
                                                                                    221 Ponce de León Avenue
                                                                                    San Juan, PR 00917
                                                                                    Telephone: (787) 766-7000
                                                                                    Facsimile: (787) 766-7001
                                                                                    Email: etorres@ferraiuoli.com

*Of Counsel*

William E. Davis, III
Texas State Bar No. 24047416
**The Davis Firm, PC**
111 West Tyler Street
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661
Email: bdavis@bdavisfirm.com

**ATTORNEYS FOR PLAINTIFF
TIERRA INTELECTUAL
BORINQUEN, INC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document on this 8th day of August, 2014, via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Eugenio J. Torres-Oyola
Eugenio J. Torres-Oyola