**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| TIERRA INTELECTUAL BORINQUEN, INC.<br>Plaintiff<br><br>v.<br><br>HTC CORPORATION et al.,<br>Defendants | CASE NO. 2:13-cv-39-JRG<br>**CONSOLIDATED LEAD CASE** |
| TIERRA INTELECTUAL BORINQUEN, INC.<br>Plaintiff,<br><br>v.<br><br>TOSHIBA CORPORATION, et. al.,<br>Defendants | CASE NO. 2:13-cv-47-JRG |

**PLAINTIFF TIERRA INTELECTUAL BORINQUEN, INC.'S**
**NOTICE OF SERVICE OF EXPERT REPORT TO DEFENDANT**

Please take notice that on September 2, 2014, Plaintiff Tierra Intelectual Borinquen, Inc. served its Expert Report of Dr. José Cruz concerning the validity of U.S. Patent 7,350,078, U.S. Patent 7,725,725, and U.S. Patent 8,429,415 on counsel for Defendants Toshiba Corporation and Toshiba America Information Systems, Inc.

Dated: September 3, 2014

Respectfully submitted,

By: */s/ Eugenio J Torres-Oyola*

Eugenio J. Torres-Oyola
USDC No. 215505
**Ferraiuoli LLC**
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: etorres@ferraiuoli.com

*Of Counsel*

William E. Davis, III
Texas State Bar No. 24047416
**The Davis Firm, PC**
111 West Tyler Street
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661
Email: bdavis@bdavisfirm.com

**ATTORNEYS FOR PLAINTIFF TIERRA INTELECTUAL BORINQUEN, INC**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document on this 3rd day of September, 2014, via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Eugenio J. Torres*
Eugenio J. Torres